U.S.D.C. (Civil)
U.S. Courthouse
1 Courthouse Way, Rm 2300.
Boston, Mass. 02109.

① RECEIVED JAN 24 2005

Dear Clerk of Courts

Kindly place the papers before the court A.S.A.P.

1). Coversheet for "$500,000 Wrongful Conviction"
2). To waive all filing fees, etc. w/ S.S. Benefits to show "Indigent"
3). Facts
4). Jurisdiction
5). Witness list – never allowed to testify
6). Evid. never used at "Gang Rape Trial" 9/11/97 & 9/12/97
7). Affidavit of Plaintiff.
8). Audio Tape w/ held by Comm. & Def. Attorney John C. McBride
9). Search Warrant 8 days after arrested "Invalid".

(2)

Margetta Langlois ProSe
v.
Commonwealth of Mass.
Re: Case 96-1416-001-002

JAN 24 2005

Case: _____
Judge: _____

Plaintiff Requests for Hearing Date
Case: for "Wrongfull Conviction" 2 yrs 1 day
$500,000. With Hearing Request
9/12/97 - 9/11/99
Re: Asst. A. Yvonne Bellefountaine —
Prosecutional Misconduct
And w/holding audio tape
in his search warrant, monies
(my $178.) Not marked monies —
Added evid. to concoct
a Prostitution case w/no
customers, no others to
Testify against me from
Apartment —


③

WITHHELD By COMMONWEALTH
A.D.A. Yvonne Belefantine
+ Tom Reilly D.A. + Attorney McBride
(Also Involved personally)

10). BIG Discrepancies IN money
$178. JUDGE Malcome Graham
on 9/12/97 said
WRONG DENOMINATIONS

11). Perjury Committed By Lowell
Police Dept. For False + Distorted
Indictments To Get 3 False
Indictments — 1 Thrown Out
w/ P.I. Kevin Hynn's Affidavit —

12) SEARCH WARRANT NOT SIGNED 2/28/96
By A JUDGE on Lowell
District Court I ordered Transcript
Tape #5/00. JUDGE Neil Walker
Admits he Did Not Sign Warrant
"Receives" 3/6/96 (8) Days After
Arrest — INVALID.

④

13) FALSE & FORGED SIGNATURE
   Proven in Middlesex Sup. Court.
14) FALSE & REFUSED TO SIGN SIGNATURE
   of JODI GAGNON —
15) 3 AFFIDAVITS OF 3 AIRPORT
   Employees Stopped &
   SEARCHED at Airports (2 in Boston
   MATS 1/13/97 & 6/10/97, & 6/14/97
   "Put Name into Computer
      NOTHING FOUND TO EXECUTE
   (No Customers !") CASE WAS
      NOT PROSECUTED"—
   A BOTCHED up "BIG BUST"
   Cop's BLACKMAILED JODI FOR A FALSE "Refused To Sign."
16) McBride ARRESTED ON RAPE & LETTER
      "No Crime Committed"
                ATTORNEY
17) Billy Keefe STATED 7/7/97 & 7/8/97
Proves 1) No ARREST WARRANTS
     & 2) No REASON TO ARREST
   Contesting No JAIL TIL
   McBride SUES HE OUT TO L.P.D. TO
   GET EX-COP ARCHIE BEATON OFF HIS BACK.

McBride who is getting high
seeing Archie's girlfriend Caroline Williams  (5)

17) Commonwealth + Police
Committed Perjury
"Scantily Clad Women" No
witnesses - No Pictures -
Police +

18) Commonwealth lied about addresses
Names of others in apt -
Not having them they
did -

19) Would not allow others +
Judi Gagnon to testify -

20) Commonwealth + McBride
refused B.I. Kevin Flynn
pd. by the State for Margetta
Langlois to testify -

21) Added Evid. by Commonwealth
A Dildo + 6 Condoms
Not Mine -

22) Destroyed Evid. Envelope w/
my $778. for bills to pay -

22 A). OUT of my JEEP "ILLEGAL SEARCH —
$600. only Given Back — only —

22 B). A LIST of people By TELEPHONE
DISAPPEARED By Police

23). DIRECTIONS is "NOT ILLEGAL" TO
Have — By the phone
for CAB

24). MAGISTRATE WILLEN DESHLER
WHO SIGNED JUDGE'S NAME
of "IN HIS" SEARCH
WARRANT — NOT JUDGE —
8 Days AFTER ARREST

25). FEB 96 HAD 29 Days —
IN HIS + ILLEGAL SEARCH
WARRANT SIGNED BACKED DATED
TO 2/28/96 ① — THEN
2/29/96 ② Days
3/1/96 ③
3/2/96 ④
3/3/96 ⑤
3/4/96 ⑥
3/5/96 ⑦
3/6/96 8 Days "IN HIS"
If NOT EXECUTED WITH 7 Days —

⑦

25) ~~In this~~ Warrent Back Dated to ~~4.30/96~~

26) "Received w/ Clock Stamped LDC 3/6/96" 10:06 pm ~~8 Days~~

27) Cop Solicited Masseuse Prover not as Comm. said — Masseuse Solicited Cop for 1 Fuck + or a Blow Job —

28. Everyone fully Dressed —
Commonwealth Perjuried Schooly
~~LiD~~ Themselves w/ No pictures
No Witnesses — except 3
Lying Cop Witnesses —

29. Witness List Switched Last Minute —
Never Given To Defense
Saw List Before
Not Richardson, Staves, Teudel, + Busby ___ on List —

(F)

WHEREAS PLAINTIFF HAS SUBMITTED ENOUGH EVIDENCE FOR "WRONGFUL CONVICTION of 2yrs, 1 day —
+ SUFFERED MEDICALLY NEGLECTED w/OUT PRESCRIBED MEDICATIONS went without 2yrs, 1 day — OPERATIONS BADLY NEEDED
+ 6 HERN. DISKS — + SILICONE RUPTURED IMPLANTS w/ RAIN for months —
+ LOST HOUSE, 2 CARS, 7yrs BAD CREDIT, JEWELRY MOTHER'S + MINE OVER $20,000 SOLD FOR MC BRIDE'S FEES —
c.c. Complaint TO hospice + c.c. Client Security Bds — IGNORED — Complaints on D.A. Tom Reilly + A.D.A. + my 5 Lawyer Complaints were shoved into STRCTFLE by Roger Geller + M. Attlee

(9)

FREDERICKSON, Allowing Attorneys³ to Embezzel + Extort monies for ⓐ Appeal in case never filed. ② 2 New Trials ② iR/m of Natick Mass — Never filed. But Took $3000. Never met him to date 1/05 + Finally got $3000. back 2-3 yrs. later w/ no replicated from BBO.

③ + New Trial $4200 for Ken (William Kenneth) O'Donnell of 177 No. Main St. Providence took monies while suspended + Never got his license back in Mass. to ever represent me in new trial but covered up for John C. McBride, + to date refuses to give $4200. back I pd. him out of my S.S.I I had to pay back to S.S.I. Finally 2/04 pd. off.

(10)

Also submitted as 'Evid.'
a letter to
McBride + B.B.O.
Roger Geller
Never Investigated —
8 + Formal Complaints
Just shoved into storage —

<u>McBride told me I wasn't going anywhere when</u> after 1st day of trial I said I was going to T.V. + Newspaper on next day —

* <u>McBride told me don't take Jury + do not testify</u> — I was "sold out" to 2yrs 1 day + when I said that was my money — Police + C.M.R. tried to pass off as theirs — it was my Bill money — for phone, rent — elec. —

11)

THEN MC BRIDE EMBEZZLED + EXTORTED $3500. FOR AN APPEAL ON 9/16/97 OR SO FROM MY SON STEVE HATCH + WIFE MICHELLE HATCH + THEY GAVE HIM MONEY TO GET ME OUT OF JAIL.

I SUPPOSEDLY HAD $10 — 14 COURT DATES HE TOLD MY 2 BOYS TO GET ME OUT — BUT HE NEVER —

A). FILED FOR TRANSCRIPTS — TO DATE 1/05 ON REC

B). OR FILED AN APPEAL HE NEVER DID TO DATE 1/05 ON REC

I SIGN UNDER THE PAINS + PENALTIES OF PERJURY. — VIOLATIONS OF CIVIL RIGHTS: 6-8, + 14

Margetta Langlois Prose
1/14/05

12)

Witness List

1) P.I. Kevin Flynn PS By THE STATE - NEVER Allowed to Testify.

2) Magistrate Warren Sestier

#4 3) Billy Keefe - (MC Beadie's ex-pictures) Who gave me Audio Tape on 3/28/96
Cop's Conducting Illegal Search + Seize w/ No Legal Search Warrant Issued (8 Days later)
(8 Days -) 27 (3/6/96) Received Days in Feb — 96

4) Roger Geller B.B.O.
5) Malcolm Graham (Judge) Big Descrepencies w/ Money + Received Audio Tape, Items From my Son Ken Hatch + lying w/ Search Warrant — 3/6/96

13)

6). A.D.A. Yvonne Bellefontaine
7). Tom Reilly D.A. Now A.G.
#2 8) Attorney Richard Davidson
#6 9) Attorney Ken O'Donnell
#8 10) Attorney David Zirin
11) Judge Neil Walker L.D.C Lowell
12) All 8 cops during illegal search
    Lowell Police Dept.
13) Ken Hatch Sr.
14) Steve Hatch Sr.
15. Michelle Hatch Daughter-In-Law
16) B.B.O. Michael Frederickson
17) B.B.O. Daniel Crane
18) Carol Belmonte
19) Timothy Gordon (who solicited
    Jodi Gagnon + Kaitlyn naked (cop)
    on his back — he approached
    Jodi Gagnon for (black mail)
OLD CUSTODY CASE — Listen to Audio Tape. Please
— A Jury Trial is a demand
I would have never been
"Found Guilty" by a Jury
Marjetta Langlois 1/14/05