U.S. C.

U.S. COURT HOUSE WAY
1 COURT HOUSE WAY
BOSTON, MASS (02108)

MARIETTA LANGLOIS

V.

COMMONWEALTH —

CASE 05 - C.V. 10190
JUDGE R.W. ZOBEL

DEAR CLERK of COURTS: CIVIL

Kindly MARK THIS CASE
"ORAL" UP FOR A PRE-TRIAL CONFERENCE
HEARING W/ ALL DISCOVERY
FROM COMMONWEALTH — JANE

"FOR 2YRS 1 DAY FALSE
imPRISONMENT CIVIL
SUIT — THAT CAN BE
Proven By Plaintiff - RECORDED 11/05.
W/ TAPE - WITNESSES + EVIDENCE Spectfully
PLEASE Notify Submitted,
MiDDlesex DA.
JANE

Marietta
Langlois
11/11/05

C.C. MiDDlesex DA.
C.C. MiDDlesex Sup. JUDGE LARIAT
WHO DENIED me W/OUT A HEARING
— A New TRIAL I LAWYER — WHY?

MARGETTA LANGLOIS

Vs

COMMONWEALTH

CASE 05-CV.10190
JUDGE R.W. ZOBEL

REQUEST FOR PRETRIAL
CONFERENCE HEARING.
COMMONWEALTH ALL DISCOVERY:
EVIDENCE, AUDIO TAPE,
ALL EXHIBITS, SEARCH WARRANT 2/28/96
All 3 pgs. PLUS ANY OTHER Docket
SHEET — SEARCH WARRANTS DATED
FEB. 28, 96. Copy of MARKED monies
USED #'s — OR pictures of
fANNED OUT money TO USE on
2/28/96 FOR MASSAGE

* Also AFFIDAVITS of P.I KEVIN FLYNN + RICHARD
DAVIDSON + ALSO AS
WITNESSES TO TESTIFY —

RESPECTFULLY
SUBMITTED
Margetta
Langlois
11/11/05

P.C. MIDDLESEX DA's office—
C. JUDGE ZOBEL.
C. JUDGE LARIAT —

MARGETTA LANGLOIS

Vs.

COMMONWEALTH -

CASE 05- C.V. 10190

JUDGE R.W. ZOBEL

REQUEST FOR PRE- TRIAL
HEARING.

COMMONWEALTH TO PRODUCE: COPY TO PLAINTIFF.
MOTION. ALL DISCOVERY COMMONWEALTH
USED TO CONVICT PLAINTIFF
+ ALL EVI. WITH HELD BY COMMONWEALTH +
POLICE —— A). AUDIOTAPE EXHIBIT #
COPY (WHICH NO JUDGE EVER HEARD)
B). MARKED MONEY TAKEN
ON 3/28/96 — STOLEN OUT OF EVIS
Room — BY TIME TRIAL —
THE #'S ON MONEY+ C) MONEY USED TO SHOW
AT TRIAL — PLAINTIFF'S
MONEYS STOLEN OUT OF JEEP
ILLEGALLY W/ NO SEARCH
WARRANT IN ENEV. W/ BILLS
LISTED W/ AMOUNTS ——
(COPY TO COURT-D) SEARCH WARRANT ISSUED
ON MARCH 6, 96) SEE STAMPS ON S.W.
2/28/96 ON TOP ISSUED 2/28/96 —

C) SEARCH WARRANT RETURNED
'8' DAYS LATER ALLEGEDLY
+ INVALID AFTER 7 DAYS
29 DAYS IN FEB 96 —

(28  29  1 2 3 4 5 6
(1)    (2)   (3)(4)(5)(6)(7) (8)
* COMM PLEASE SUBMIT COPY 1-P.T.
* BUT SEARCH WARRANT NOT
ISSUED UNTIL 3/6/96
+ NOT BEFORE
+ BACK DATED AFTER
POLICE SEIZED 'ALL' EVIDENCE
ILLEGALLY + WAS ALL
SUPPRESSED UNTIL MC BRIDE
CAME ALONG + NEEDED A
PERSONAL FAVOR TO GET A
LOWELL COP OFF MC BRIDE'S
BACK FOR BEING INVOLVED
W/ ARCHIE BETHKER'S GIRL-
FRIEND CAROLINE WILLACS —
MC BRIDE SOLD ME OUT —
SEE - DOCKET SHEET —

D. EVIDENCE ADDED 6 CONDOMS
NOT IN EVID. IN MAY 96

EVIDENCE STOLEN — MARKED

3)

MONEY $150 — OUT OF EVIDENCE
WHILE IN COMMONWEALTH'S
POSSESSION —
AT "ILLEGAL TRIAL"
9/11-9/12/97 USING PLAINTIFF'S $178.
MONIES —

EVIDENCE WITHHELD BY
COMMONWEALTH & POLICE NEVER
MARKED INTO EVID. SO
NO JUDGE EVER HEARD
AUDIO TAPE —
CONDEMNING POLICE'S SEARCH +
SEIZE W/ NO WARRANT COP'S
CAUGHT ON TAPE —

P.I KEVIN FLYNN OF
WELLESLEY MASS, PAID BY THE
STATE FOR PLAINTIFF
NEVER ALLOWED TO
TESTIFY — WHY NOT?
FOUND TAPE IN EVID.
BY NEVER USED OR MARKED
IN AS EVID — IT WOULD
BLOW CASE APART FP HEARD

EVIDENCE SWITCHED PAGES
IN 2 TELEPHONE BOOKS—

1 FOR "HAIRCUTS" AND
1 FOR PERSONAL FRIENDS +
FAMILY —

+ PAGES RIPPED OUT WITH
TOM REILY'S NAME +

HIGH PROFILE OFFICIALS —
DISAPPEARED EVID.

#2
EX-ATTORNEY RICHARD DAVIDSON
WITH DREW TO TESTIFY
TO ALL TAMPERED EVID.

#3 ATTORNEY DON BECKER SUPPRESSED
ALL EVID. TAKEN — BILLY KEEFE
(EX PARTNER — #4 ATTORNEY OF
JOHN C. MC BRIDE) PROVED
OFFICER/CUSTOMER IN FACT
HE SOLICITED (TODD GAGNON) SHE
DID NOT AS OFFICER WAS
FULLY NAKED + SHE FULLY DRESSED
HE PERJURIED HIMSELF TO
FALSELY INDICT PLAINTIFF

PLAINTIFF WAS NOT IN AT
GRAND JURY INDICTMENTS

OFFICERS LIED TO FALSELY INDICT

5)

PLAINTIFF IN AUG. 96 —

FALSE + FORGED STATEMENTS

PROVED BY BILLY KEEFE, 1 NOT
my SIGNATURE + ONE REFUSED TO SIGN —
(July 7 — + 8 — 77) w/NO
WITNESS THO GAGNON TO TESTIFY FOR
COMM — ALSO FALSE

See DOCKET SHEET —
96 — 1416 — 001 — 002

1) DRIVING THROWN OUT NOT GUILTY

2) MAINTAINING — GUILTY —
        IF NO PROSTITUTION
COMMITTED HOW DID MAINTAIN-
ING STICK —
        "NO CRIME COMMITTED"
TOHN C. MCBRIDE WROTE —
HE TOOK $3500 FROM my
SON + DAUGHTER IN LAW
        FOR APPEALS NOW IN
CLIENTS SECURITY BOARD SINCE 1 YR.
+ B.B.O. BEFORE SINCE 12/18/97
        MC BRIDE TOOK MONIES +
NEVER FILED APPEALS — TO
DATE 9/15/97 — TO PLUS —

6]

2 Middlesex Superior's Judges
refuse + Have a New
Trial due to Hi-Profile
officials cover-up of
corruption w/ Police —
D.A's office, A.D.A. Mc Bride
+ Judge Graham, + Larist
are
violating Plaintiff's Civil
Rights for :

1) New Trials —
2) Overturn Case
3) Set Aside Conviction

Because Plaintiff can't
will Prove Mc Bride
So 18 Client's out
Illegally to Jail for Personal Favors

Client's Never Testifying
in their Behalf —
Or - Taking A Jury
As Mc Bride persuaded
All Clients —
As I did Judge
Jury + Do not take stand

ALSO COMMONWEALTH + POLICE
           ADDED A DILDO NOT
MINE

A "DIRTY TAPE" WAS PUT
IN EVID. TIL I SHOS I HAD
NO V.C.R. AT APT.
      THAT DISAPPEARED
      AS ALLEGED EVID -

Conclusion:

1) NO RECORDINGS of
OJD; GAGNON + TIMOTHY BOULDON
(cop/customer of HER ALLEGEDLY
      SOLICITING HIM

2) NO RECORDINGS of
ANY SOLICITATION OR SEX
      INVOLVEMENTS

3), NO CUSTOMERS OTHER
THAN A LYING COP - TO TESTIFY
      HE WAS GOING TO GET
      SEX +DID NOT

4) NO OTHER MASSEUSES

To TESTIFY
+ Comm. Refused To
Give Defense Attorney's
Names Addresses
+ Phone Numbers — So
Defense Could Call into
Testify on Behalf of
Det, Then — Plaintiff Now —

Plaintiff was Thrown
in Middlesex Superior
Court June 24, 96
Indicted 2nd, Time
Aug. 24 96 —

Deadline For Trial was
Sept. 6 — 97 — See Docket

Trial Sept. 11 + 12. 97 —

Judge Grabham "Impounded
Crucial Evid. in Letters
Then Def (Plaintiff wrote to
She Uncovered for Case —
Trial Judge Ignored 28 Habeas
For (Evide) Rebukes of Evid.
withheld + Sent into Court
By Her Son 1/20/98

IN AN "ALLEGED"
PROSTITUTION CASE —

1) MARKED MONEY DISAPPEARED
WHILE IN POLICE EVID.
ROOM → MONEY
SWITCHED W/ DEF MONIES
DIFFERENT DENOMINATIONS

Paid W/ (7) $20's + (1) $10 = $150.

my money $778. TAKEN $602. only
GIVEN BACK TO DEF. 3/96

$178. USED AS TRIM DEF.
MONIES —

(1)     $100. Bill
(1)     $ 50. Bill
(1)     $ 20. Bill
(1)     $  5. Bill
(3)     $  1. Bills

$178. W/ MARKED MONEY
STOLEN OUT OF EVID. → NONE
MARKED AT TRIAL → ILLEGALSEARCH →
SEIZE OF ALL NONE
"INCRIMINATING EVID.

10)

"THAT WAS REALLY TAKEN"
BEFORE COPS ADDED
6 CONDOMS +
D.I.DO

CASE SHOULD HAVE GOTTEN
THROWN OUT

(3/6/96 - SEARCH WARRANT WAS
ISSUED 8 DAYS AFTER
SEARCH + SEIZE + AFTER
ARREST ON 2/28/96

+ SIGNED BY MAGESTRATE
WARREN DESIGNER
BACK DATED DUE TO BLACK
MAIL BY POLICE FOR WARRANT
DUE TO HIMSELF HAVING
AN APPOINTMENT FOR
MASSAGE ON 2/28/96 ON A
PIECE PAPER W/

4:02 — WARREN 45 9 — 4102

APPOINTMENT LIST DISAPPEAR
ED NEVER SHOWED UP AS
EXHIBIT WHY NOT

TODi GABNON — WAS FORCED
TO LIE DUE TO
on AUDIO TAPE
"BLACKMAIL
FOR AN REFUSED TO SIGN"

STATEMENT SHE NEVER
GAVE TO COP'S DUE TO
LOSING HER KIDS TO A
CUSTODY BATTLE — ON TAPE.

WHEN BEEPER GOES off ON
TAPE COP Applying FOR
SEARCH WARRANT
HEAR TAPE BUT
SEARCH WARRANT NEVER
CAME

CLERK of COURT Lowell
CHARLES PITSOULKLOS
MADE POLICE GIVE BACK
monies TAKEN OUT OF
ILLEGAL SEARCH of my
JEEP — on 5/28/96 — W/NO
SEARCH WARRANT OUT OF
$778 IN EVEV. W/ BULS WRITTEN
ON IT only $600, GIVEN
BACK $178 KEPT PLUS
ANOTHER $500 IN my WALLET

(2)

NEVER MARKED, IN A 3 EU'S.
KEPT BY POLICE ON
REC. I PUT

ALL THE ABOVE IS NOTHING
BUT THE TRUTH

ALL I SHOULD HAVE
BEEN CHARGED WAS WITH

"RUNNING A MASSAGE
PARLOR WITH OUT A
LICENSE" + I WANTED
TO PLEAD GUILTY TO THAT
THAT ONLY (A FINE)

My DEAL WAS

"LEAVE MASSACHUSETTS
NEVER CAME BACK"
ALL CHARGES DROPPED
+ NO TRIAL
BUT NOTHING HAPPENED
NO ONE WAS "GUILTY" of
ANYTHING OTHER THAN A
MASSAGE W/ OUT A LICENSE

I HAD A SON + A DAUGHTER

13)

AND FRiENDS FOR 40+ YRS
iN MASS — + I WOULD
NOT TAKE THAT DEAL —

BECAUSE I BUCKED
THE CORRUPT SYSTEM —

+ WAS GOING TO THE
MEDIA ON 9/2/97 —
SECOND DAY OF TRIAL —

ON 9/1/97 — Mc BRiDE
TOLD ME I WAS NOT
GOING ANY WHERE
+ HE MADE SURE OF IT
ON 9/2/97 — TO
FRAMINGHAM, SOLD OUT
DONE DEAL — 3YRS 1 DAY

I HAVE FOUGHT THIS CASE
FOR 9 YRS. I WILL FIGHT FOR —

ViOLATiONS OF MY CiViL RiGHTS
TO A LEGAL + FAiR TRIAL —
+ FOR FALSE IMPRISONMENT
OF 3 YRS. 1 DAY OUT OF MY LiFE
+ LOST EVERYTHiNG I
HAD

If THE Commonwealth
WAS NOT Corrupt I
Would Be Allowed a New
Trial w/ Audio Tape
All 4 Lawyers Before
P.I. Kevin Flynn
Mc Bride to Testify
"No Convictions" would
Have Ever incurred
And Illegal Search Warrant Issued
As Evid, Case would Have Been
Thrown out

Commonwealth Refused Def
All Discovery's
See Docket, sheet
Enclosed
Also THE MAIN piece of
Evid, In Case
Movies $150 Stolen By
Comm + Used
Def Movies + 178.

AS IN "GAMBLING" (MONEY)

AS IN PROSTITUTION (MONEY)

AS IN DRUGS ( MONEY +
DRUGS)

NO WITNESSES EXCEPT COPS CAUGHT

IN LIES — IF MISSING STOLEN,
MISPLACED, GONE AT TIME OF
TRIAL —— (MONIES)

THERE IS NO TRIAL —

IF COMMONWEALTH CAN
PROVE OTHERWISE AUD.ISCOVERY
IS DUE WITHIN 30 DAYS —
ALL DISCOVERY + EVID.
THAT CONVICTED PLAINTIFF
ON 9/12/99 —

COMMONWEALTH NEEDS TO
PROVIDE INDICTMENTS of
ALL THAT TESTIFY officers
GOWDEN, RICHARDSON, SANTOS, + BUSBY —
HEARINGS JULY 7 + 8 97

+ TRIAL — Sept. 11 + 12 99 —
+ HEARINGS OCT. , 1998.

Plaintiff Demands A Jury
Trial w/ all witnesses
     Attorneys (Elizabeth D. Russo
#1). Richard Davidson
#2). Don Becker #3)
#4. Billy Keefe (McBride's Ex-
          Partner -) (97-98) By Jan 98

5). P.I. Kevin Flynn
6). Magistrate Warren Desaulnier
7). Clerk of Court (Lowell District
        Charles Pitsouricos) who
        Said I was Indicted Before
        I was Indicted
8). Peter Apostalakis (Lowell District
        Clerk (Dracut office) who
        Said ("All Evid. N.F.G.")

9). Jodi Gagnon - The Witness
        Commonwealth wouldn't
        Use But Listed Comm.
    Witness list made up day of
        Illegal Trial - All witnesses
    Switched Last Minute
10). Roger Geller. B.Bo. Re: Dianc. McBride
16). Tom Reilly _____ A Customer whose
        Name Mc Bride pulled out
        Police + Comm.

of Book AFTER EVIS went to
middlesex Sup Court — disappeared
(Tom Reilly's Name
was — In Book As Lowell District
Court) AND other's pulled
out but LEFT TOM Reilly's
Name In Until m.s.c. came.

I FOUGHT FOR my Civil
Rights Because No Crime
Committed, + would not Take
A deal + got Sold out —
By JOHN C. Mc Bride +
No Jail Before me
Bride
I sign under the Pains
+ Penalties of Perjury
Margarita Fanglaca
Nov. 11, 2005

I Am Pursuing my $500,000
for FALSE Imprisonment
for 2yrs + 1 Day
This was A "Gross Miscarriage
of Justice" w/ Conspiracy, Colussion,
Corruption + Cover up — Prosecution
Al misconduct, + A disbarred Now
Sell out Lawyer. Finally He

18)

CAN NOT SELL ANY MORE
CLIENTS OUT TO JAIL, + ALL
HIS CLIENTS ILLEGALLY IN JAIL —
JUSTICE NEEDS TO BE
CLEANED UP + RECOGNIZE
THE REAL CRIMINALS !

+ NOT THE ONE'S SITTING
IN JAIL !

        I DID NOT KILL, MOLEST,
MURDER, ANYONE + I WOULD IN
9 yrs    LIKE TO KNOW WHY I CAN NOT
HAVE A NEW TRIAL W/ ALL EVID +
WITNESSES THE/ BECAUSE I WON'T MAKE
JUDGE HEAR AUDIO TAPE
SO DISGUSTING BY THE
AUTHORITIES WHO ARE TO
PROTECT US —

        I ASK THE COMMONWEALTH
— TO ALLOW MY FALSE
IMPRISONMENT CASE BE
        ALLOWED WITH ALL
THE PROOF, EVID, AUDIO TAPE,
WITNESSES — ALL W/ HELD BY
COMM, MCBRIDE + POLICE —
        BE ALLOWED NOW!  Margotta
                    11/11/05 Langlois

I, MARGETTA LANGLOIS HAVE
ASKED THE COURT 2 JUDGES - FOR ORAL ARGUMENTS.
TO HEAR "AUDIO TAPE WITNESSES
TESTIMONIES ALL EVIDENCE W/HELD
BY POLICE, COMM., D.A. A.DA, +
MY OWN DEFENSE INFAMOUS JOHN
C. MCBRIDE TO MAKE ME BE FOUND
"GUILTY" I CAN PROVE AND WILL
PROVE W/ ALL EVIS - AND ALL ABOVE
WILL PROVE I WAS "NOT GUILTY" +
SHOULD HAVE NEVER BEEN SENT TO
PRISON FOR 2YRS. 1DAY - ON FALSE CHARGES.
WHY DOES THIS COURT CONTINUES
TO IGNORE MY MOTIONS - FOR A NEW
TRIAL, + VIOLATE MY CIVIL RIGHTS TO
A FAIR + LEGAL TRIAL" THE ONLY
JUSTICE IN MASS. IS INJUSTICE" THE
NAME OF MY BOOK IN THE WORKS - "NOW" I
DID THE TIME ILLEGALLY NOW LET me
UNCOVER "CONSPIRACY, COLLUSION, CORRUPTION
+ COVER-UP" - ON ALL - + I CAN - COURTS
DO NOT WANT THIS CASE TO EVER
SURFACES WHY? ALL High Profile
OFFICIALS "GUILTY" OF ALL 4 C'S ABOVE
AS WELL AS GRAHAM + LARIAT - Margetta Langlois

CORA,
V.

MARGETTA LANGLOIS
96-1416-001
JUDGE LARIAT—

IN THE...
CLERK OF THE COURT
FOR THE COUNTY...
OCT 1 7 2005

NOW COMES THE DEFENDANT
TO ASK THE COURT—
TO "NEW EVIDENCE"

✳ MOTION— TO APPOINT PUBLIC
COUNSEL DUE TO
INDIGENCY w/S.S. AS
EVIS.

✳ MOTION—
FOR NEW TRIAL
w/ ALL EVID w/HELD +
WITNESSES AND
AUDIO TAPE— OF
ILLEGAL SEARCH +
SEIZE OF ALL EVID SUPPRESSION
+ "UNSUPPRESSED" ILLEGALLY

BY ATTORNEY JOHN C. MC BRIDE—

RESPECTFULLY
SUBMITTED
Margetta Langlois
10/17/05—

C.D.A.



# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CRIMINAL DOCKET# **MICR1996-01416**

RE:    **Commonwealth v Langlois, Margetta**

TO Margetta Langlois
 PO Box 3091
 Holiday, FL 34690-0091

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on 10/24/2005 is as follows:

Motion for appointment of counsel due to indigency (sent to Judge Lauriat)

**Motion (P#134) Upon review, these papers are treated as a motion for reconsideration of this Court's order of May 11, 2005, and denied. (Lauriat, J)**

Dated at Cambridge, Massachusetts this 25th day of October, 2005.

Edward J. Sullivan,
Clerk of the Courts

Location: Rm 6B (Cambridge)

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

1)

AFFAVIDIT OF PLAINTIFF.
I CAN PROVE EVERYTHING I WROTE
CAN D.A.?    I, MARGETTA LANGLOIS
SWEAR TO THE FOLLOWING:
    IN CASE 96-1416-001-002
1) FOUND NOT GUILTY IN DERIVING
    MONIES FROM A PROSTITUTE—

2) NO RECORDINGS OR TESTIMONIES
    OF ANY GIRLS PROSTITUTING OR
    SOLICITING ANYONE—

3) NO "SCANTILY CLAD" DRESSED WOMEN
W/ ANY PICTURES OR EVIS AS D.A. A.D.A.
    + POLICE LIED TO "FALSELY INDICT"
            WHY NOT?

4) STOPPED AT AIRPORTS 3 TIMES TO
    SEARCH ME + BAGS (LOOKING FOR
    CUSTOMERS— W/ AFFIDAVITS I
    HAD) FROM 3 TIMES JAN 13, 97
    JUNE 10 + 14 (97) SIGNED BY AIRPORT
    OFFICALS. PUT INTO COMPUTER
    NOTHING FOUND. TRIAL AIRPORT
    WROTE, I DEMANDED LETTERS, NAMES,
    + DATES, + AIRLINES I TRAVELED ON
    THOSE DAYS— ME SEIDE NEVER
    USED— BUT WE HAD—

2)

5). Billy Keefe (McBride's partner) in May 97 told me 7 x's in 45 minutes he + McBride told me my case was never about prostitution — it was all about drugs until McBride finally got the case + sold me out for a case of prostitution — to D.A. (with no crime committed) McBride said "how did I end up in jail? Because I was going to media + elections was coming up.

6). "Tampered evid. are lost, stolen, added, switched, missing (forged) we proved Billy Keefe + I July 7-8, 97 ___ By Police + Commonwealth to concock a prostitution case (w) stolen money + evid of marked money stolen out of evid Rm. at L.P.D. Lowell, Mass ___

7). Tape (Audio) w/ held by Police + Commonwealth, never marked in as evid, or produced at trial for hearing — Why not?

3)

8). Cop/customer feared for his
Life so he was wired
where's recording —
why didn't the police run
in if as cop/customer said
Jodi solicited him (while he
laid fully naked on his back
No Tapes Because he solicited her —
In trial it came out
but yet he said she solicited
him for "A Blow Job + or a fuck"
as A.D.A. + Cop said it, + it
was a lie — perjury on
cop's behalf but yet McBride
Never pushed perjury
why not? I refused to play
tape I had A copy of audio
tape on table at trial +
McBride refused to let it
Be Heard — (Billy Keefe
gave me A copy) McBride
was shocked that I had
A copy — my P.I Kevin
Flynn got it out of evid.
Thrown in box never
marked it but he testifies
in his affidavit played
1/2 way through a prex

WHEN HE FOUND IT, THE ASKED
POLICE IF THEY HAD A MINI TYPE
RECORDER + THEY SAID NO BUT
P.I. FLYNN JUST HAPPENED TO
HAVE ONE.

9) MY APARTMENT WAS "TOSSED".
NO NOOKS OR CRANNYS
MISSED. COUCH, BEDS, TABLES
RUGS TOSSED, PICTURES,
DISHES, CANISTERS EMPTIED
(4" SPICE JARS) EMPTIED ON
SINK (COFFEE CAN 3 LBS. CAN.
EMPTIED
            LOOKING FOR MINIATURE
CUSTOMERS I GUESS —
        NOTHING FOUND —

10). BEFORE I WAS ARRESTED.
+ TAKEN OUT OF APARTMENT.
OFFICER WILLIAM BUSBY PASS OUT
HIS CARD IF ANYBODY KNEW
IF ANY DRUG DEALERS OR
DRUG ACTIVITY WENT ON TO
CALL HIM — NOBODY DID DRUGS
NO DRUGS WERE FOUND. NO BUSBY
EVER ARRESTED FOR DRUGS
ALL GIRLS (4) PLUS ME ALL RAN

5)

11). WHEN POLICE RAN EVERYONE
THROUGH — EVERYONE
CAME BACK CLEAN — (W/ NAMES +
BIRTH DATES) BUT WHEN MY LAWYER
RICHARD DAVIDSON ASKED
COMMONWEALTH FOR SUCH
COMM. REFUSED TO GIVE OVER
DISCOVERY (SEE DOCKET
SHEET).

12). MR. DAVIDSON WAS A "PUBLIC"
DEFENDER DID NOT KNOW
HE PUT HIS NAME, LIC. +
(JOB ON THE LINE TO WITH-
DRAW OFF MY CASE +
COME IN AS A WITNESS I
CALLED 10 X'S THE DAY I
WAS THROWN INTO TRIAL W/
NO WITNESSES (2) I HAD —
MC BRIDE IGNORED) WE
WERE NOT READY FOR TRIAL
I CRIED + BEGGED THE
JUDGE + MC BRIDE WE
WERE NOT READY —
DAVIDSON SAID I NEEDED
HIM TO TESTIFY TO THE THE
TAMPERED EVID. + ILLEGAL
SEARCH, BUT MC BRIDE SAID

6).

OUT TO POLICE FOR A FAVOR,
+ FOR A.D.A. YVONNE
BELLEFONTAINE/ FOR A NAME
WHO'S NOW IN FLORIDA —
WHO HAD A LOT W/ ME WAITING
5 YRS. FOR WIDOW'S BENEFITS.
So I BOUGHT MY S.S. CASE
TO BOSTON, + I GOT IT 2
MINUTES, 4 QUESTIONS — I
HAD S.S.I FOR 8 YRS BEFORE
JAIL — + I SHOULD NOT HAVE
GOTTEN IT BACK RIGHT AWAY.

13). A) JUDGE OF ATTN CLOSED TRIAL
W/ DISCRIMINATING CONCERNS
ABOUT MONEY — EVIJ.

B. CONFLICTING STATEMENTS +
TESTIMONIES OF OFFICERS —

C). "NOT FOUND GUILTY" ON
DERIVING MONIES FROM
A PROSTITUTE —
SO WHAT WAS I
MAINTAINING ?
"No HOUSE OF PROSTITUTION"
WITH "No CRIME COMMITTED,
" ONLY MASSAGES W/OUT A LICENSE"

NOTHING SAID OR HAPPENED
I SIGNED UNDER THE
PAINS AND PENALTIES OF
PERJURY —

BIG Payoff's By mc BRide
IN 12/18/97 I WROTE margette Langlois
(B.B.O. + REFUSED To UNCOVER mc BRide
FOR OVER 10 - 15 YRs. (100'S IN JAIL
ILLEGALLY I WAS "Set up + Sold
oUT" By

A "CRACK HEAD DRUG
ADDICT High Prices
" CASH" LAWYER.

B.B.O. REFUSED To
DRUG TEST him

THE STONED (100'S of Complaints on mc BRide H'S) TRS.
WHY? AULHIS TAX MONEY HE
owes is up His
Nose | *AN THE MONIES
——| HE MADE-JAII
—— or TAX AVASION)

I HAD To GO To JAIL To find
oUT HE WAS A CRACK ADDICT
PRISONERS PARTIED WITH Him
BILLY KEEFE LEFT THE OFFICE
DUE To me BRINGING mc BRide





Archives
 Basic Search
 Advanced Search
 Saved Search
 About the Archive
 Search Tips
 Pricing
 FAQ
 Account &
Purchases
 Customer Service
 Terms of Service
 Other Archives
 Logout
 Home
 News & Opinion
 Business Today
 Sports
 Entertainment
 Lifestyle
 Classifieds
  carfind.com
  homefind.com
  jobfind.com
  merchandise
  services
  personals
  Place an Ad
 Features
  Parents & Kids
  Shop TownOnline
  Tunes a Brewing
  weather
  horoscope
  crossword
  lottery results

Start a New Search
Back to Results

Ads

🖶 Printer-Friendly Format

# SJC yanks lawyer's license in ethics rap; [All Editions]

*Maggie Mulvihill.* **Boston Herald**. Boston, Mass.: Sep 1, 2005. pg. 016

**Abstract** (Document Summary)

The charges originally filed against [John C. McBride] in 1999 also involve mishandling client money, including spending $30,166 of the settlement in one case on his own business and personal expenses. [Martha B. Sosman] found McBride settled cases without client's consent, did not show up in court and stalled returning funds.

**Full Text** (280 words)

*Copyright Boston Herald Library Sep 1, 2005*

A Supreme Judicial Court justice has ordered once-famed Boston criminal defense attorney John C. McBride stripped of his license to practice for "grievously unethical conduct" dating back to 1993.

In a caustic 16-page ruling earlier this month, Judge Martha B. Sosman ordered McBride's name "stricken from the roll of attorneys" in the state and demanded full accounting of his clients' current cases and business finances.

McBride said he is appealing the order of disbarment to the full SJC panel. "I will fight this case with my dying breath," he said. McBride has maintained a busy practice for more than 30 years, representing clients ranging from mobsters, corrupt cops and drug kingpins.

But Sosman's decision marks the fourth time McBride has been disciplined since he began practicing law. He was given private reprimands in 1987 and 1989 for settling cases without his clients' permission and public censure in 1993 for failing to return a client's fee.

The charges originally filed against McBride in 1999 also involve mishandling client money, including spending $30,166 of the settlement in one case on his own business and personal expenses. Sosman found McBride settled cases without client's consent, did not show up in court and stalled returning funds.

Records show he has had a string of federal and state tax liens and is among the 10 worst state tax delinquents, owing $820,940 in back taxes. The DOR has obtained a lien on McBride's $1 million stucco Marblehead mansion.

McBride denied he owes the state any back taxes, saying he sent a $39,000 check to DOR six months ago, and knew nothing about a lien on the Marblehead property. He called Sosman's order a "miscarriage of justice."

# CLIENTS' SECURITY BOARD

*of the Supreme Judicial Court*
**99 HIGH STREET**
**BOSTON, MASSACHUSETTS 02110-2320**

**CLIENTS' SECURITY BOARD**
JOHN R. GOBEL, *Chair*
PETER G. DEGELLEKE, *Vice Chair*
PETER H. SUTTON, *Secretary*
LUCY W. WEST, *Treasurer*
GUY B. MOSS
PAMELA JEANNE KOEHR
KATHRYN A. O'LEARY

(617) 728-8700
FAX: (617) 482-8000
www.mass.gov/ClientsSecurityBoard

**BOARD COUNSEL**
MICHAEL FREDRICKSON

**ASSISTANT BOARD COUNSEL**
KAREN D. O'TOOLE
ADAM M. LUTYNSKI

Adam M. Lutynski
Tel: 617.728.8703
a.lutynski@massbbo.org

February 22, 2005

Margetta Langlois
P.O. Box 3091
Holiday, FL 34690

Re:    Claim of Margetta Langlois CSB-2005-023 (William Kenneth
       O'Donnell)

Dear Ms. Langlois:

In reviewing your application concerning Mr. O'Donnell a few questions have
arisen. I hope you can help with some answers.

You state in your application that Mr. O'Donnell visited you at Framingham
on January 29, 1998 and you made arrangements to have him represent you
on a motion for a new trial if the petition to revise and revoke did not work.
This was in connection with your September 12, 1997 conviction following a
bench trial in Middlesex (MICR 1996-01416). Your application states that
you paid Mr. O'Donnell on "2/98 - $4200.00 in an overnite."

1. WHEN DID YOU PAY MR. O'DONNELL THE $4,200.00?

2. IN WHAT FORM DID YOU GIVE HIM THE PAYMENT?

3. IF IT WAS A CHECK, DO YOU HAVE COPY?

4. IF IT WAS BY SOME OTHER MEANS, DO YOU HAVE ANY EVIDENCE SHOWING THE PAYMENT.

5. WHAT DOES "IN AN OVERNITE" MEAN?

Please answer those questions and send to me any evidence you may have
of your payment to Mr. O'Donnell. Thank you.

Very truly yours,

# CLIENTS' SECURITY BOARD
*of the Supreme Judicial Court*

**CLIENTS' SECURITY BOARD**
JOHN R. GOBEL, *Chair*
PETER G. DEGELLEKE, *Vice Chair*
PETER H. SUTTON, *Secretary*
LUCY W. WEST, *Treasurer*
GUY B. MOSS
PAMELA JEANNE KOEHR
KATHRYN A. O'LEARY

**99 HIGH STREET**
**BOSTON, MA 02110-2320**
**(617) 728-8700**
**FAX: (617) 482-8000**
www.mass.gov/ClientsSecurityBoard

**BOARD COUNSEL**
MICHAEL FREDRICKSON

**ASSISTANT BOARD COUNSEL**
KAREN D. O'TOOLE
ADAM M. LUTYNSKI

September 15, 2005

**PRIORITY MAIL**
Margetta Langlois
P.O. Box 3091
Holiday, FL 34690

Re:  Claim of Margetta Langlois CSB-2005-023 (William Kenneth O'Donnell)
      Claim of Margetta Langlois CSB-2005-021 (John C. McBride)

Dear Ms. Langlois:

I am sending for the <u>third</u> time, copies of your claims on William Kenneth O'Donnell and John McBride.

I am also enclosing a copy of a letter written to you by Mr. Lutynski of February 22, 2005. Please submit your responses to him as soon as you can.

Thank you.

Sincerely yours,

Sandra R. Mahabir

Encs.

*[handwritten notes:]*
O'Donnell Took ($4200.+) at this
Time 1/29/98 he was "suspended In
RI + Mass + never got license back in
Mass. + Refused to give monies back.
+ Could not Represent me — He's
Another Mc Bride Dishonest +
Needs Disbarment in all states —
M.L. 11/11/05

# CLIENTS' SECURITY BOARD

*of the Supreme Judicial Court*
99 HIGH STREET
**BOSTON, MASSACHUSETTS 02110-2320**
(617) 728-8700
FAX: (617) 482-8000
www.mass.gov/ClientsSecurityBoard

**CLIENTS' SECURITY BOARD**
JOHN R. GOBEL, *Chair*
PETER G. DEGELLEKE, *Vice Chair*
LUCY W. WEST, *Treasurer*
GUY B. MOSS, *Secretary*
PAMELA JEANNE KOEHR
KATHRYN A. O'LEARY
THOMAS O. BEAN

**BOARD COUNSEL**
MICHAEL FREDRICKSON

**ASSISTANT BOARD COUNSEL**
KAREN D. O'TOOLE
ADAM M. LUTYNSKI

December 6, 2005

Margetta Langlois
P.O. Box 3091
Holiday, FL 34690

Re:     Claim of Margetta Langlois CSB-2005-023 (William Kenneth O'Donnell)

Dear Ms. Langlois:

Please be advised that your claim before the Clients' Security Board will be presented to the Board at its meeting on December 15, 2005.

There will be a hearing on the documentation submitted. **Your presence will not be required.** Shortly after the meeting, you will be informed of the Board's decision.

Please feel free to contact me with any questions. Thank you for your cooperation in this matter.

Sincerely,

Adam M. Lutynski
Assistant Board Counsel

# CLIENTS' SECURITY BOARD

*of the Supreme Judicial Court*

**CLIENTS' SECURITY BOARD**
JOHN R. GOBEL, *Chair*
PETER G. DEGELLEKE, *Vice Chair*
LUCY W. WEST, *Treasurer*
GUY B. MOSS, *Secretary*
PAMELA JEANNE KOEHR
KATHRYN A. O'LEARY
THOMAS O. BEAN

99 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2320
(617) 728-8700
FAX: (617) 482-8000
www.mass.gov/ClientsSecurityBoard

**BOARD COUNSEL**
MICHAEL FREDRICKSON

**ASSISTANT BOARD COUNSEL**
KAREN D. O'TOOLE
ADAM M. LUTYNSKI

December 6, 2005

Margetta Langlois
P.O. Box 3091
Holiday, FL 34690

Re:    Claim of Margetta Langlois CSB-2005-021 (John C. McBride)

Dear Ms. Langlois:

Please be advised that your claim before the Clients' Security Board will be presented to the Board at its meeting on December 15, 2005.

There will be a hearing on the documentation submitted. **Your presence will not be required.** Shortly after the meeting, you will be informed of the Board's decision.

Please feel free to contact me with any questions. Thank you for your cooperation in this matter.

Sincerely,

Adam M. Lutynski
Assistant Board Counsel

# Social Security Administration
# Retirement, Survivors and Disability Insurance

Important Information

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date: August 1 2005
Claim Number: 032

FILED

OCT 1 7 2005

MARGETTA LANGLOIS
P O BOX 3091
HOLIDAY FL 34690-0091

The State of Massachusetts will no longer pay your Medicare medical insurance premiums after July 2005. You must pay the premiums beginning August 2005.

## What We Will Pay And When

We will deduct the basic Medicare medical insurance premium of $78.20 from your monthly payment. Later in this letter we tell you what to do if you disagree with this change in the amount of your monthly payment.

- You will receive $978.00 for July 2005 around August 3, 2005.

- After that you will receive $978.00 on or about the third of each month.

## To Cancel This Insurance

If you want to cancel this insurance, please contact the local Social Security office at the telephone number and address shown below. Remember that the date your insurance coverage ends depends on when you cancel it:

- If you cancel it within 30 days from the date of this notice, your coverage will end at the same time the State stopped paying the premiums.

- If you cancel it after 30 days but within six months of when the State stopped paying the premiums, coverage will stop at the end of the same month in which you contact us.

- If you wait more than 6 months to contact us, coverage will stop at the end of the month after the month in which you contact us.

## If You Disagree With The Decision

If you disagree with the change we have made to your monthly payment, you have the right to appeal. We will review your case again and consider any new facts you have. A person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.

See Next Page