Stamp + put on Docket Sheet Record + Send me a copy

Dear Clerk of Court — Thanks M.L.

att: Mary

1) Please record on Record + Send Judge's a copy each —
in Case 96-1416-001-002

This entry: Re. Case
05-CA 10190 R.W. Zobel
for False + Wrongful
Imprisonment for
Hearing Before Judge Zobel
+ Send a copy of
Docket Sheet from Court U.S.D.C.
for Case. (To me)
96-1416-001-002
To: Marjetta (w/ S.S. indigency) copy
   Langlois
P.O. Box 3091, Holiday, Fla.
34690 —
(727) 514-3957 —
2/22/06 — Marjetta Langlois

TOTAL 14 pgs.

MARGETTA LANGLOIS pro Se

v.

COMMONWEALTH

Civil Action

05-10190 R.W. Zobel

DEAR CLERK of COURT

KINDLY PLACE THIS CASE ON THE CALENDER FOR HEARING w/ COMMONWEALTH PRESENT ON:

FALSE & WRONGFUL IMPRISONMENT $500,000 + INT. BACK TO 2/28/96.

PLEASE SET DATE FOR 2 HRS OR LESS FOR 3/27 – 3/31/06 AND NOTIFY BOTH PARTIES by mail

Also enclosed is a self-addressed stamped envel w/ copy so COMMONWEALTH will cc answer back Dec 30 2005 IGNORED for all discovery.

Also by certified mail to on 2/23/06

Respectfully Submitted
Margetta Langlois

MARGETTA LANGLOIS Pro Se:
v.
COMMONWEALTH -
C.A. 05 - 10190 R.W. Zobel

REQUEST for HEARING w/ 30
DAY NOTICE - HEARING
BETWEEN MARCH 27 - MARCH 31 -
2006 w/ BOTH PARTIES -

W/ COMMONWEALTH PRESENT
ON FALSE & WRONGFUL IMPRISONMENT -
($500,000 INT.) w/ ALL DISCOVERY, EXCULPATORY
EVID. w/ ALL EVID USED, ALL EVID.
W/ HELD BY COMMONWEALTH
FROM TRIAL NOT TO CONVICT
AUDIO TAPE "NEVER" MARKED
IN AS EVID, AT L.P. DEPT LOWELL
MASS - ALSO SEARCH WARRANT
TO COURT & JUDGE ZOBEL & 
PLAINTIFF BY MARCH 25, 2006
IN COURT - HEARING -
SEARCH WARRANT NOT LEGAL
& NONE PRESENT ON PREMISES EVER
& BACK DATED BUT STAMPED
BY COURT CLOCK "8 DAYS LATER"
(MARCH 6, '96)
W/ ALL EVID ILLEGALLY SEIZED -
BY L.P.D. LOWELL, MASS.
- C.C. D.A.

RESPECTFULLY SUBMITTED
Margetta Langlois
Pro Se

2/20/06 (727) 514-3957.
P.O. Box 3091 Holiday, FLA. 34690. -

U.S.D.C. (CIVIL)
U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASS. 02109

CASE - 05 - CA 10190
JUDGE R.W. ZOBEL

MARGETTA LANG W's PRO SE
v.
COMMONWEALTH

1) c.c TO COMMONWEALTH THRU COURT-CLERK w/ SELF ADDRESSED-STAMPED ENV.
2) + ALSO CERTIFIED MAIL TO D.A.-

★ MOTION — 1

REQUEST FOR PRE-TRIAL CONFERENCE — (SET HEARING) MARCH - 27 - 31
Plaintiff's AVAILIBITY — will fly Into BOSTON MASS.

★ REQUEST FOR MOTION-2
30 DAY DEMAND OF 'ALL' EVIDENCE + ALL DISCOVERY ISSUED TO INDICT + CONVICT —

Sept. 12, 1997 —

FAILURE TO PROVIDE TO PLAINTIFF + COURT "DEFAULT" SHOULD BE ISSUED IN FAVOR TO PLAINTIFF — W/IN 30 DAYS

EXHIBIT (?)

A) SEARCH WARRANT TAKEN OUT 8 DAY LATER + BACK DATED

See STAMPED BY COURT (Lowell) DISTRICT COURT. NEVER USED —

B) AUDIO TAPE — EXHIBIT (?)

Cops CAUGHT ON TAPE INSIDE APT. DOING AN ILLEGAL SEARCH + SEIZE ALL ALL NON-ILLEGAL EVID + EVID — PLACED INTO CASE — NEVER USED

C) MARKED MONEY — SWITCHED BY COMM — WHILE IN CUSTODY AT L.P.D. Lowell, MASS
WHAT SERIAL NUMBERS + WRONG — DONOMINATIONS AT TRIAL EXHIBIT (?)
SWITCHED W/ PLAINTIFF'S MONEYS FOR HER BILLS

(Plaintiff's) D) ILLEGAL SEARCH OF HER JEEP + COP'S TOOK $778. OUT OF ENV. W/ BILLS FOR APT. FOR MARCH STOLEN BY COMM. ILLEGALLY — ONLY $600. GIVEN BACK $178 FOR MASSAGE — (KEPT)

3 of 12

+ w/ HELD By C.M.M. + Police

Money Given to Plaintiff
By Cop/Customer —

E) * (7) $ 20's
   (1) $ 10's
   ─────
   ($150. for Massage) Only —
                  w/ No Crime Committed

F) ** In EVID. at my 9/12/97 Alleged
   TRIAL —

   } $100. Bill —
   } 50. Bill
   } 20. Bill or (2) $10's
   } 5. Bill
   +3) 1. Bills —
   ─────
   178. Not Original Marked
              money — used —

G) Phone Records (Lied By Comm.) at
   Indict + Hearings
        NEVER Received from
   Phone Co — (CD Rom)
              P.I. Kevin Flynn
   Witness for Plaintiff No One Was
   Able to Testify at Trial —
        w/ HELD By Comm. + McBride
   State ID. for P.I. Kevin Flynn —

H) No Condoms in EVID. 5/96 — at L.D.C.
   No Dildo in EVID. 5/96 — at L.D.C.

J) 2/ witnesses w/ this by Def. Counsel John McBride, Comm. —

J) Evid. switched + tampered with — by Comm. + Police

AG Tom Reilly's name (DA THEN) was in book w/ phone # for message left into book by Lowell District Court.
* Ripped out by Police Comm. — in Cam.B. Hearing + McBride on case —
w/ witnesses Richardson, Santos, Buckley, + Busby —

K) Other cop's at 4/28/96 Bust not able to testify to No Search Warrant on premises — on searching + taking all alleged evid. from apt. Illegally

* Motion 3
Plaintiff demands all
"Exculpatory Evidence"
from Commonwealth not to

58

CONVICT

TRIAL DEADLINE WAS
Sept. 6, 96 —
TRIAL Sept. 11 &
Sept. 12, 96

✱ MOTION 4

COMM. TO PRODUCE COURT TRIAL TRANSCRIPTS TO U.S.D.C. CIVIL JUDGE ZOBEL
& TO PLAINTIFF

FOUND: JUDGE MALCOLM GRAHAM
A) CONFLICTING TESTIMONIES of all POLICE (COMM.) WITNESSES

EVID. B) BIG DISCRIMINATING EVID of MARKED MONEY

C) AUDIO TAPE w/ HELD By COMM. & McBRIDE AT TRIAL

D) SEARCH WARRANT 8 DAYS

6) 12 of

AFTER SEARCH + SEIZE (28 DAYS IN JAIL 96) MARCH 6-96 —

FEB 28 29 (MARCH 1 2 3 4 5 6) MARCH
1  2   3 4 5 6 7 8

→ 5). FALSE + DESTROYED EVID —
→ 6). FALSE + DISTORTED EVID
→ 7). FALSE + FORGED STATEMENT — ~~NEVER SIGNED BY PLAINTIFF~~ PROVEN BY ATTORNEY BILLY KEEFE (McBRIDE'S EX PARTNER)

AFTER ALL EVID, + WITNESSES NOT ALLOWED AT TRIAL BY COURT — McBRIDE + AUDIO TAPE W/ HELD BY COURT (FOUND BY P.I. KEVIN FLYNN — BUT NOT ALLOWED TO TESTIFY

"HOW WAS "PLAINTIFF" FOUND GUILTY BEYOND REASONABLE DOUBT W/ NO TAPE RECORDINGS OR ANY EVID ON — ALSO FALSE LIES OF JODI GAGNON (MASSEUSE) + OFFICER TIMOTHY GOULDEN — W/ NO CRIME OR SOLICITATION BY JODI. BY COP GOULDEN — + NO CRIME COMMITTED + NO TAPE RECORDINGS

of SOLICITATION — BY MASSEUSE OR PERFORMANCE — PERJURY UNDER OATH (Indicts + Pre-Trial from 7-7-97 + 7/8/97) Comm. + McBride would not allow her to testify to clear me, due to she was "Blackmailed by Police" for custody of her daughter, cops caught on tape — Evid. of

* Motion 6: Blackmail Never used. REQUEST FOR DEFAULT — Whereas Comm. did not prove their case beyond reasonable doubt of guilty —

Plaintiff asks for punitive damages of $500,000. + interest from 2/28/96 to now — for "Wrongful + False Imprisonment + suit" out to FBI to shut me up + not going to TV, & Media as McBride threatened me in front of younger Bellefontaine on 9/11/97 — when "Deriving" money from Prostitutes — got "THROWN OUT —

8b iv

"MAINTAINING" DOES NOT STICK
W/OUT "DERIVING"

"NO CRIME COMMITTED - EXCEPT
MASSAGE WITHOUT A LICENSE"

COPS EVEN SAID Lowell "EVEN IF NO
PROSTITUTION WAS PROVED
Lowell Sun Plaintiff In NEWSPAPER
"RAN A MASSAGE BUSINESS"
W/ NO LICENSE. THAT DOES
NOT GIVE PLAINTIFF 2 YRS. 1 DAY
MANDATORY SENTENCE —

BEING MEDICALLY NEGLECTED W/
RUPTURED IMPLANTS ON RECORD
WHILE IN JAIL + DENIED

FINALLY ON JUNE 2, 2005. + HUGE
LUMP IN (L) BREAST REMOVED I
HAVE IN SINCE JUNE 28, 97 —
JAIL SEPT - 12, 97 — + IGNORED

By prison w/ letters from DES - American Friends Service Committee, Lawyers

I have suffered tremendously and lost everything due to Commonwealth's false evid + false testimonies of their witnesses (cops), monies stolen out of apts - audio tape never heard at trial —

~~* motion 6~~

Plaintiff demands + requests Commonwealth's discovery — exculpatory evid + audio tape, witness list all masseuse's names and phone #'s comm. w/ head phone list by phone w/ Lowell Magistrate + Warren Desauner's name phone page w/ Tom Reilly's name on it — * motion 7

If Commonwealth fails to provide and all discovery to court

10 of 15

WITHIN "30" DAYS BY MARCH 25, 2006 DEADLINE COURT SHOULD FIND COMMONWEALTH IN DEFAULT.

✱ REQUEST FOR MOTION (7) AND GRANT PLAINTIFF ALL DAMAGES OF $500,000 + INTEREST FOR:

1) "FALSE ARREST" 7/28/96 W/ NO REASON TO ARREST DUE TO "NO CRIME COMMITTED" THAT COMMONWEALTH CAN NOT PROVE. BILLY KEEFE PROVES 7/7/97 + 7/8/97

2) "FALSE + WRONGFUL IMPRISONMENT" "LIFE + 1 DAY MANADATORY SENTENCE" SINCE 7/28/96 TO NOW.

3) COMMONWEALTH W/ HOLDING EVIDENCE. NOW TO PROVIDE ALL EVID. W/ FEDS TO COURT AND PLAINTIFF - W/ IN 30 DAY'S DEADLINE MARCH 25, 2006

~~(MOTION)~~

HEARING DATE SET for
MARCH 27 — 31, 2006
w/ COMMONWEALTH PRESENT —
FAILURE TO APPEAR w/
ALL EVID, EXHIBITS,
WITNESS LIST (THEIRS) placed
ON RECORD Day of TRIAL
No 30 Day notice — MARKED
MONEY $150. PROOF not $178.
THEY STOLE OUT of MY JEEP.
$350. out of my wallet. —
AUDIO TAPE, SEARCH WARRANT
+ TESTIMONIES of ALL WITNESSES
THEIR CONFLICTING Stories of
THEIR WITNESSES — Deadline
MARCH 25, 2006 (30 Days) RESULTS
"A DEFAULT" + GRANT RELIEF

12) of 12

To plaintiff for $500,000
~~Interest back to 3/29/96~~
~~Falsely Arrested~~ w/ ~~No Reason to~~ Arrest.

\* motion 9
Exsponge Crime from
~~on~~ Criminal Check
Record

Violation of 3 of my Civil Rights &
To ~~Appeal~~ & Respectfully
"Legal Trial" Submitted

Maggie Langlois
2/22/06

c.c. Middlesex D.A.—
c.c. U.S.D.C.(– Civil)
c.c. Judge Malcom Graham
c.c. Judge Xxxxxx
    who refuses me to ever
set foot In Court for a New
Trial why? I'll never
Til Justice is go away—
    Served!

WITNESS LIST

ATTORNEYS
1) JOHN C. MCBRIDE #5
   WHO IS DISBARRED
   + STILL TAKING CLIENTS ON —

2) BILLY KEEFE — EX-PARTNER #4

3) RICHARD DAVIDSON #2

4) KEN O'DONNELL R.I. #6

5) DONALD BECKER #3

7) P.I. KEVIN FLYNN —

8) WARREN DESAULNIER with
   falsified warrant
   Blackmailed by police for a
   false Back dated warrant
   not legal + signed
   Judge Neitlich's
   Name —

9) Jodi GAGNON — masseuse
10) ELLEN KEOHANE (Mullen).