COURT JUDGE ZOBEL

MARGRETTA LANGLOIS Pro Se.

v.

COMMONWEALTH

FILED IN CLERKS OFFICE
2006 MAR 21 P 12:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

(1)

CASE: 05-C.A. 10190 - JUDGE R. W. ZOBEL

NOW COMES THE Plaintiff MARGRETTA LANGLOIS Pro Se. will ASK THE COURT TO GRANT HER

AN motion for ALL DEFAULTS + FINAL JUDGEMENTS AGAINST THE COMMONWEALTH of MASS. FOR $500,000. FALSE IMPRISONMENTS

RE: 1) Violation of HER CIVIL RIGHTS w/HOLDINGS TO A LEGAL & FAIR TRIAL w/ WITNESSES AUDIO TAPE - COPS CAUGHT ON TAPE - By COMM. AND McBRIDE + POLICE -

2) STOLEN monies -
   missing moneys in Comm. possession

2/28/96 - 9/12/97  3) FALSE + DISTORTED INDICTMENTS - 7/7/97 - 7/8/97

4) FALSE + DESTROYED EVID (NOT TO FIND GUILTY) (ALLEGEDLY Def. Guilty) By DESTROYING EVID By COMM - 7/7/97 - 7/8/97

5) FALSE + FORGED STATEMENTS OF (ALLEGED Def) By COMM FORGING HER STATEMENT + SIGNING HER Name found TO BE NOT TRUE + SUPPRESSED By Billy Keefe (MC Bride's EX PARTNER
7/7/97 - 7/8/97

ALL # 4 + 5 SUPPRESSED + COMM + MC Bride UNSUPPRESSED TO find ME "GUILTY" See DOCKET SHEET DEFAULTS ON COMMONWEALTH TO PROVIDE All DISCOVERY Since 12/20/05 -

(2)

MARCH 25, 2006 Deadline w/ No Extensions —

All Judges Au 11-14 did Not want this case —

Due to the "High Profile" of Commonwealth's D.A. —

for A.G.'s Tom Reilly Elections office —

Any Revise & Revoke sat on Judge Graham's desk from 12/31/97 — 1/20/99 — The Revise & Revoke was "Denied" without a Hearing due to all the Guys — Dirty Players were

1) ADA Yvonne Bolden Adams who went to the A.G.'s office 1/20/99 —

2) Tom Reilly went into A.G.'s office 1/20/99 —

3) Ma Bolden was "off" case finally from 1/98 — 4/98 we fired her numerous times after because he refused to get off case due to cover up for Tom Reilly

4) Cops perjured themselves on indictments 7/7/97 – 7/8/97 — (for 10 yrs. Frame See fighting

This case I was put in jail to only shut me up. I told Mc Bride on 9/11/97 — I was going to T.V. & Newspapers on on this case after being found not "Guilty" on deceiving the jury in front of A.D.A Bellefontaine's "Your not going anywhere"! The make sure — He's the one who sold me out and hundreds of (others) now "Disbarred" since 9/1/05 But still taking monies clients & refused to give his license over, He's needs to go to Jail w/ all the x-clients he put in jail by selling them out!

(3)

9/11/97

On March 27, 2006 Plaintiff will entered requests for federal court to grant on all motions for false & wrongful Imprisonment due to comm. conspiracy to falsely imprison m/a [illegible] by w/holding crucial evid. for a new trial, reconsideration,

SET PART "MAINTAINING PROSTITUTION ASIDE, + ALL DISCOVERY TO (PLAINTIFF NOW). ④

THEREFORE ON MARCH 25, 2006 PLAINTIFF ASKS THE COURT TO GRANT IN HER FAVOR OF FINAL JUDGEMENT ON CIVIL SUIT 05-C.A. 10190 FOR $500,000. FOR FALSE + WRONGFUL IMPRISONMENT. W/ A "GANG RAPE" TRIAL BY POLICE, COMM. + HE BESIDE HER OWN FLAMBOYANT-ATTORNEY WHO SOLD HER OUT TO SHUT HER UP FROM GOING PUBLIC — DUE TO ELECTIONS — OF TOM REILLY — W/ NO APPEALS ON THE CASE 05-C.A. 10190 BEFORE THE HONORABLE JUDGE R.W Zobel

* LET JUSTICE PREVAIL AFTER 10 YRS —
I WAS TOLD IN DEC. 05 TO FILE FOR NEW TRIAL BY D.A.!

RESPECTFULLY SUBMITTED
Marpetta Langlois
Pro Se
3/8/06

C.C. Commonwealth D.A. - M.S. Court Camb
C.C. Judge Laraut - M.S.C. Camb, Re: Graham
C.C. All Attorneys on case
96-1416-001-002

Maryette Langlois

1 C.C. Copy Thru U.S.D.C.
Civil To D.A.'s Office

Total (2) copies.

Along w/ 14 pgs. of
To Show docket sheet.
+ Violation of
Def. Civil Rights To
A · legal + Fair
Trial She
Never Had!
Before Judge Graham

MAS-20041213     Case 1:05-cv-10190-RWZ    Document 7    Filed 03/21/2006    Page 6 of 19     02/28/2006
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket
09:10 AM

## MICR1996-01416
## Commonwealth v Langlois, Margetta

| | | | |
|---|---|---|---|
| **File Date** | 08/21/1996 | **Status** | Disposed: Entered in Appeals Court (dapenter) |
| **Status Date** | 02/23/2004 | **Session** | 1 - Crim 1 (6B Cambridge) |
| **Jury Trial** | Waived | **Origin** | I - Indictment |
| **Lead Case** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Arraignment** | 09/06/1996 | **Track** | I - Inventory | **Final PTC** | |
| **Disp. Deadline** | 09/06/1997 | **Deadline Status** | Deadline active since return date | **Status Date** | 09/09/1996 |
| **Pro Se Deft** | No | **Custody Status** | | **Start Date** | |
| **Weapon** | | **Substance** | | **Prior Record** | Unknown |

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 02/28/1996 | 272:006 | Guilty finding | 09/12/1997 |
| | Prostitution, maintain house of | | | |
| 2 | 02/28/1996 | 272:007 | Not guilty finding | 09/12/1997 |
| | Prostitution of another, derive support from | | | |

**Defendant**
Margetta Langlois
Gender: Female
Active 08/21/1996

**Private Counsel 552988**
Richard A Davidson Jr
Flynn & Associates (Michael B)
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
Phone: 617-773-5500
Fax: 617-773-5510
Withdrawn 12/19/1996

**Private Counsel 034960**
Donald L Becker
70 Trapelo Road
Belmont, MA 02478
Phone: 617-484-5656
Withdrawn 06/11/1997

**Private Counsel 556817**
William J Keefe
390 Centre Street
Jamaica Plain, MA 02130
Phone: 617-983-9200
Fax:
Withdrawn 05/20/1998

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
Case Summary
Criminal Docket

## MICR1996-01416
## Commonwealth v Langlois, Margetta

| | |
|---|---|
| | **Private Counsel 630411**<br>Victoria L Nadel<br>8 Winter St., 12th Floor<br>Boston, MA 02108<br>Phone: 617-738-0474<br>Fax:<br>Withdrawn 10/15/1998 |
| | **Private Counsel 628587**<br>David B Zirlen<br>20 Main Street<br>Suite 302<br>Natick, MA 01760<br>Phone: 508-653-6666<br>Withdrawn 09/29/1999 |
| | **Private Counsel 563939**<br>Marcy C Levington<br>Levington Law Offices (Marcy)<br>149 Cambridge Street<br>Cambridge, MA 02141<br>Phone: 617-876-6780<br>Fax: 617-868-6765<br>Withdrawn 04/27/2000 |
| | **Private Counsel 542413**<br>Leslie W O'Brien<br>PO Box 426<br>Winchester, MA 01890<br>Phone: 781-756-0111<br>Fax: 781-756-0606<br>Active 04/27/2000 Notify |
| **Plaintiff**<br>Commonwealth<br>Gender: Unknown<br>Active 08/21/1996 | **District Atty's Office 559402**<br>Julie M Dale<br>Middlesex County District Atty's Office<br>40 Thorndike Street<br>East Cambridge, MA 02141<br>Phone: 617-494-4050<br>Fax: 617-225-0871<br>Active 09/06/1996 Notify |

# Commonwealth of Massachusetts
## MIDDLESEX SUPERIOR COURT
### Case Summary
### Criminal Docket

## MICR1996-01416
## Commonwealth v Langlois, Margetta

**District Atty's Office 638160**
Elizabeth F Silverman
Middlesex County District Atty's Office
40 Thorndike Street
East Cambridge, MA 02141
Phone: 617-679-6500
Fax: 617-225-0871
Withdrawn 04/27/2005

**District Atty's Office 639312**
Jane Fitzpatrick
Middlesex (County Of)
40 Thorndike St
Cambridge, MA 02141
Active 04/27/2005 Notify

| Date | Paper | Text |
|---|---|---|
| 08/21/1996 | 1.0 | Indictment returned |
| 09/06/1996 | 2.0 | Affidavit of indigency filed; approved Intake prepared by J. Coleman Court appoints Richard Davidson who represented defendant in D.C. (Raymond J Brassard, Justice) |
| 09/06/1996 | 3.0 | Appointment of Counsel Davidson Jr |
| 09/06/1996 | | Appearance of Deft's Atty: Davidson Jr |
| 09/06/1996 | | Appearance of Commonwealth's Atty: Dale |
| 09/06/1996 | | Deft arraigned before Court (Raymond J Brassard, Justice) |
| 09/06/1996 | | RE offense 1: Plea of not guilty |
| 09/06/1996 | | RE offense 2: Plea of not guilty |
| 09/06/1996 | | Bail set: $5,000 or $500 Bail to be transferred ( Raymond J Brassard, Justice)tice) |
| 09/06/1996 | | Bail warning read in open court |
| 09/06/1996 | | Continued until 10/7/96 PTC |
| 09/06/1996 | | Reporter present: Elizabeth Tyler |
| 09/23/1996 | 4.0 | Bail satisfied: $500 (red # 7732) |
| 10/07/1996 | | Continued until 11/06/96 Filing NEM |
| 10/07/1996 | | Reporter present: Erika Goldberg |
| 10/07/1996 | 5.0 | Pre-trial conference report filed in court |
| 11/06/1996 | | Continued until 11/21/96 for Motion Hearing |
| 11/06/1996 | | Reporter present: Debbie Belanger |
| 11/06/1996 | 6.0 | Motion by Deft: For Discovery And Production Of Discoverable Information Filed In Court |
| 11/06/1996 | 7.0 | Motion by Deft: To Inspect Tangible Evidence Filed In Court |
| 11/06/1996 | 8.0 | Motion by Deft: For A Bill Of Particulars Filed In Court |
| 11/20/1996 | | Continued until 11/25/96 NEM |
| 11/20/1996 | | Reporter present: Deborah Belanger |
| 11/25/1996 | | Continued until 12/19/96 for NEM |

MAS-20041213　　　　　　　　　　Case 1:05-cv-10190-RWZ　　Document 7　　Filed 03/21/2006　　Page 9 of 19　　02/28/2006
　　　　　　　　　　　　　　　　　　　Commonwealth of Massachusetts
　　　　　　　　　　　　　　　　　　　　MIDDLESEX SUPERIOR COURT
　　　　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　　　Criminal Docket
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　09:10 AM

## MICR1996-01416
## Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| 11/25/1996 | | Reporter present: Debbie Belanger |
| 12/19/1996 | 9.0 | Withdrawal of appearance requested by Davidson Jr. filed in court |
| 12/19/1996 | | Motion (P#9) allowed (Paul A Chernoff, Justice) court appoints scheduled bar advocate Donald Becker, Esq. |
| 12/19/1996 | | Reporter present: Debbie Belanger |
| 12/19/1996 | 10.0 | Appointment of Counsel Becker |
| 12/19/1996 | | Appearance of Deft's Atty: Becker |
| 12/19/1996 | 11.0 | Motion by Commonwealth: For Discovery, Filed In Court |
| 12/20/1996 | | Continued until 01/08/97 PTC |
| 12/20/1996 | | Reporter present: Deborah Belanger |
| 01/08/1997 | | Continued until 01/22/97 LC |
| 01/08/1997 | | Reporter present: Jacquelyn Healey |
| 01/22/1997 | | Continued until 01/27/97 NEM 03/05/97 Filing EM |
| 01/22/1997 | | Reporter present: John Lynch |
| 01/22/1997 | 12.0 | Motion by Deft: For Costs For Services Of Investigator With An Affidavit In Support Of Attached Filed In Court |
| 01/22/1997 | 13.0 | Motion by Deft: For Discovery Of Statements And Information Received From Co-Defendant Filed In Court |
| 01/22/1997 | 14.0 | Motion by Deft: For Discovery Of Information Received By Commonwealth Agents Via Wire And Through Later Conversation Filed In Court |
| 01/22/1997 | 15.0 | Motion by Deft: To Be Furnished With Statements Of Promises Rewards Or Inducements |
| 01/22/1997 | 16.0 | Commonwealth Files Statement Of The Case |
| 01/22/1997 | 17.0 | Commonwealth Files Response To Discovery |
| 01/22/1997 | | Motion (P#12) Allowed Cap $750 (Christine M McEvoy, Justice) Justice) Kevin Flynn Is The Expected Investigator |
| 01/27/1997 | | Continued until 3/5/97 for NEM |
| 01/27/1997 | | Reporter present: Jacquelyn Healey |
| 01/27/1997 | 18.0 | Deft Files Memorandum In Support Of Her Motion For Discovery And Production Of Discoverable Information. Submitted To The Court in Camera |
| 01/27/1997 | 19.0 | Motion by Deft: For Costs For Services Of Handwriting Expert With Affidavit In Support Of |
| 01/27/1997 | | Motion (P#19) No Action Taken |
| 01/27/1997 | 20.0 | Motion by Deft: For Further Discovery |
| 01/30/1997 | 21.0 | Motion by Deft: For Identification Of Defendant's Employees Interviewed By Police |
| 03/05/1997 | | Continued until 03/13/97 Further NEM |
| 03/05/1997 | | Reporter present: Melissa MacDonald |
| 03/11/1997 | 22.0 | Motion by Deft: For Additional Discovery |
| 03/13/1997 | 23.0 | Motion by Deft: For Additional Costs For Services Of Investigator With An Affidavit In Support Of Attached |
| 03/13/1997 | | Motion (P#20 Allowed From 1/1/96 to 2/28/96 By The Court (Charles M Grabau, Justice) |
| 03/13/1997 | | Motion (P#22) denied (Charles M Grabau, Justice) |
| 03/13/1997 | | Motion (P#8) allowed (Charles M Grabau, Justice) |

*Handwritten annotations in right margin:* "NEVER Allowed to Testify to CLEAR me + FINDS AUDIO TAPES MARKED EVID NEVER IN —"  "NEVER given over to my attorney for witnesses for he —"

## MICR1996-01416
### Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| 03/13/1997 | | Motion (P#6) Denied After Hearing (Charles M Grabau, Justice) |
| 03/13/1997 | | Motion (P#14) Denied After Hearing (Charles M Grabau, Justice) |
| 03/13/1997 | | Motion (P#7) Allowed As To Photocopies Of Documents And Similar Material Commonwealth And Defense Counsel To Agree As To A Conveinent Date To Inspect All Other Items And Photograph By The Court (Charles M Grabau, Justice) |
| 03/13/1997 | 24.0 | Motion #15 Allowed In Part Denied In Part See Motion By The Court (Charles M Grabau, Justice) |
| 03/13/1997 | 25.0 | Affidavit of Defendant In Support Of Motion For Allowance Of Fees And Costs For Services Of Handwriting Expert Filed In Court |
| 03/13/1997 | 26.0 | Affidavit of Counsel In Support Of Motion For Allowance Of Fees And Costs For Services Of Handwriting Expert |
| 03/13/1997 | | Continued until 04/02/97 Status |
| 03/13/1997 | | Reporter present: Melissa MacDonald |
| 03/24/1997 | 26.1 | Affidavit of Indigency And request kFor Waiver, Substitution Or State Payment Of Fees and Costs |
| 04/02/1997 | | Continued until 5/8/97 for Motion to Dismiss |
| 04/02/1997 | | Reporter present: Joseph Laro |
| 04/02/1997 | | Motion (P#19) I Find the Defendant To Be Indigent (See Affidavit) Motion Allowed Not To Exceed $1000 (Charles M Grabau, Justice) |
| 04/02/1997 | | Motion (P#23) I Find The Defendant To Be Indigent I Allow The Motion For Funds Not To Exceed $1500 (Without Prejudice) (Charles M Grabau, Justice) |
| 04/25/1997 | | Request For Continuance Allowed (Lucie B Pasquale, ACM) |
| 04/25/1997 | | Continued until 05/23/97 Filing EM 06/02/97 EM Hrg. |
| 04/25/1997 | | Reporter present: Deborah Belanger |
| 05/01/1997 | 27.0 | Commonwealth Files Response To Discovery II |
| 05/16/1997 | 27.1 | Commonwealth Files Response To Defendant's Motion For Bill Of Particulars |
| 05/23/1997 | 28.0 | Motion by Deft: To Dismiss Indictments For False Or Distorted Testimony Presented To The Grand Jury, With Affidavit and Memorandum |
| 05/23/1997 | 29.0 | Motion by Deft: To Dismiss Indictments For Failure To Comply With Discovery Order & For/Or Lost Destroyed Evidence, With Affidavits And Memorandum |
| 06/02/1997 | | Continued until 06/11/97 Motion Suppress |
| 06/02/1997 | | Reporter present: Paula Connelly |
| 06/02/1997 | 29.1 | Commonwealth Files Memorandum In Opposition To Defendant's Motion To Dismiss I |
| 06/02/1997 | 29.2 | Commonwealth Files Memorandum In Opposition To Defendant's Motion To Dismiss II |
| 06/02/1997 | | Motion (P#29) After Hearing Denied (Joseph A Grasso Jr., Justice) |
| 06/02/1997 | | Motion (P#28) After Hearing Denied (Joseph A Grasso Jr., Justice) |
| 06/02/1997 | 30.0 | Motion by Deft To Suppress Statements, With Affidavit And Memorandum Filed in Court |
| 06/11/1997 | 31.0 | Motion by Deft: To Suppress Evidence With attached Affidavits and Memorandum Of Law In Support Of Motion Filed In Court |

*[Handwritten annotation in margin: "NEVER USED — WHY NOT? PROVED NOT MINE 7/7/97 - & 7/8/97"]*

MAS-20041213 | Case 1:05-cv-10190-RWZ  Document 7  Filed 03/21/2006  Page 11 of 19 | 02/28/2006
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket
09:10 AM

## MICR1996-01416
## Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| 06/11/1997 | 32.0 | Motion by Deft: For Further Fees And Costs For Services Of Investigator With Affidavit In Support Of Motion |
| 06/11/1997 | | Continued until 06/13/97 Motion For Discovery |
| 06/11/1997 | | Reporter present: Paula Connelly |
| 06/11/1997 | | Motion (P#32) denied (Joseph A Grasso Jr., Justice) |
| 06/11/1997 | 33.0 | Commonwealth Files Opposition To Defendant's Motion To Suppress Statements |
| 06/11/1997 | 34.0 | Motion To Withdraw As Counsel For Defendant With Affidavit In Support |
| 06/11/1997 | | Appearance of Deft's Atty: Keefe |
| 06/13/1997 | | Continued until 7/7/97 for Motion To Suppress |
| 06/13/1997 | | Reporter present: Elizabeth Tyler |
| 06/13/1997 | | Motion (P#31) After hearing Atty J. McBride withdraws motion in open Court.(Grasso,J) |
| 06/13/1997 | | Motion (P#34) After Hearing Allowed (Joseph A Grasso Jr., Justice) |
| 07/07/1997 | | Sent to 10B |
| 07/07/1997 | 35.0 | Commonwealth Files Opposition To Defendant's Motion To Suppress Statements |
| 07/07/1997 | 36.0 | Exhibits In Criminal Office Vault  *STOLEN MONEYS - & EVID-* |
| 07/08/1997 | | Motion To Suppress Under Advisement (Charles F Barrett, Justice) |
| 07/08/1997 | | Returned To First Session For ATD |
| 07/08/1997 | | Continued until 8/4/97 for ATD |
| 07/08/1997 | | Reporter present: Debbie Belanger |
| 07/11/1997 | 37.0 | Memorandum Of Decision And Order-Motion to Suppress Is Denied (Charles F Barrett,Justice) Both Sides Notified |
| 08/04/1997 | | Continued until 9/11/97 for trial |
| 08/04/1997 | | Reporter present: Debbie Belanger |
| 09/11/1997 | | Case sent to 12B Trial |
| 09/11/1997 | 38.0 | Motion by Commonwealth: To Allow Defendant's Prior Convictions For Impeachment Filed In Court |
| 09/11/1997 | 39.0 | Commonwealth Files Witness List Filed In Court  *DAY OF TRIAL!* |
| 09/11/1997 | 40.0 | Jury Waived Trial Exhibits |
| 09/11/1997 | | Reporter present: Elizabeth Tyler |
| 09/11/1997 | 41.0 | Waiver of trial by jury Filed In Court |
| 09/11/1997 | 41.1 | Exhibit List Filed |
| 09/12/1997 | | Offense 002, After the Commonwealth rests & upon Oral Motion for Required Finding Of Not Guilty, said motion is allowed. (R Malcolm Graham, Regional Administrative Justice) |
| 09/12/1997 | | RE offense 2: Not guilty finding |
| 09/12/1997 | | Offense 002 Defendant is discharged in open court in so far as this indictment is concerned. (R Malcolm Graham, Regional Administrative Justice) |
| 09/12/1997 | 42.0 | Finding by Court: Maintaining a House Of Prostitution Finding Guilty |
| 09/12/1997 | | RE offense 1: Guilty finding Commonwealth moves for sentence |
| 09/12/1997 | | Sentence imposed: Offense 001, MCI Cedar Junction at Framingham for a term not exceeding two years one day or less than two years. (R Malcolm Graham, Regional Administrative Justice) Also See Fine |

*W/ WHAT EVIDENCE NONE*

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

# MICR1996-01416
# Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| | | assessed |
| 09/12/1997 | | Fine: $5,000. : Surfine: $250.: Total Fine: $5,250 (Graham, J.) |
| 09/12/1997 | | Mittimus issued to MCI Framingham |
| 09/12/1997 | | Notified of right of appeal under Rule 65 Supreme Judicial Court Appeals Court |
| 09/12/1997 | | Notified of right of appeal under Rule 64 (Appellate Division) |
| 09/12/1997 | | Victim-witness fee assessed: $60.00 |
| 09/12/1997 | 43.0 | Motion by Deft: For Stay Of Execution And Release Pending Appeal |
| 09/12/1997 | | Motion (P#43) After oral argument DENIED (R Malcolm Graham, Regional Administrative Justice) |
| 09/12/1997 | | Attested copy of Indictment to MCI Framingham Records |
| 09/12/1997 | | Reporter present: Lila Moreau |
| 09/18/1997 | 44.0 | ORDERED: Motion #43 Is Denied Without The Necessity Of A Hearing By The Court (Laurence, J) |
| 09/23/1997 | 45.0 | Mittimus (001) MCI Cedar Junction returned with service |
| 10/09/1997 | | Victim-witness fee paid as assessed $60. |
| 01/08/1998 | 46.0 | Motion by Deft: To Revoke And Revise Sentence By Reduction With An Affidavit |
| 01/08/1998 | 47.0 | Deft files Witness List |
| 01/08/1998 | 48.0 | Motion by Deft: For The Appointment Of Counsel |
| 01/08/1998 | 49.0 | Affidavit Of Indigency |
| 01/08/1998 | 50.0 | Motion by Deft: For Writ Of Habeas Corpus Ad Testificandum |
| 01/20/1998 | | Motion (P#48) After review, matter to be forwarded to CPCS for its review of motion to R & R & other issues raised in her communications (Graham, J) |
| 01/20/1998 | 51.0 | Motion by Deft: To Revoke And Revise Sentence By Reduction with supporting affidaivt. |
| 01/20/1998 | 52.0 | Motion by Deft: For The Appointment Of Counsel. |
| 01/20/1998 | 53.0 | Affidavit of Indigency And Request of Waiver, Substitution Or State Payment Of Fees And Costs. |
| 01/20/1998 | 54.0 | Motion by Deft: For Writ OF Habeas Corpus Ad Testificandum. |
| 01/20/1998 | | Audio Tape of Lowell Police Department conducting a Search & Seizure prior to a Search Warrant Authorized and On Site. |
| 02/11/1998 | | Three letter received from defendant |
| 02/18/1998 | | Five letters recieved from defendant |
| 02/18/1998 | 55.0 | Deft files Withdrawal Of Appointed Counsel |
| 02/23/1998 | 56.0 | Withdrawal of appearance filed by McBride |
| 03/10/1998 | | Two Letters Received From Defendant |
| 03/10/1998 | | Letter received from defendant requesting Appointment of Counsel And Hearing On Motion To Revoke And Revise |
| 03/10/1998 | | Letter received from Defendant |
| 03/25/1998 | | Kindly mark this case up in First Criminal session, Cambridge for status of counsel to represent defendant in a Motion to Revise and Revoke sentence imposed 9/12/97 (Graham, J.) |
| 04/11/1998 | 57.0 | Committee for Public Counsel Services appointed (Graham, J.) |
| 04/13/1998 | 58.0 | Motion by Deft: For Appointment of Counsel |

MAS-20041213
Case 1:05-cv-10190-RWZ   Document 7   Filed 03/21/2006   Page 13 of 19
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket
02/28/2006
09:10 AM

# MICR1996-01416
# Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| 04/22/1998 | | Motion (P#58) Allowed (Graham, J.) |
| 04/28/1998 | | Fourteen Letters Received from Defendant and Copies Foward to Justice Graham at Lowell |
| 05/08/1998 | | Package of Exhibits and Letter Requesting a Court Date |
| 05/15/1998 | 59.0 | Appointment of Counsel- Victoria Nadel, P.O. Box 6035, McCormack Post Office, Boston,Mass. 02209 |
| 05/22/1998 | | Appearance of Deft's Atty: Nadel |
| 06/01/1998 | 60.0 | Letter from Defendant Re: Bar Counsel, Attorney , Court System |
| 06/04/1998 | 61.0 | Letter From Defendant |
| 06/09/1998 | 62.0 | Motion by Deft: To Request Transcripts (copy sent to Judge Graham) |
| 06/10/1998 | 63.0 | Order: Notice of Docket Entry. Defendant's Motion to File Late Notice of Appeal, Allowed to 6/24/98. (Perretta, J.) |
| 06/15/1998 | | Motion (P#62) allowed (R. Malcolm Graham Justice) |
| 06/16/1998 | | Court Reporter Carol Lavalle hereby notified to prepare one copy of the transcript of the evidence of on July 7,1997 Motion to Suppress. |
| 06/16/1998 | | Court Reporter Elizabeth Tyler is hereby notified to prepare one copy of the transcript of the evidence of Sept. 11,1997 Jury Waived Trial, or anything you may have. |
| 06/16/1998 | 64.0 | Court Reporter Lila Moreau is hereby notified to prepare one copy of the transcript of the evidence of trial date. Sept. 12,1997 before Judge Graham) New order issued as the July date was wrong. |
| 06/19/1998 | 65.0 | Notice of appeal to appeals court, being aggrieved by certain opinions, ruling, directions, and judgments of the Court, hereby appeals pursuant to Mass. rules of Appellate Procedure 3 (copy sent to DA and Judge Graham) |
| 06/23/1998 | 66.0 | Motion by Deft: Motion to Expediate Transcripts |
| 06/23/1998 | | Two letters received from defendant addressed to Judge Graham |
| 06/24/1998 | | Two letter received from defendant addressed to Judge Graham |
| 06/24/1998 | | Letter received from defendant addressed to Judge Graham |
| 06/24/1998 | 67.0 | Letter from Attorney, Impounded per request of Victoria Nadel |
| 06/26/1998 | | Letter from Defendant Rule 30A for Habeas for Hearing |
| 06/28/1998 | | Letter received from Defendant Re: Court Date and Hearing |
| 06/29/1998 | | Letter received from Defendant Re Motions |
| 07/01/1998 | 68.0 | Writ of Habeas Corpus issued to Framingham MCI for 07/10/98 for Motion to Revise & Revoke |
| 07/01/1998 | | Letter from Defendant: received this day |
| 07/06/1998 | | Letter from defendant received this day |
| 07/15/1998 | 69.0 | Motion by Deft: To Expedite The Transcripts |
| 07/20/1998 | | Motion (P#69) allowed (R.Malcolm Graham Justice) Copy to Defendant , Attorney and all Court Reporters |
| 09/02/1998 | 70.0 | Motion by Deft: For A Writ Of Habeas Corpus Ad Testificandum For Rule 30A and/or Revoke and Revise (copy sent to Judge Graham) |
| 09/02/1998 | 71.0 | Motion by Deft: For A Writ Of Habeas Corpus Ad Tesificandum (copy sent to Judge Graham) |
| 10/02/1998 | 72.0 | Motion by Deft: to Withdraw as Counsel for Defendant |
| 10/02/1998 | | ORDERED: Court orders defendant to be habed in from MCI Framingham |

# MICR1996-01416
# Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| 10/08/1998 | | 10/15/98 and Motion to be heard on that date(Chernoff, J.) (see #72) Appearance of Deft's Atty: Zirlen, David |
| 10/15/1998 | | Motion (P#72)after hearing, allowed (Paul A Chernoff, Justice) copy sent to Atty. Nadel. |
| 12/21/1998 | 73.0 | Letter from Defendant , Requesting Action on Revise And Revoke Copy to be Sent to Judge Graham |
| 12/21/1998 | 74.0 | Request for A Writ of Habeas Corpus Ad Testificandum, Copy to Judge Graham |
| 01/20/1999 | | Motion (P#51) After review, the motion is denied w/o hearing since the defendant was given the statutory minimum sentence to the extent that the motion seeks to vacate the judgment the Court has previously allowed appointment of counsel to review the matter. (R Malcolm Graham, Justice) copy sent to defendant & ada. |
| 01/28/1999 | 75.0 | Motion by Deft: for the Appointment of Counsel. |
| 01/28/1999 | | Copy of docket mailed to defendant. |
| 05/05/1999 | | Court Reporter Paula Connelly is hereby notified to prepare one copy of the transcript of the evidence of June 2, 1997 Motion to Dismiss before Judge Grasso,Jr (and any another date you may have for a hearing on this motion) |
| 06/01/1999 | | Letter from defendant requesting copy of docket sheets and status of transcripts. |
| 07/09/1999 | 76.0 | Affidavit of indigency and request for waiver, substitution or state payment of fees and costs with supporting financial statement. copy sent to Justice Graham |
| 07/15/1999 | 77.0 | Motion by Deft: for Speedy Trial. copy sent to Justice Graham |
| 07/21/1999 | 78.0 | Affidavit of indigency filed;and Financial Statment |
| 08/16/1999 | 79.0 | Motion by Deft:for Speedy Trial Re Fine Owed - $5,250.00 |
| 08/26/1999 | 80.0 | Two sets, One Volume in each set of the Transcript of Evidence - (June 2, 1997 Hearing - Court Reporter, Paula Connelly) delivered to the office of the Clerk of Courts. |
| 08/26/1999 | 81.0 | Two sets, two volumes in each set of the Transcript of Evidence - (July 7 and 8, 1997 - Hearing - Court Reporter, Carol A Lavallee) delivered to the office of the Clerk of Courts. |
| 08/26/1999 | 82.0 | Two sets, Two volumes in each set of the Transcript of Evidence - (September 11, 1997 - Jury Waived Trial -Court Reporter, Elizabeth C. Tyler and September 12, 1997 - Second Day of Jury Waived Trial - Court Reporter, Lila Moreau) delivered to the Office of the Clerk of Courts. |
| 08/26/1999 | 83.0 | Notice of assembly of record; two certified copies of docket entries, two sets of the Transcript of Evidence and lists of exhibits sent to the Clerk of the Appeals Court this day. |
| 08/26/1999 | | Notice of Assembly of Record sent to attorney Zirlen and District Attorney, Martha Coakley. |
| 09/15/1999 | 84.0 | Motion by Deft: "Court Order" For "All Medical Records" of Margetta Langlois Copy to (Graham,J.) |
| 09/15/1999 | 85.0 | Motion by Deft: For A Court Order By Judge For A "Tampered File" Copy |

MAS-20041213 | Case 1:05-cv-10190-RWZ Document 7 Filed 03/21/2006 Page 15 of 19 | 02/28/2006
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket
09:10 AM

## MICR1996-01416
## Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| | 85.0 | to (Graham,J.) |
| 09/15/1999 | 86.0 | Motion by Deft: For Appointment Of Public Counsel For Appeals Copy to (Graham,J.) |
| 09/15/1999 | 87.0 | Motion by Deft: For Appointment Of Public Counsel For Fine Of $5250. Under Appeal Case With Transcripts In Criminal Court With Affidavit Of Indigency And Financial Statement (Copy to Graham,J.) |
| 09/22/1999 | 88.0 | Deft files Motion for A Speedy Hearing - Copy sent to Judge Graham ADA and Probation Dept. |
| 09/29/1999 | 89.0 | Affidavit of indigency filed; approved (Lucie B Pasquale,CM) Court Appoints Bar Advocate Marci Livington-Counsel |
| 09/29/1999 | 90.0 | Clerks Minutes: (Paul A Chernoff, Justice) Presiding PO Stephen Mulloy Deft Atty: Marci Levington Appointment Of Courtnsel Affidavit Of Indigency Filed And Approved After Hearing Fine Remitted |
| 09/29/1999 | | Reporter present: John Lynch |
| 10/06/1999 | | Pro Se Appearance of Defendant Margetta Langlois(represent herself) |
| 10/06/1999 | 91.0 | Motion by Deft: for transcripts of Hearing 9/29/99 before Judge Chernoff |
| 10/06/1999 | 92.0 | Motion by Deft: to Expeditate as Soon as Possible Transcripts of 10/15/98 Hearing of Withdrawsal of Attorney Victoria Nadel and Motion for Copy of Letter of Withdrawa; of #7 Attorney Victoria Nadel on 10/15/98 |
| 10/06/1999 | 93.0 | Request of defendant for Court Order to obtain all Medical Records and Alleged treatment by Doc at MCI Framingham |
| 12/31/1999 | 94.0 | Rescript received from Appeals Court; Dismissal under standing order #17A filed. By the Court, Adhley Brown Ahearn, Clerk |
| 02/08/2000 | | Request from Appeals Court Clerk's Office for 2 copies of updated docket sheet, a copy of the appeal and a copy of the Assembly cover sheet. |
| 02/09/2000 | | Two copies of updated docket sheet, a copy of the appeal and a copy of the Assembly cover sheet sent to Appeals Court. |
| 02/10/2000 | 95.0 | Notice of docket entry: Please take not that with respect to the letter from Margetta Langlois re: request to set aside dismissal and reinstate appeal with attach (P#3) on February 7, 2000 the following order was entered on the docket of the above-referenced case: Re: the motion is allowed and the appeal is reinstated the appellant is currently deemed to be proceeding pro se and to be considered for appointed counsel must complete and return the attached affidavit of indigency the appellants brief and appendix are to be filed on or before 3-18-00 (Perretta, Beck, Gelinas, JJ) Notice Attest Image |
| 05/22/2000 | 96.0 | Motion by Deft: For New Trial Pursuant To Mass.R.Crim.P. 30 (b) And Memorandum In Support Thereof With Appendix (Copy to Graham, J.) |
| 05/22/2000 | 97.0 | Affidavit of Of Counsel (Copy to Graham, J.) |
| 05/22/2000 | 98.0 | Affidavit of Trial Counsel (Copy to Graham, J.) |
| 05/22/2000 | 99.0 | Motion by Deft: For Hearing On Motion For New Trial (Copy to Graham, J.) |
| 06/14/2000 | | Appearance of Commonwealth's Atty: Elizabeth J Silverman |

Case 1:05-cv-10190-RWZ    Document 7    Filed 03/21/2006    Page 16 of 19

MAS-20041213                                                                                    02/28/2006
                           Commonwealth of Massachusetts                                        09:10 AM
                              MIDDLESEX SUPERIOR COURT
                                      Case Summary
                                     Criminal Docket

## MICR1996-01416
## Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| 06/16/2000 | 100.0 | Commonwealth files Opposition To Defendant's Motion For New Trial (Copy to Graham, J.) |
| 06/27/2000 | 101.0 | Memorandum of decision and order on defendants motion for a new trial Re: for the foregoing reasons the defendants motion for new trial is Denied (R Malcolm Graham,Justice) |
| 07/17/2000 | 102.0 | Deft files Notice of Appeal from Denial of Motion for New Trial. |
| 07/19/2000 | 103.0 | Appeals Court: Notice of Docket Entry: With respect to the Motion to Consolidate filed by Defn. on 7/17/00. Re #14 Order: The defendant's motion to consolidate is allowed. The defendant's appeal from the denial of the motion for a new trial is consolidated with the pending appeal without the necessity of further assembly of the record by the trial court. The Clerk of the Middlesex Superior Court is to forward revised dockets forthwith. The stay is vacated & the appellant is to file a consolidated brief & appendix on or before 8/23/00. |
| 07/19/2000 | | Two revised certified copies of the docket entries sent to the Clerk of the Appeals Court this day together with the notice of appeal & memorandum of decision and order on defendant's motion for new trial. (notice sent to atty & ada) |
| 07/21/2000 | 104.0 | Motion by Deft: to correct the record with an affidavit attached |
| 07/26/2000 | | Motion Motion ( Paper #104) kindly forward to the court thee pages referred to but not attached hereto along wityh a list of the exhibits in this case. By the Court, R.Malcolm Graham, Justice of the Superior Court. Copy sent to Attorney O'Brien |
| 09/19/2000 | | Court Reporter Elizabeth Tyler is hereby notified to prepare one copy of the transcript of the evidence of 06/13/1997. |
| 12/19/2000 | 105.0 | Letter from defendant Re: Due To My Civil Rights Being Violated Again. (copy sent to Judge Graham as requested by defendant) |
| 02/02/2001 | | Medical Records of Defendant sent it by Defendant |
| 03/20/2001 | | Letter received from defendant, requesting that this be filed in her case.Not for public view -Impounded |
| 06/25/2001 | | Letter from defendant requesting that it be filed in her case. Not for public view - impounded |
| 01/23/2002 | 106.0 | General correspondence regarding Letter received fro Defendant, originally mailed to Norfolk Superior Court Requesting Certified copies of dockets |
| 01/23/2002 | 107.0 | General correspondence regarding Letter received from defendant addressed to Judge Malcolm Graham. ( see Letter) |
| 01/23/2002 | | General correspondence regarding Certified copies requested by defendant request received and sent this day |
| 01/29/2002 | 108.0 | General correspondence regarding Letter and Affidavit of Margetta Langlois requesting docket entries. these were sent on 01/23/02 |
| 03/26/2002 | | Deft files Letter Re: Affidavit of Bearing a Witness and Non Existence of Jail Time. |
| 04/03/2002 | 109.0 | Deft files Copy of letter sent to the Judicial Misconduct Board and Copies of Letters sent to her from the Judicial Misconduct Board |
| 05/03/2002 | 110.0 | General correspondence regarding from defendant |

Case 1:05-cv-10190-RWZ   Document 7   Filed 03/21/2006   Page 17 of 19

MAS-20041213                                                                                      02/28/2006
                              Commonwealth of Massachusetts                                       09:10 AM
                                   MIDDLESEX SUPERIOR COURT
                                         Case Summary
                                        Criminal Docket

## MICR1996-01416
## Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| 05/17/2002 | 111.0 | General correspondence from defendant regarding Notice of Docket Entry in Appeals Court |
| 05/20/2002 | 112.0 | General correspondence from defendant regarding Filing of documents in U.S. District Court |
| 06/12/2002 | 113.0 | Rescript received from Appeals Courtjudgment affirmed Order denying motion for new trial affirmed |
| 08/09/2002 | 114.0 | General correspondence from defendant regarding letter sent to U.S. District Court (copy to Judge Graham) (copy of docket sent to deft.) |
| 10/14/2003 | 115.0 | Motion by Deft: for Hearing New Evidence |
| 10/17/2003 | 116.0 | Deft files witnesses/lawyers all to testify at hearig |
| 12/19/2003 | 117.0 | Motion by Deft: for Court appointed attorney due to indigency on SSI for "New Evidence Hearing, (Audio Tape)Never (Copies sent to Graham,J) |
| 12/19/2003 | 118.0 | Motion by Deft: for Judge Graham to recuse himself off case 96-1416-001-002 ASAP (Copy sent to Graham,J) |
| 01/16/2004 | | Motion (P#115) After review, Denied without a hearing (Graham,J) Sitting in Norfolk |
| 01/16/2004 | | Motion (P#117) Denied (Graham,J) |
| 01/16/2004 | | Motion (P#118) Denied (Graham,J) |
| 02/13/2004 | 119.0 | NOTICE of APPEAL FILED by Margetta Langlois of Denial of Motions: Motion for Hearing New Evidence, Motion for Witnesses not allowed to Testify at Trial to Testify, Motion for Attorney Due to Indigency and Motion for Judge Graham to Recuse Himself |
| 02/17/2004 | 120.0 | Notice of assembly of record; two certified copies of dockets entries and P#119 Notice of Appeal and list of Exhibits sent to the Clerk of the Appeals Court this day |
| 02/17/2004 | | Notice of assembly of record; sent to Margetta Langlois and Jim Sahakian, ADA |
| 02/19/2004 | 121.0 | General correspondence from defendant regarding Appeal, Judge's decisions and problems with attorney (copy to Judge Graham) |
| 02/23/2004 | 122.0 | Notice of Entry of appeal received from the Appeals Court |
| 02/25/2004 | 123.0 | Notice of Docket Entry: Pleas take note that on February 23, 2004 the following entry was made on the docket of the above referenced case: ORDER" the matter referred to panel designated to hear 2004-P-231 (McHugh,J) |
| 03/22/2004 | 124.0 | Letter received from defendant (copies sent to Graham,J) |
| 04/09/2004 | 125.0 | Motion by Deft: for 120 day extension for brief pending appointment of public appeals counsel by CPCS (Copies sent to Graham,J) |
| 09/07/2004 | 126.0 | Order -- Appeals Court -- In accordance with Standing Order #17A of this Court, as entered March 22, 1982, you are herby given notice that the subject appeal/report shall be dismissed for lack of prosecution consistent with said order for the following reason: Brief/appendix not received or status report not filed. (Ashley Brown Ahearn, Clerk.) |
| 12/30/2004 | 127.0 | Defendant's Request for Conviction to be Set Aside and a Full Pardon and Erased from Record. (copy sent to Judge Lauriat) |
| 01/03/2005 | | Defendant's Request (P#127) At the request of the court, Lauriat, J. |

Case 1:05-cv-10190-RWZ   Document 7   Filed 03/21/2006   Page 18 of 19

MAS-20041213                                    Commonwealth of Massachusetts                            02/28/2006
                                                   MIDDLESEX SUPERIOR COURT                               09:10 AM
                                                          Case Summary
                                                         Criminal Docket

                                                       MICR1996-01416
                                                  Commonwealth v Langlois, Margetta

| Date | Paper | Text |
|---|---|---|
| | | a copy of your request will be forwarded to the office of the District Attorney for a written response. When said response is filed with the Court, a hearing may be scheduled or a decision will be made on the papers. (L. Pasquale, CM) notice sent |
| 03/07/2005 | 128.0 | Defendant's Request for conviction to be set aside and a full pardon and erased from record (sent to Judge Lauriat) |
| 03/07/2005 | 129.0 | Defendant's Request by Court Order of Middlesex D.A.'s Office for Production for "All Discovery", Evid., Audiotapes, Affidavits, (S.W.) in D.A., A.D.A. file submitted by police and Lowell Mass for Defendant. (sent to Judge Lauriat) |
| 03/07/2005 | 130.0 | Defendant's Request for Hearing (sent to Judge Lauriat) |
| 04/26/2005 | 131.0 | Defendant's Request for Hearing - Motion to Set Aside Conviction with no valid evid. and evid. withheld by commonwealth and defendant's attorney John McBride - Prosecutorial misconduct. (sent to Judge Lauriat) |
| 04/26/2005 | 132.0 | Procedural Order: The defendant has filed a motion for post-conviction relief. The court ORDERS that the Commonwealth file a response to the defendants pending motion on or before May 31, 2005. By the Court (Lauriat, J.) notice sent |
| 04/27/2005 | | Appearance of Commonwealth's Atty: Jane Fitzpatrick |
| 04/27/2005 | | Defendant's request (P#131) No action taken on defendant's two requests for hearing pending commonwealth's reponse to defendant's motion paper #128. (Lauriat, J.) notice sent |
| 05/09/2005 | 133.0 | Commonwealth files Memorandum in Opposition to Defendants Rquest for Conviction to be set aside |
| 05/11/2005 | | Motion (P#128) denied. Upon review of this motion, the defendant's later filed papers, and the Commonwealth's opposition to this motion and for the reasons set forth in the Comonwealth's opposition (paper #133) this motion is denied without a hearing. (Lauriat, Justice). Copies mailed 5/12/05 |
| 10/17/2005 | 134.0 | Motion for appointment of counsel due to indigency (sent to Judge Lauriat) |
| 10/17/2005 | 135.0 | Request by defendant for hearing with oral arguments (sent to Judge Lauriat) |
| 10/17/2005 | 136.0 | Motion by Deft: to set aside "Denied" Decision to Overturn or Set Aside "Guilty" Decision. (sent to Judge Lauriat) |
| 10/24/2005 | | Motion (P#134) Upon review, these papers are treated as a motion for reconsideration of this Court's order of May 11, 2005,and denied. (Lauriat,J) |
| 02/24/2006 | 137.0 | Deft files correspondence to judges re: case #05 C.A. 10190 (sent to Judge Lauriat) |

MAS-20041213                                                                 02/28/2006
Commonwealth of Massachusetts                                                09:10 AM
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

MICR1996-01416
Commonwealth v Langlois, Margetta

"GANG RAPE"
TRIAL ON 9/11/97 + 9/12/97 (2)
I was NOT Allowed any (witnesses)
To Clear Me — only Ex lawyer Davidson
called 10x's LAST MIN. TO APPEAR
1). SEARCH WARRANT Received
ON 3/6/96 NOT 2/28/96
8 DAYS AFTER ARREST!
Illegal SEARCH + Seize ON
2/28/96
ALL BACK DATED DUE TO
POLICE BLACKMAILED WARREN
DESANIER (MAGESTRATE)
Lowell District Court
Customer
of massage

ON PAPER NEAR PHONE
w/ APPOINTMENTS (DISAPPEARED)
2/28/96 - WARREN From Court
                4:00 pm
CUSTOMER for massage — Margetta Langlois

case01 127005 y y y y n n                                                    Page 14 of 14