MARGETTA LANGLOIS Pro Se;

v.

COMMONWEALTH OF MASS.

05-CV-10190 R.W. Zobel

REQUESTS FOR MOTIONS (HEARING) FOR DEFAULTS AND FINAL JUDGEMENTS ASAP ON COMMONWEALTH OF MASS.

Now comes the Plaintiff MARGETTA LANGLOIS Pro Se; and asks the Court for Default and Final Judgement on the Commonwealth for failure to:

1) Answer to 20 Day Responses Jan 26, 2005 (had) Case filed 1/5/05.

2) No Answers to Date — from Commonwealth of Mass.

3) No filings from Commonwealth on this case 05-C.V. 10190 R.W. Zobel

4) Failure to produce "all Discovery" and Exculpatory Evid. By March 25, 2006?

Plaintiff Requests "Defaults" and Final Judgement for Collection from the Commonwealth

of Mass. for damages of $500,000. for false &
wrongful imprisonment, and
illegal trial that convicted of evid.
w/held. by Respectfully
Commonwealth,   submitted,
Police v
McBride                Margetta Langlois,
                                       pro se'
                       3/29/06

c.c. D.A.'s office of
       Middlesex County

c.c. Middlesex Sup. Court
       Judge Lariat —
       Judge Malone Graham —

c.c. Fox T.V. 25

c.c. Bar Counsel — Roger Geller
       RE: McBride (John)
       RE: David Zyklin
       RE: Ken O'Donnell
       RE: Billy Keefe (McBride's
                    ex partner)
       RE: A.D.A. Yvonne Bellefontaine
NO EXTENSIONS — NO APPEALS —

MARGETTA LANGLOIS Pro Se'
V.
COMMONWEALTH OF MASS.
05-C.V. 10190 R.W. Zobel
REQUEST FOR HEARING
for "DEFAULTS AND FINAL
JUDGEMENTS" — A.S.A.P
on Commonwealth of Mass

Now comes the Plaintiff
MARGETTA LANGLOIS Pro Se' AND ASKS
THE COURT FOR DEFAULT AND FINAL
JUDGEMENT ON THE COMMONWEALTH
for failures To:

1) Answer to 20 day Responses
Jan 26, 2005, Case Filed 1/5/05.

2) No Answer to Date From
Commonwealth of Mass.

3) No Filings from Commonwealth
on this Case 05-C.V. 10190 R.W. Zobel

4) Failure to Produce "All
Discovery" AND "Exculpatory Evid"
By March 25, 2006.

Plaintiff REQUESTS DEFAULTS and Final Judgements for Collection from the Commonwealth of Mass for Damages of $500,000. for false wrongful Imprisonment and "Illegal Trial that convicted me w/evids w/held by Commonwealth, Police, + the Bride

Respectfully Submitted
Margetta Taylor's
Bride, 3/29/06 (T.L)

c.c, D.A. Middlesex County
c.c, Middlesex Sup. Court, Judge Larmo, Judge M. Graham
c.c, Fox T.V. 25
c.c, Bar Counsel - Roger Geller
    RE: McBride (Joan)
    RE: David Zirlin
    RE: Ken O'Donnell
    RE: Billy Keefe (McBride's Ex. Partner)
    RE: ADA, yvonne Bellefontaine

NO EXTENSIONS, NO APPEALS —