UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10190-RWZ

MARGETTA LANGLOIS

v.

COMMONWEALTH OF MASSACHUSETTS

ORDER

April 6, 2006

ZOBEL, D. J.

    Plaintiff seeks a notice of default for failure of defendant to answer. The motion is denied as she has never served defendant. She shall make service within 10 days of this order; and, if she fails to do so, the complaint will be dismissed for failure to prosecute.

|  |  |
|---|---|
| _____ | /s/ Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |