UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGETTA LANGLOIS
    Plaintiff

V.

COMMONWEALTH OF MASS.　　　　　CIVIL ACTION: 05CV10190-RWZ
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.　　　　　　　　　　　　　　　　　　　May 2, 2006

In accordance with the court's order dated 4/6/06, the above-entitled action is hereby dismissed for failure to prosecute.

By the Court,

_s/ Lisa A. Urso
Deputy Clerk

disml.ord