**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

05-C.V. 10190 RWZ

FILED
IN CLERKS OFFICE

2006 MAY -3 PM 12: 27

DISTRICT OF MASS.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARGETTA LANGLOIS | 05-C.V. 10190 R.W.Z. |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| THOMAS REILLY (ATTORNEY GENERAL) | Civil |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

THOMAS (TOM) REILLY A.G.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1 ASHBURTON PLACE BOSTON, MASS 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARGETTA LANGLOIS Rose'
P.O. Box 3091
HOLIDAY, Fla 34690

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 45-M.O. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                          Fold

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT

Margetta Langlois' pro se

| TELEPHONE NUMBER | DATE |
|---|---|
| (727) 5x 3957 | 4/21/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 4 | 38 | Nancy Jalewere | 4/25/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Sherri Costa   Executive Assistant | |

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| 1 Ashburton 20th Floor | 05/01/2006 | 12:00 | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

**REMARKS:**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MisDLesex _____ District of _MASS._

MARGETTA LANGLOIS

**SUMMONS IN A CIVIL CASE**

V.

TOM. REilly A.G.
COMMONWEALTH of
D.A. on CASE –
MASS –
(Involved)!

**CASE NUMBER:**

**05 CA 10190 RWZ**

TO: (Name and address of Defendant)

TOM REilly (A.G.) (D.A) (1997—1999 on CASE)
1 ASHBURTON PLACE

BOSTON, MASS. (02210.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARGETTA LANGlois pro se;
P.O. Box 3091
Holisay, FLA. 34690 –

(Cell) (727) 514 3957.

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 1 3 2006

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_MiSDLeSeX_ _____ District of _MASS._ _____

_MARGETTA LANGLOiS_

v.

**SUMMONS IN A CIVIL CASE**

_TOM. REiLLy A.G._
_COMMONWEALTH of_
_MASS —_
_D.A. ON CASE — r_
_Involved!_

CASE NUMBER:

**05 CA 10190 RWZ**

TO: (Name and address of Defendant)

_TOM REiLLy (A.G.) (D.A. (1992 — 1999 an CASE)_
_1 ASHBURTON PLACE_
_BOSTON, MASS. (02210.)_

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

_MARGETTA LANGLOiS PRo Se,_
_P.O. Box 3091_
_HoliSry, fLA. 34690 —_

_(Cell) (727) 514 3957 ___ 30 ___ days after service of this

an answer to the complaint which is herewith served upon you, within ___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

CLERK

APR 1 3 2006

DATE

(By) DEPUTY CLERK

April 24, 2006

Margetta Langlois
P.O. Box 3091
Holiday, Fl 34690

Margetta Langlois
Vs.
Commonwealth of Massachusetts

CA: 05-CV 10190 R.W.Z.
Complaint Amended-April 24, 2006

> 1.) Commonwealth of Massachusetts
>> a.) Withheld Exculpatory Evidence.
>> b.) Withheld Witnesses' Names, Addresses and Telephone Numbers of all
>> Masseuses in Apartment of February 28, 1996.
>> c.) Masseuse witnesses were not used in in Commonwealth's behalf and
>> could not be.
>> d.) Masseuses' (4) could have been used for Defendant in
>> Case 96-1416-001- 002.
>> e.) Jodi Gagnon who massaged (Officer/Customer), Timothy Goulden. Jodi
>> "**did not Solicit**" Timothy Goulden, he in fact solicited Jodi Gagnon and
>> he got completely **naked in apartment and I yelled at him for doing so**
>> when I got called into the room and I told him to leave. He said he would
>> wrap up in a towel that I had in the room on the table with the powder,
>> lotions, oils and handy wipes.
>> f.) Jodi Gagnon did nothing wrong-except she was scared by the Cop
>> Customer.
>> g.) He, Timothy Goulden said one thing to get me indicted on August of '96
>> but on the witness stand on September 11, 1997-September 12, 1997,
>> Timothy Goulden had changed his story.

Judge Graham even said on record:
(1.) "CONFLICTING STORIES OF COMMONWEALTH'S WITNESSES AND/OR
TESTIMONIES, (2.) DISCRIMINATING MONIES ON RECORD-Marked Money
$150.00 disappeared out of evidence room at Lowell Police Station while in
Commonwealth's possession".

Defendant's bill money $778.00 was taken out of her Jeep on an illegal search by Police.
$600.00 was given back by Clerk of Court's demand in Lowell District Court of Lowell
Police to Defendant. $178.00 was kept for Massage when it was only $150.00 paid for
the Massage (which was marked money). Now shows $28.00 was not given at the time of
Massage. So it shows that $178.00 was out of $778.00 owed to Margetta Langlois. Also
other monies were taken out of her wallet without a Search Warrant after she was

arrested and taken out.

2.) Illegal Search by Lowell Police with no Search Warrant.

3.) Jodi Gagnon was not allowed to testify at the Trial for the Commonwealth on their original list of witnesses due to the fact it would have helped Margetta Langlois not be convicted. Therefore, McBride would not allow Jodi to testify to clear Margetta of all charges in behalf of the Defendant, Margetta Langlois demanded Jodi to be there. She would have cleared Margetta.

4.) No tape recordings of any sex, solicitation, to prove Jodi Gagnon did not do anything wrong except massage without a license.

5.) Lowell Police blackmailed Jodi to give a false plea so she would not lose custody of her daughter (hear audiotape).

6.) Commonwealth had audiotape in their possession at Lowell Police Department:

  a). Never marked in as evidence taken from the apartment.

  b). Never gave a copy of the tape to all 8 of Margetta's Lawyers.

  c). The Private Investigator, Kevin Flynn paid by the State found the audiotape in evidence at the Lowell Police Station. Never marked in as evidence.

  d). Commonwealth perjured themselves in indictments.

  e). Commonwealth made a false list of witnesses who would not testify for them.

  f). Commonwealth threw LAST minute witnesses on day of Trial, September 11th and 12th of 1997 with no 30-day notice to Defendant's Attorney.

7.) Commonwealth made Defendant travel from Florida to Boston 44 times in 77 weeks and on 45 trip to Court, Defendant became FLIGHT RISK.

  a). Judge Neil Walker lowered bail from $5,000.00 to $500.00 knowingly Defendant lived in Florida. I was not a Flight Risk before the Case even started, I was never late, nor defaulted. Even when excused, I came up from Florida, which the D.A. tried to lie under oath to the Judge until Attorney, Richard Davidson appeared.

8.) My second Public Defendant Attorney, Richard Davidson withdrew off of my case to become a witness to testify about the Commonwealth's Tampering with my evidence while in Commonwealth's Possession:

  a). Stolen Evidence (the $150.00).

  b). Missing Evidence (D.A., Tom Riley's name out of the book).

  c). Withheld Evidence (Audiotape).

  d). Switched Evidence (Pages switched from Haircut book to Personal Phone Book-Ex: Names of Family, Friends, Airports, Airlines, Home Depot, Attorneys, A Brother I have not seen 30 years and Friends for over 20 years).

  e). Non existing Evidence (SEARCH WARRANT dated February 28th, 1996 but stamped by Court's Clock showing received eight days later on March

6th, 1996 making Search Warrant INVALID). There were 29 days in February of 1996. Search Warrant is suppose to be executed within 7 days and returned to the Court and clocked in again.

f). Added Evidence (6 condoms and Dildos to concoct Prostitution Case).

g). Lotions, Powders, Oils and Handy Wipes were never shown at Trial for Massage as evidence but were listed on Search and Seize papers.

9.) Prosecution refused Defendant's Attorneys all discoveries, witnesses' names to testify on behalf of Defendant's Defense to clear her all of charges.

a). Police took all of Masseuse' names and addresses before Defendant taken was out of her apartment and arrested.

b). Police asked all Masseuses about drugs and guns, not Prostitution.

10.) Prosecutor refused other 5 cops to testify that were at the apartment about the real truth of why they were there.

11.) The real truth about it was drugs. I have been stopped at the airport 3 times in a 4-month period with proof and affidivadits.
SHE WAS PUT INTO THE COMPUTER, AND NOTHING FOUND IN HER BAGGAGE ANY AND/OR ALL TIMES WHICH WAS PUT ON RECORD BACK IN 1997 AND NOW AGAIN, 2006. AND IN COMMONWEALTH'S POSSESSION SINCE JANUARY OF 1997 BEFORE TRIAL. ALL EVIDENCE WAS WITHHELD BY COMMONWEALTH AND JOHN. C. MCBRIDE FOR PERSONAL FAVORS.

12.) Lowell Police Officer, Archie Beullier of Lowell,
Massachusetts was onto McBride about McBride having SEXUAL RELATIONSHIP WITH CAROLINE WILLARD (BEULLIER'S GIRLFRIEND. That is why McBride begged me for my case once I had contacted him to represent me in a Civil Suit only against Lowell Police. McBride called me 7 times in 45 minutes at my friend's house for my case. Billy Keefe as witness in and ex-partner of John C. McBride. Archie was forced to retire because McBride had sold me out to Lowell Police for a cover-up.

13.) I never knew McBride withheld evidence and sold me out until he would not let me play the tape at the Trial on September 11th and 12th of 1997, which Judge Graham received personally from my oldest son, Ken Hatch on January 21, 1998 with tape as evidence and other evidence. See Docket Sheet please.

14.) McBride took $3500.00 from my son, Steven Hatch and his wife, Michelle. McBride did not file any appeals from September 12th of 1997 to present of 2006.

15.) McBride blackmailed my family (4 children and my boyfriend) for monies for appeals that he never filed. McBride's quote to my family was "HOW COULD YOU LIVE YOUR MOTHER SITTING IN JAIL? I WOULD NEVER LEAVE MY CLIENTS SITTING IN JAIL".

16.) McBride, I found out later in jail inmates have partied with my Attorney and coped drugs in Brockton, Massachusetts. Now he is disbarred and still taking clients since December of 2005 to present and their money with no license.

17.) Along came #6 Attorney, Ken O'Donnell a.k.a. William Kenneth O'Donnell took $4200.00 and never signed onto the case due to being suspended from Massachusetts to practice and refused to give monies back to this day.

18.) Along came #7 Attorney was fired by Defendant due to the fact of her request for me to plead "CRAZY', more cover-up.

19.) Along came #8 Attorney, David Zierlin took $3000.00 in September of 1998, never filed onto the case. I have never met him nor has he ever came to visit me while I was in prison. Finally, I got my $3,000.00 back that a friend has loaned me after a couple of years.

20.) These Attorneys jumped on board for free money and no representation.

21.) Billy Keefe left the office of McBride when I started to cover my case, he told me that I would be out after Elections of January of 1999. Which by that time, I have completed my sentence by September of 1999. He had told me that my case was about Drugs not Prostitution.

22.) The only thing that I was guilty of:
MASSAGES WITHOUT A LICENSE WHICH D.A., TOM RILEY OF MIDDLESEX COUNTY NOW ATTORNEY GENERAL WAS A CUSTOMER.
AND ALSO, WARREN DESAULNER, MAGISTRATE OF LOWELL DISTRICT COURT WHO SIGNED THE JUDGE'S NAME AND BACKDATED THE ILLEGAL SEARCH WARRANT 8 DAYS LATER.

23.) Billy Keefe on July 7th and 8th of 1997 proved:
    a). False and Distorted Indictments.
    b). False and Destroyed Evidence.    j
    c). False and Forged Statements.
We proved that I did not sign the confession and that it was forged. All #23 a, b and c were suppressed not to find me guilty.

24.) McBride owing Lowell Police Department the favor unsuppressed #23 a, b and c were unsuppressed to find my guilty.

25.) I had 13-15 Judges on this case and NO JUDGES WANTED THIS CASE UNTIL MALCOLM GRAHAM CAME ALONG AND VIOLATED MY CIVIL RIGHTS TO A FAIR AND LEGAL TRIAL AND/OR A NEW TRIAL.
    a). With 20+ witnesses before McBride came along.
    b). Audiotape.
    c). Original Marked Money.
    d). All withheld evidence.
    e). All tampered evidence.
    f). All stolen evidence.
    g). Perjury by the entire Commonwealth's Witnesses.
"NO CRIME EVER COMMITTED".
    h). 2 witnesses were paid by the State were not allowed to testify.
    Handwriting expert proven by us (Billy Keefe and Private Investigator, Kevin Flynn were not allowed to testify at the trial.

26.) I was wrongfully and imprisoned due to the Elections of Tom Riley the

fact of me going to the Television and Newspapers. And McBride told me that I was not going anywhere. I will not give up, I have fought for over 10 years on this case. I have all the evidence, witnesses, audiotape and a copy off the original search warrant to prove me not guilty.

27.) To this day, I have been refused to go before any Judge in person to have my to have my day in Court and prove my Innocence due to Judge's Denying me without a hearing and is a violation of my Civil Rights. The Courts want this case to go away and never be uncovered.

28.) Therefore, the Plaintiff demands in damages $500,000.00 with 10 year's interest from the Commonwealth of Massachusetts for wrongfully and imprisoned for 2 years and 1 day. That Commonwealth of Massachusetts could not prove beyond reasonable doubt of guilty without the help of Attorney, John C. McBride who sold his client out by in affective council by withholding evidence for his own personal favors.

I truly believe that Justice will surface and the truth can never be buried deep enough, my testimony has never changed. See the Commonwealth's perjury of Officers who have testified:

      a). Indictments.
      b). Pre-Trial of July 7th and 8th of 1997 was proven by Attorney, Billy Keefe.
      c). Trial date, September 11th and 12th of 1997 covered up to find me guilty by McBride who unsuppressed certain motions that were suppressed by 4 other Attorney.

All my other cases in U.S.D.C. Civil before Judge Richard G. Stearns were dismissed illegally with all evidence and audio tape due to the fact this Judge has received all cases against McBride for Civil Suit among other ex-client have been dismissed without any hearings with oral arguments.

I sign under the pains of penalty and perjury.

Respectfully Submitted,

Margetta Langlois

DEAR JAY JOHNSON —

Re: CASE - 05-C.V.10190 R.w.2oBd

PLEASE ACCEPT THESE

Receipts To your COURT AS TO

For T.V. Copies WHAT EVER I SENT

Mike Barnicle or Head of To you I Also Sent To

News for JUDGE LAFIN / BLAKKOM

For my OLD CASE

96-1416-001— 002

COMMONWEALTH GOT All

Copies Plus

CIVIL SUIT / Copy I

Enclosed In ENU. ON

1/5/05 — see receipt

sent out 1/6/05 see receipt

I left 2 original copies at

Court I walked In on 3/29/06

+ sent D.A. also a copy By Regular

mail — Thank you

c.c. D.A. Commonwealth Maryetta Langlie

of mass (Jane). 4/10/06

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10190-RWZ

Langlois v. Commonwealth of Massachusetts
Assigned to: Judge Rya W. Zobel
Cause: 42:1983 Civil Rights Act

Date Filed: 01/24/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Margetta Langlois**

represented by **Margetta Langlois**
P.O. Box 1016
Methuen, MA 01844
PRO SE

*Closed out 4/05*

V.    *Back on Rec. New P.O. Since 9/29/99*

**Defendant**

**Commonwealth of Massachusetts**

*P.O. Box 3091*
*Holiday, Fl. 34690 —*
*(727) 514-3957 - Margetta Langlois*
*4/10/06*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2005 | ◕ | Case filed without payment of the filing fee or submission of an application to waive the filing fee. (Jenness, Susan) (Entered: 02/01/2005) |
| 01/24/2005 | ◕1 | COMPLAINT against Commonwealth of Massachusetts, filed by Margetta Langlois.(Jenness, Susan) (Entered: 02/01/2005) |
| 01/24/2005 | ◕ | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 02/01/2005) |
| 02/04/2005 | ◕2 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM AND ORDER: if plaintiff wishes to proceed with this action, she shall, within ten (10) days of the date of this Memorandum and Order, (1) either pay the $150.00 filing fee or file an Application to Proceed Without Prepayment of Fees; and (2) if she submits an Application to Proceed Without Prepayment of Fees, she shall also demonstrate good cause, in writing, why this action should not be dismissed for the reasons stated above. If plaintiff fails to either pay the filing fee or file an Application to Proceed Without Prepayment of Fees accompanied by a document demonstrating good cause, this action will be dismissed without prejudice. The Clerk mailed to plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with the Memorandum and Order.(Morse, Barbara) (Entered: 02/04/2005) |

| 02/04/2005 | ● | Set Deadlines/Hearings: Filing Fee and Show Cause Responses due by 2/14/2005: (1) plaintiff to either pay the filing fee or file an application to proceed without prepayment of fees; and (2) if plaintiff files an application to proceed without prepayment of the filing fee, she shall also demonstrate good cause why this action should not be dismissed for the reasons stated in the Memorandum and Order. (Morse, Barbara) (Entered: 02/04/2005) |
| 02/15/2005 | ● | Filing fee: $ 150, receipt number 62148 regarding Civil Action (Johnson, Jay) (Entered: 03/11/2005) |
| 02/16/2005 | ●3 | Letter/request (non-motion) from Margetta Langlois regarding "false and wrongful conviction" w/attachments. (Johnson, Jay) Modified on 2/17/2005 (Johnson, Jay). (Entered: 02/17/2005) |
| 02/16/2005 | ●4 | Letter/request (non-motion) from Plaintiff requesting impounded evidence w/attachments. (Johnson, Jay) Modified on 2/17/2005 (Johnson, Jay). (Entered: 02/17/2005) |
| 03/09/2005 | ● | Papers received for filing with a audio tape. (Urso, Lisa) (Entered: 03/09/2005) |
| 12/20/2005 | ●5 | Letter/request (non-motion) from Margetta Langlois Requesting Hearing. (Attachments: # 1 part 2)(Johnson, Jay) (Entered: 12/21/2005) |
| 02/27/2006 | ●6 | Letter/request for docket (non-motion) from Margetta Langlois w/attachments. (Johnson, Jay) (Entered: 02/28/2006) |

NOTHING FILED BY COMMONWEALTH
W/ DEFINITING 30 DAY RESPONSES TO
ANSWER - HEARING 15 MINUTES 3/30 3/31/2
MOTION 1, REQUEST FOR DEFAULTS +
(FINAL JUDGEMENTS) HEARING MARCH 30, OR 31st
W/ NOTICE FOR COMMONWEALTH
PRESENT SENT (A) CERTIFIED MAIL BY PLAINTIFF
+ 1 COPY THROUGH COURT, COMMON -
WEALTHS FAILURE TO COMPLY W/ ALL
DISCOVERY + EXCULPATORY EVID, AUDIO
TAPE, MARKED MONEY TO LON TO COURT. m.t





UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGETTA LANGLOIS
P.O. BOX 3091
Holiday, Fla. 34690 —

Cell # (727) 514-3957
RE: Receipts of Delivery —

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGETTA LANGLOIS Praxe
P.O. Box 3091
Holiday, Fla. 34690 —

Cell: (727) 514 3957.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGETTA LANGLOIS
P.O. Box 3091
Holiday, Fla. 34690 —

cell # (727) 514-3957

RE: Receipts of Delivery —

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGETTA LANGLOIS Praxe
P.O. Box 3091
Holiday, Fla. 346 90 —

cell : (727) 514 3957.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGETTA LANGLOIS
P.O. Box 3091
Holiday, Fla. 34690 —

Cell # (727) 514-3957
RE: Receipts of Delivery —

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGETTA LANGLOIS Prose
P.O. Box 3091
Holiday, Fla. 34690 —

Cell: (727) 514 3957.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGETTA LANGLOIS
P.O. Box 3091
Holiday, Fla. 34690 —

Cell # (727) 514-3957
RE: Receipts of Delivery —

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGETTA LANGLOIS Prose
P.O. Box 3091
Holiday, Fla. 34690 —

cell: (727) 514-3957.

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to: FOR HEARING

MIDDLESEX DA's Office
C/O M.S. COURT
40 THORNDIKE ST
CAMB, MASS
02144 —

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
2/07/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, give delivery address below:  ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

Article Number
(Transfer from service label)     7005 1820 0005 4226 5834

S Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE
BOSTON MA 02

27 FEB 2006 PM 19 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGETTA LANGlois Pro-Se
C/o P.O.Box 3091
Holiday, Fla. 34690.

31 B001     lllllllllllllllllllllllllllllllllllllllllll

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to: Clerk of Court

U.S.D.C. (Civil)
U.S. Courthouse
1 Courthouse Way
Boston, Mass. 02109

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to: Attn (Jane)

Middlesex D.A's
(Criminal)
40 Thorndike St.
Camb Mass.
02141
Re: 05-CV-101090-RWZ

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
U.S.D.C. (Civil) U.S. Courthouse
Street, Apt. No.; or PO Box No. 1 Courthouse Way
City, State, ZIP+4
Boston, Mass. 02109

PS Form 3800, June 2002   See Reverse for Instructions

7003 3110 0005 2010 0627

MARGETTA LANGLOIS Pro. Se.

FILED
CLERKS OFFICE

V.

2006 MAR 29 P 4: 45

COMMONWEALTH of MASS -

U.S. DISTRICT COURT
DISTRICT OF MASS.

05- ......... O R. W. ZOBEL

REQUESTS for MOTIONS for HEAR
DEFAULTS, AND FINAL JUDGEMENTS
A.S.A.P., ON COMMONWEALTH OF MAS.

NOW COMES THE PLAINTIFF

MARGETTA LANGLOIS PRO-SE, AND ASKS

THE COURT FOR DEFAULT AND FINAL

JUDGEMENTS ON THE COMMONWEALTH

FOR FAILURE TO:

1). ANSWER TO 20 DAY RESPONSE
JAN 26, 2005, CASE FILED 1/5/05

2). NO ANSWER TO DATE from
COMMONWEALTH OF MASS.

3). NO FILINGS from COMMONWEAL.
ON THIS CASE 05-C.V. 10190 R.W. Zoe

4). FAILURE TO PRODUCE "ALL
DISCOVERY" AND "EXCULPATORY EVIS.
BY MARCH 25, 2006"

PLAINTIFF REQUESTS DEFAULT
AND FINAL JUDGEMENT FOR

Collection from THE Commonwealth
of mass. for Damages of
$500,000 for false & wrongful,
Inprisonments and Illegal
Trial That Convicted me
w/ Evid. wHHeld By
Commonwealth
Police, mc Bride

Respectfully,
Submitted,
Marquette Langlois
Pro se, 3/29/06

c.c. D.A. Middlesey County
c.c. Middlesey Sup. Court, Judge Harm
Judge M GRAHA

c.c. Fox T.V. 25

c.c. Bar Counsel - Roger Geller
RE: John C, mcBride
RE: Billy Keefe Exparoner of
me Bride
RE: David Zirlin
RE: Ken O'Donnell
RE: A.D.A. Yuanne Belletsothin

* No Extensions and No Appeals