May 19, 2006

Margetta Langlois

vs.

Commonwealth of Massachusetts, Tom Reilly,
individually and as District Attorney
February 28, 1996 to January 20th, 1999.

and

Martha Coakley, individually and as District Attorney
January 20, 1999 to Present (May 2006).

CASE NO. 2005-CV-10190-RWZOBEL     RE: PROSECUTIONAL MISCONDUCT
                                   AND MALICIOUS PROSECUTION.

FILED
IN CLERKS OFFICE

2006 MAY 22 P 3: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerks of Court,
(ATTENTION: JAY JOHNSON)

Kindly place these papers before the Court and the Judge immediately as your earliest convenience to VACATE DISMISSAL dated May 2, 2006 due to the fact there have been 3, now 4 copies of notice of extension of time enclosed with all dates added to the original.

Also, the following motions to:

1.) Motion-Plaintiff requests to vacate and reinstate the case to Trial List with by Trial by Jury as original of January 5, 2005 was filed to the Court.

2.) Motion-For Malicious Prosecution by the Commonwealth of Massachusetts on Defendant, Margetta Langlois, CASE NO: 96-1416-001-002, by the Commonwealth withholding EXCULPATORY EVIDENCE (audio tape and other evidence tampered with and not marked as evidence, changing witnesses for the trial on September 11 and 12th of 1997 on that day without a 30-day notice to Defense).

3.) Motion-Entered again for the 4th time for the 20-day extension of time April 16, 2006 to May 6, 2006 entered by Overnight Mail, Certified Green Card (Return Receipt Requested), and also the 3rd time to Lisa Urso by Priority Mail personally. Never documented 3 times on record. With the copy enclosed and 4 dates sent to the Court and never documented on record.

4.) Motion-Plaintiff requests that this motion be granted for the 20-day extension due to

MARGETTA LANGLOIS
v.
COMMONWEALTH OF MASS.

TOM REILLY INDIVIDUAL & AS D.A.
MARTHA COAKLEY INDIVIDUAL & AS D.A.

FILED IN CLERKS OFFICE
2006 MAY 22 P 3:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION - NOTICE TO RE-OPEN CASE:

05-C.V.-10190 R.W.Z. ~Bed~ w/ EVIDENCE ~Tampering w/ motion~ (4) xs TO COURTS CLERK w/ ~All Dates~ on ORIGINAL copy of copy - PLAINTIFF SENT IN — COURT NEVER DOCKETED MOTIONS for ~30 Day~ EXTENSION in FILE NOW (4) Times — PLEASE RESPOND THROUGH MAIL TO RE-OPEN CASE w/ CERTIFIED MAIL w/ SIGNATURE NEEDED TO PLAINTIFF —

Margetta Langlois

4/16/06

C.C. To All —

PLEASE DOCUMENT ALL ON REC!

MARGETTA LANGLOIS PRO-SE
V.
COMMONWEALTH OF MASS.
DEF. TOM REILLY SERVED 5/2/06
DEF. MARTHA COAKLEY UNAVAILABLE
CASE: 05-CV-10190 R.W.ZOB.
REQUEST FOR MOTION TO
VACATE DISMISSAL ON 5/2/06
AND RESTORE CASE FOR TRIAL
LIST-

U.S. MARSHALL'S HAD PROCESS
PAPERS SINCE 4/26/06
SERVICE WAS 5/2/06
UNDER "30 DAY EXTENSION" — ON
BY A-DON 5/2/06 (D.A. ON CASE) (TOM REILLY A.G.)
W/ EVID + RECEIPTS — 96-1416-001-002
30 DAY EXTENSION" SENT TO
ATT: LISA URSO
ALONG — W/ JET BLUE PRICES #638.
FOR 04/12 — 4/18/06
30 DAY EXTENSION  Respectfully
5/05/06 Submitted - Margetta Langlois

MARGETTA LANGLOIS pro. sei
vs
COMMONWEALTH of MASS.
ATT: D.A. MARTHA COAKLEY — for
 SERVICE ON —
RE: 05-CV-10190 R.W. ZOBEL

REQUEST: MOTION for
"EXTENSION OF SERVICES"
70 DAYS — For Second Time on D.A. of FED.A.
 office — Middlesex County —

NOW COMES THE PLAINTIFF MARGETTA
LANGLOIS PRO, Sei SERVED Middlesex
D.A's office on 1/6/05 MARTHA
COAKLEY ALONG w/ EVE'S INDIGENTS
FULL Discovery w/ CERTIFIED mail
w/ RETURN Receipt Sent into Court
+ Middlesex D.A's office on
APRIL 10 — 2006 By CERTIFIED
mail to BOTH —
                    U.S.D.C. JUDGE Zobel * to
Middlesex D.A's office was well
AWARE OF CASE PENDING w/
SERVICE 1/6/05 w/ Receipts of
zip codes —
See     c.c. Judge Zobel   (02105)
Receipts c.c. M.S. Court    (02141)
        c.c. D.A's office   (02141)
     * others
         I Have Not Received as
of yet APRIL 06 Decision

2)

In mail P.O. Box 3091 Holiday, Fla. "Denied" Defaults & Final Judgement on account of D.A.'s office "Allegedly" not aware of civil suit & service — But certified mail proves otherwise — Signed by D.A.'s office & Receipts by Post Office Sales slips — 1 copy to D.A — Now 4/12/0

1) Service will be through U.S. Marshall's address Same as Court, to Martha Coakley's office c/o Miss Lasey D.A's office 40 Thorndike St Camb, Mass 02141

2) Service will be secured copy to Court (Also as I did before 4/6/05 w/ suit) U.S/US Dated I called Court on 4/7/06 to Fax Filing into Court — I called Court on 4/10/06 & I was told Jay Johnson was not in — I left messages for Lisa Urso & a day — March 30, March 31, 2006, No reply — on 4/10/06 I called left message for Lisa Urso No reply — on 4/11/06 — I called & spoke to (Clerk) No Lisa Urso & Jay Johnson on vacation. Clerk told me the April 6-06 decision "Denied" w/ no hearing why?

I have not received in writing the decision — I will have Postmaster sign when I get it. No possible way to

3)

I am in Fla – I will "OVERNIGHT"
U.S. MARSHALL SUMMONS OF CIVIL SUIT
for 20 days Responses) service
on Commonwealth – Martha Coakley –

w/ Evidence of Return Certificate
of Green Card Service
By D.A.'s offices –
Why would D.A. McGeedy say they
did not receive service w/ all
sent to court to Judge Zobel
case
05-cv-10190. R.W Zobel

1) D.A. got everything Too
2) Middlesex Sup. Court – Also –
And all C.C.
Fox T.V. 25

PLEASE NOTE ON 4/11/06 I
Tried to Get tickets on
Airline to fly from
Tampa, Fla – To Boston, Mass To
Do Service my self in person –

But Airline Tickets outrageous
on Last minute notices –

I moved 3 x's in 1 yr – Im
Lucky to find papers, I filed
1/5/05 –

PLEASE LET ME KNOW WHAT ELSE I

Need to do before 30 days waiting
for responses by Commonwealth

(ORM — HEARING) EVIDENTIARY HEARING
(COMMONWEALTH)
All — w/ held    w/ all Discovery Evidence By
            Exculpatory Evid
        Audio tape — marked money
                    originally used
Names of all officers at 2/28/96 bust

Search warrant really issued
* Request for ORM argument —
* All hearings are w/ both
parties present — I cannot afford
       $600 — $700. to Ryan 3/13/06
3/17/06 * Plaintiff Margetta Langlois
      & Commonwealth Martha Coakley
      and Yvonne Bellefontaine — now
In Tampa — Florida — (as witness for
        evidence used to
        falsely convict — + w/ easy
w/ held "not to convict"
Request
* Trial by Jury — unless D.A. defaults
on 30 day responses + of Respectfully
all discovery by              Submitted,
                              Margetta Langlois
c.c. Her Counsel Roger Geller   Margetta Langlois
c.c. Fox T.V. 25           ① 4/3/06 ② 4/17/06
c.c. D.A. Martha Coakley   ③ 5/5/06   Now
c.c. Judge Zobel, Judge            5/18/06
                          Sent to USDC