I Will Be In Boston + To Court – By June 7, 2006 To Inspect w/ my Receipts To Court

* See Papers filed why Not + To U.S. Marshalls office + F.B.I. Now

I am Tired of "Political" Games + "Illegal Dismissal" of my Cases in U.S.D.C. w/ Evil + Tape / mayetta

(5/20/06) Enclosed By Certified Mail –

NOT RECORDED

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLERK of COURT (CIVIL)
U.S.D.C.
U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON MASS (02210)
ATT: LISA URSO.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X FOROZCO
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 0550 0000 3061 0892

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

3RD Copy of Extension

NOTICE of 3rd copy of 30 Day EXTENSION

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARTHA COAKLEY
COMM'DSIONER DA'S
40 THORNDIKE ST.
CAMB MASS 02141
Copy of RE-INSTATE CASE W/ 20 DAY RESPONSES

2. Article Number (Transfer from service label) 7005 3110 0002 1804 6327

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) MACEO (?) C. Date of Delivery 5/15/06

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

[Stamp: CAMBRIDGE MA 02141, 15 2006]

3. Service Type ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE** CAMBRIDGE MA 02141

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

[Postmark: HOLIDAY, FL 34690, 0340, 05, MAY 10 2006, 05/10/2006, USPS]

Sent To MARTHA COAKLEY 5/9/06
Street, Apt. No.; or PO Box No. RE-INSTATE CASE
City, State, ZIP+4 EXT'D 20 DAY RESPONSE

7005 3110 0002 1804 6327

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TOM REILLY (A.G.'S OFFICE)
1 ASHBURTON PLACE
BOSTON, MASS. (02110)
RE: RE-INSTATE SUIT W/ 20 DAY RESP.

2. Article Number (Transfer from service label) 7005 3110 0002 1804 6297

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) Nelson Morales Jr C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

[Stamp: MAY 15 2006]

3. Service Type ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE** BOSTON MA 02108

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

[Postmark: HOLIDAY, FL 34690, 0340, MAY 10 2006, 05/10/2006, USPS]

Sent To TOM REILLY 20 DAY EXT
Street, Apt. No.; or PO Box No. DAY ON RE-INSTATE
City, State, ZIP+4 CIVIL SUIT

7005 3110 0002 1804 6297

PS Form 3800, June 2002 See Reverse for Instructions

RETURNED W/ SIGNATURES NON-CON REC

I Will Be In Boston + To Court - By June 7, 2006 To Inspect w/ my Receipts To Court

* See papers filed why Not + To U.S. Marshall's office + F.B.I. (Now)

I am Tired of "Political" Games. + "Illegal Dismissal" of (my cases) in U.S.D.C. w/ Evil + Tape/ Marquetta

(5/20/06) Enclosed By Certified Mail -

To Lisa VR80

USPS, HOLIDAY
HOLIDAY, Florida
346909998
1189290340-0097
05/19/2006 (800)275-8777 02:42:13 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| JACKSONVILLE FL 32231 First-Class 2.20 oz. | | | $0.87 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70060100000026257954 | | | |
| Issue PVI: | | | $5.12 |
| BOSTON MA 02210 EM PO-Add Flat Rate 3.80 oz. | | | $14.40 |
| Label #: EQ397249922US | | | |
| Next Day Noon / Normal Delivery | | | |
| Issue PVI: | | | $14.40 |
| BOSTON MA 02210 First-Class 8.30 oz. | | | $2.31 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70060100000026257961 | | | |
| Issue PVI: | | | $6.56 |

Total: $26.08

Paid by:
Debit Card $26.08
Account # XXXXXXXXXXXX8743
Approval #: 262523
Transaction #: 628
23 903570455
Receipt#: 003215

Bill#: 1000300914701
Clerk: 07

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

TARPON SPRINGS POST OFFICE
TARPON SPRINGS, Florida
346899998
1189290341-0095
05/05/2006 (800)275-8777 04:10:02 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| BOSTON MA 02210 Priority Mail 1 lb. 1.40 oz. | | | $5.30 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70040550000030610892 | | | |
| Issue PVI: | | | $9.55 |

Total: $9.55

Paid by:
Visa $9.55
Account # XXXXXXXXXXXX8743
Approval #: 060724
Transaction #: 825
23 903570463

Bill#: 1000500773139
Clerk: 13

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

7004 0550 0000 3061 0892

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
BOSTON MA 02210

| | |
|---|---|
| Postage | $ $5.30 |
| Certified Fee | $2.40 |
| Return Reciept Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.55 |

Tarpon Springs 34689 MAY -5 2006 USPS 05/05/2006 Postmark Here

Sent To Lisa Urso 3rd Time
Street, Apt. No.; or PO Box No. Copy of 20 Day Ext.
City, State, ZIP+4 To Court and Second Set

PS Form 3800, June 2002 See Reverse for Instructions

Never Docketed on Records per Lisa Urso - No Extension of Time 20 Days

HTH Fal Notice Extension 20 Day w/ Original w/ all Dates on It Now!

MARGETTA LANGLOIS
V.
COMMONWEALTH of MASS.

TOM REILLY INDIVIDUAL & AS D.A.
MARTHA COAKLEY INDIVIDUAL & AS D.A.

MOTION - NOTICE TO RE-OPEN CASE
05-C.V. 10190 R.W. ZOBEL - TAMPERING W/ MOTIONS & W/ EVIDENCE 4 XS TO COURTS CLERK W/ ALL DATES ON ORIGINAL COPY of COPY - PLAINTIFF SENT IN - COURT NEVER DOCKETED MOTIONS FOR 30 DAY EXTENSION IN FILE NOW (4) TIMES - PLEASE RESPOND THROUGH MAIL TO RE-OPEN CASE W/ CERTIFIED MAIL W/ SIGNATURE NEEDED TO PLAINTIFF -

4/18/06

Margetta Langlois

C.C. TO ALL -

May 19, 2006

Margetta Langlois

vs.

Commonwealth of Massachusetts, Tom Reilly, individually and as District Attorney February 28, 1996 to January 20th, 1999.

and

Martha Coakley, individually and as District Attorney January 20, 1999 to Present (May 2006).

CASE NO. 2005-CV-10190-RWZOBEL RE: PROSECUTIONAL MISCONDUCT AND MALICIOUS PROSECUTION.

Dear Clerks of Court,
(ATTENTION: JAY JOHNSON)

Kindly place these papers before the Court and the Judge immediately as your earliest convenience to VACATE DISMISSAL dated May 2, 2006 due to the fact there have been 3, now 4 copies of notice of extension of time enclosed with all dates added to the original.

Also, the following motions to:

1.) Motion-Plaintiff requests to vacate and **reinstate the case to Trial List with by Trial by Jury as original of January 5, 2005 was filed to the Court**.

2.) Motion-For Malicious Prosecution by the Commonwealth of Massachusetts on Defendant, Margetta Langlois, CASE NO: 96-1416-001-002, by the Commonwealth withholding EXCULPATORY EVIDENCE (audio tape and other evidence tampered with and not marked as evidence, changing witnesses for the trial on September 11 and 12th of 1997 on that day without a 30-day notice to Defense).

3.) Motion-Entered again for the 4th time for the 20-day extension of time April 16, 2006 to May 6, 2006 entered by Overnight Mail, Certified Green Card (Return Receipt Requested), and also the 3rd time to Lisa Urso by Priority Mail personally. Never documented 3 times on record. With the copy enclosed and 4 dates sent to the Court and never documented on record.

4.) Motion-Plaintiff requests that this motion be granted for the 20-day extension due to

the fact Plaintiff had never asked for an extension in the past. And that May 2nd's, 2006 dismissal be vacated due to the fact Tom Reilly, D.A. was served on May 2, 2006 and the deadline since April 16, 2006 would bring 20 days up to May 6, 2006.
HOPEFULLY THIS PAPER WILL NOT BE MISPLACED, STOLEN, LOST, NEVER FILED AND DOCUMENTED ON THE DOCKET SHEET.

Note: 20 day extension filed through the Court:

1.) For April 12, 2006 by Overnight Mail and signed that it was received.
2.) For April 17, 2006 by Certified Return Receipt and signed and returned to Plaintiff.
3.) For May 5, 2006 by Priority Mail to Lisa Urso (Big White Envelope with Red and Blue-$10.00 to Mail with all evidence inside which was not documented with the 20-day extension inside).
4.) Now, May 18th, 2006 another copy is being issued on May 19, 2006.

Original copy sent into the Court was just before the Jet Blue Itinerary the **four pages before** that were the request for extension of time, please locate the copy enclosed.

Please document all requests and motions on record. DO NOT DOCUMENT AS CORRESPONDENCES FROM PLAINTIFF!!!

Hopefully motions will be granted as soon as possible by mail to the P.O. Box 3091 Holiday, Florida 34690. To this date, May 19th, 2006 I still have not received the dismissal to this case. Please send this to me Certified Return Receipt (Signature and Green Card Required to show proof of the Delivery). Also with a copy of the Docket Sheet with these Motions above listed on Record.

Respectfully Submitted,

Margetta Langlois 5/19/06

Margetta Langlois, May 19, 2006

cc: Tom Reilly
cc: Martha Coakley
cc: US District Judge, Zobel
cc: Civil Attorneys
cc: Fox 25 Television
cc: Sandra, Client Security Board
cc: Roger Geller

MARGETTA LANGLOIS PRO.SE
V.
COMMONWEALTH OF MASS.
DEF. TOM REILLY SERVED 5/2/06
DEF. MARTHA COAKLEY UNVAILABLE -
CASE: 05-C.V. 10190 R.W.ZOB

REQUEST FOR MOTION TO VACATE DISMISSAL ON 5/2/06 AND RESTORE CASE FOR TRIAL LIST -

U.S MARSHALLS HAD PROCESS PAPERS SINCE 4/26/06
SERVICE WAS 5/2/06
UNDER "20 DAY EXTENSION" - ON
By AND ON 5/2/06 (D.A. ON CASE) (TOM REILLY A.G.)
W/ EVID + Receipts — 96-1416-001-002 —
"20 DAY EXTENSION" SENT TO
ATT: LISA VRSO —
ALONG - W/ Jet Blue prices $638.
FOR 4/12 — 4/18/06
3RD Time EXTENSION 3 days Respectfully
5/05/06 Submitted - Margetta Langlois
C.C. D.A. [illegible]

MARGETTA LANGLOIS PRO-SE

V.

COMMONWEALTH OF MASS.

ATT: D.A. MARTHA COAKEY FOR SERVICE ON

RE: 05-CV. 10190 R.W. ZOBEL

REQUEST: MOTION FOR "EXTENSION OF SERVICES" "70 DAYS" FOR SECOND TIME ON D.A. OF D.A. OFFICE - MIDDLESEX COUNTY

NOW COMES THE PLAINTIFF MARGETTA LANGLOIS PRO-SE SERVED MIDDLESEX D.A.'S OFFICE ON 1/6/05 MARTHA COAKLEY ALONG W/ EVERY MOTIONS FOR DISCOVERY W/ CERTIFIED MAIL W/ RETURN RECEIPT SENT INTO COURT + MIDDLESEX D.A.'S OFFICE ON APRIL 10 — 2006 BY CERTIFIED MAIL TO BOTH + U.S.D.C. JUDGE ZOBEL TO MIDDLESEX D.A.'S OFFICE WAS WELL AWARE OF CASE PENDING W/ SERVICE 1/6/05 W/ RECEIPTS OF zip codes —

See Receipts
c.c. Judge Zobel (02109)
c.c. U.S. COURT (02141)
c.c. D.A.'S OFFICE (02141)
+ others

I HAVE NOT RECEIVED AS OF MRT APRIL 6 06 DECISION —

2)

IN MAIL P.O. BOX 3091 HOLIDAY, FLA

"DENIED" DEFAULTS + FINAL JUDGEMENT ON ACCOUNT OF D.A.'S OFFICE "ALLEGEDLY" NOT AWARE OF CIVIL SUIT W/ SERVICE - BUT CERTIFIED MAIL PROVES OTHERWISE — SIGNED BY D.A'S OFFICE + RECEIPTS BY POST OFFICE SALES SLIPS - 1 COPY TO D.A — NOW 4/12/0[illegible]

1) SERVICE WILL BE THROUGH U.S. MARSHALL'S ADDRESS SAME AS COURT, TO MARTHA COAKLEY'S OFFICE - C/O MISS D LESLEY D.A'S OFFICE - 40 THORNDIKE ST CAMB., MASS 02141

2) SERVICE WILL BE SECURED COPY TO COURT, (ALSO AS I DID BEFORE 1/6/05 W/ SUIT) (1/5/05 DATED ~~I CALLED~~ COURT ON 4/7/06 TOLD TO SEND RECEIPT INTO COURT — I CALLED COURT ON 4/10/06 + I WAS TOLD JAY JOHNSON WAS NOT IN — I LEFT MESSAGES FOR LISA URSO 4 A DAY — MARCH 30 MARCH 31, 2006, NO REPLY — ON 4/10/06 I CALLED LEFT MESSAGE FOR LISA URSO NO REPLY — ON 4/11/06 - I CALLED + SPOKE TO (2 CLERKS) NO LISA URSO + JAY JOHNSON ON VACATION CLERK TOLD ME THE APRIL 6 - 06 DECISION "DENIED" W/ NO HEARING WHY?

I HAVE NOT RECEIVED IN WRITING THE DECISION — I WILL HAVE POSTMASTER SIGN WHEN I GET IT. NO POSSIBLE WAY TO

I AM IN FLA — I will "OVERNIGHT
U.S. MARSHALL SUMMONS of CIVIL SUIT
FOR 20 DAYS RESPONSES) SERVICE
ON COMMONWEALTH — MARTHA COAKLEY —

W/ EVIDENCE OF RETURN CERTIFICATE
of GREEN CARD SERVICE
By D.A's office —
Why would D.A. Allegedly say THEY
Did NOT Receive SERVICE W/ All
SENT TO COURT TO JUDGE ZOBEL
CASE
05-CIV. 10190. R.W ZOBEL

1) D.A. GOT everything Too
2) MIDDLESEX Sup. COURT — Also
AND All C.C.
FOX T.V. 25

PLEASE NOTE ON 4/11/06 I
Tried TO GET Tickets ON
AIRLINE TO fly from
Tampa, FLA — TO Boston, MASS To
Do SERVICE my SELF IN PERSON —

But AIRLINE Tickets OUTRAGEOUS
ON LAST MINUTE NOTICES —

I moved 3 xs. in 1 YR — I was
Lucky TO find PAPERS, I filed
1/5/05 —

PLEASE LET me KNOW WHAT ELSE I

4)

NEED TO DO BEFORE 30 DAYS WAITING FOR RESPONSES BY COMMONWEALTH

(ORAL HEARING) EVIDENTIARY HEARING (COMMONWEALTH) W/ ALL DISCOVERY, EVIDENCE BY ALL - W/HELD EXCULPATORY EVID AUDIO TAPE - MARKED MONEY ORIGINALLY USED

Names of All officers AT 2/28/96 BUST

SEARCH WARRANT REALLY ISSUED

* REQUEST FOR ORAL ARGUMENTS -

* ALL HEARINGS ARE W/ BOTH PARTIES PRESENT - I CANNOT AFFORD $600 - $700. TO Plymouth 3/13/06 - 3/17/06

* Plaintiff MARGETTA LANGLOIS & COMMONWEALTH MARTHA COAKLEY - AND (YVONNE Bellefontaine Now In Tampa - Florida - (AS witness" for Evidence Used To falsely Convict - & W/ EVID W/ HELD "NOT TO CONVICT"

REQUEST

* TRIAL BY JURY - UNLESS D.A. DEFAULTS ON 30 DAY RESPONSES & of ALL DISCOVERY By COMM -

Respectfully SUBMITTED,

Margetta Langlois
Margetta Langlois pro se

c.c. Bar Counsel Roger Geller
c.c. FOX T.V. 25
c.c. D.A. MARTHA Coakley
c.c. Judge Zobel, Judge Lasiat Graham

(1) 4/12/06 (2) 4/17/06 (3) 5/5/06 NOW 5/18/06

2 U.S. SENT TO U.S.D.C.

CLOSED

**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-10190-RWZ**

Langlois v. Commonwealth of Massachusetts
Assigned to: Judge Rya W. Zobel
Cause: 42:1983 Civil Rights Act

Date Filed: 01/24/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Margetta Langlois** represented by **Margetta Langlois**
P.O. Box 3091
Holiday, FL 34690
PRO SE

Evidence

V.

**Defendant**

**Commonwealth of Massachusetts**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2005 | | Case filed without payment of the filing fee or submission of an application to waive the filing fee. (Jenness, Susan) (Entered: 02/01/2005) |
| 01/24/2005 | 1 | COMPLAINT against Commonwealth of Massachusetts, filed by Margetta Langlois.(Jenness, Susan) (Entered: 02/01/2005) |
| 01/24/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 02/01/2005) |
| 02/04/2005 | 2 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM AND ORDER: if plaintiff wishes to proceed with this action, she shall, within ten (10) days of the date of this Memorandum and Order, (1) either pay the $150.00 filing fee or file an Application to Proceed Without Prepayment of Fees; and (2) if she submits an Application to Proceed Without Prepayment of Fees, she shall also demonstrate good cause, in writing, why this action should not be dismissed for the reasons stated above. If plaintiff fails to either pay the filing fee or file an Application to Proceed Without Prepayment of Fees accompanied by a document demonstrating good cause, this action will be dismissed without prejudice. The Clerk mailed to plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with the Memorandum and Order.(Morse, Barbara) (Entered: 02/04/2005) |

| | | |
|---|---|---|
| 02/04/2005 | | Set Deadlines/Hearings: Filing Fee and Show Cause Responses due by 2/14/2005: (1) plaintiff to either pay the filing fee or file an application to proceed without prepayment of fees; and (2) if plaintiff files an application to proceed without prepayment of the filing fee, she shall also demonstrate good cause why this action should not be dismissed for the reasons stated in the Memorandum and Order. (Morse, Barbara) (Entered: 02/04/2005) |
| 02/15/2005 | | Filing fee: $ 150, receipt number 62148 regarding Civil Action (Johnson, Jay) (Entered: 03/11/2005) |
| 02/16/2005 | 3 | Letter/request (non-motion) from Margetta Langlois regarding "false and wrongful conviction" w/attachments. (Johnson, Jay) Modified on 2/17/2005 (Johnson, Jay). (Entered: 02/17/2005) |
| 02/16/2005 | 4 | Letter/request (non-motion) from Plaintiff requesting impounded evidence w/attachments. (Johnson, Jay) Modified on 2/17/2005 (Johnson, Jay). (Entered: 02/17/2005) |
| 03/09/2005 | | Papers received for filing with a audio tape. (Urso, Lisa) (Entered: 03/09/2005) |
| 12/20/2005 | 5 | Letter/request (non-motion) from Margetta Langlois Requesting Hearing. (Attachments: # 1 part 2)(Johnson, Jay) (Entered: 12/21/2005) |
| 02/27/2006 | 6 | Letter/request for docket (non-motion) from Margetta Langlois w/attachments. (Johnson, Jay) (Entered: 02/28/2006) |
| 02/28/2006 | | DOCKET SHEET sent to Margetta Langlois. (Johnson, Jay) (Entered: 02/28/2006) |
| 03/21/2006 | 7 | NOTICE of Filing by Margetta Langlois (Johnson, Jay) (Entered: 03/23/2006) |
| 03/29/2006 | 8 | Request for notice of default. (Johnson, Jay) (Entered: 03/30/2006) |
| 04/06/2006 | 9 | Judge Rya W. Zobel : ORDER entered. re 8 Request for notice of default. The motion is denied. Plaintiff shall make service within 10 days of this Order, failure to do so, the complaint will be dismissed for failure to prosecute.(Urso, Lisa) (Entered: 04/06/2006) |
| 05/02/2006 | 10 | Judge Rya W. Zobel : ORDER entered. ORDER DISMISSING CASE (Urso, Lisa) (Entered: 05/02/2006) |
| 05/03/2006 | 11 | US Marshal Process Receipt and Return for Civil Process. Thomas Reilly served Delivered on 5/2/06 (Johnson, Jay) (Entered: 05/04/2006) |
| 05/09/2006 | | Mail Returned as Undeliverable "Unable to Forward". Mail sent to Margetta Langlois returned (Johnson, Jay) (Entered: 05/09/2006) |
| 05/10/2006 | 12 | Documents Received from Margetta Langlois (Johnson, Jay) (Entered: 05/10/2006) |
| 05/10/2006 | | Order of Dismissal re-sent to plaintiff at new address (Johnson, Jay) (Entered: 05/10/2006) |

USPS, HOLIDAY
HOLIDAY, Florida
346909998
1189290340-0097
(800)275-8777
05/19/2006 02:42:13 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| JACKSONVILLE FL 32231 First-Class 2.20 oz. | | | $0.87 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70060100000026257954 | | | |
| Issue PVI: | | | $5.12 |
| BOSTON MA 02210 EM PO-Add Flat Rate 3.80 oz. | | | $14.40 |
| Label #: EQ397249922US | | | |
| Next Day Noon / Normal Delivery | | | |
| Issue PVI: | | | $14.40 |
| BOSTON MA 02210 First-Class 8.30 oz. | | | $2.31 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70060100000026257961 | | | |
| Issue PVI: | | | $6.56 |

Total: $26.08

Paid by:
Debit Card $26.08
Account # XXXXXXXXXXXX8743
Approval #: 262523
Transaction #: 628
23 903570455
Receipt#: 003215

Bill#: 1000300914701
Clerk: 07

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

TARPON SPRINGS POST OFFICE
TARPON SPRINGS, Florida
346899998
1189290341-0095
05/05/2006 (800)275-8777 04:10:02 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| BOSTON MA 02210 Priority Mail 1 lb. 1.40 oz. | | | $5.30 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70040550000030610892 | | | |
| Issue PVI: | | | $9.55 |

Total: $9.55

Paid by:
Visa $9.55
Account # XXXXXXXXXXXX8743
Approval #: 060724
Transaction #: 825
23 903570463

Bill#: 1000500773139
Clerk: 13

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

BOSTON MA 02210

| | |
|---|---|
| Postage | $ $5.30 |
| Certified Fee | $2.40 |
| Return Reciept Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.55 |

Postmark Here: Tarpon Springs MAY -5 2006 USPS 05/05/2006

7004 0550 0000 3061 0892

Sent To: Lisa Urso 3rd Time
Street, Apt. No.; or PO Box No.: Copy of 20 Day Ext.
City, State, ZIP+4: 1 Court and Second Set

PS Form 3800, June 2002 See Reverse for Instructions

TO LISA URSO

NEVER DOCKETED ON RECORDS PERSONALLY TO LISA URSO — NOTICE OF EXTENSION OF TIME 20 DAYS

HTH [illegible] NOTICE FOR 20 DAY EXTENSION W/ ORIGINAL W/ DATES ON IT NOW!