UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10190-RWZ

MARGETTA LANGLOIS

v.

COMMONWEALTH OF MASSACHUSETTS

ORDER

May 26, 2006

ZOBEL, D. J.

    Plaintiff filed this case in January 2005.  After sending to the Clerk of Court a series of largely incomprehensible letters over a period of time that spanned more than one year, plaintiff on March 29, 2006 filed a Request for Notice of Default.  The court denied the motion as plaintiff had never served defendant.  The court also ordered that service be made within ten days and that failure to do so would result in dismissal of the complaint for failure to prosecute.  No return of service was filed within the prescribed time, and on May 2, 2006, the complaint was dismissed.

    On May 3, 2006 plaintiff filed a return of service, and within the next two weeks she submitted an amended complaint, followed five days later by a motion to vacate the order of dismissal.  The latter motion suggests that plaintiff, on numerous occasions, moved for extensions of time.

    The record reflects <u>no</u> motions for extension of time.  The motion to amend the complaint was filed after dismissal and is therefore denied.  The motion to vacate the

dismissal is denied as plaintiff gives no reason for vacation of the order and because her filings do not accord with the rules and the court's orders.

| | |
|---|---|
| 5/26/06 | /s/ Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |