To CLERK OF COURTS

RE: 05-C.A. 10190 R.W. Zobel

Received from Inaugetta Langlais

on Fri, June 9, 2006

63 pgs. -

ENCLOSED: AGAIN:

D. motion for 20 DAY EXT, w/ 5-6
dates w/ Receipts Certified mail +
overnight. Never docketed from 4/12/06 -
To 6/9/06 (i.e.)

2). MOTION TO VACATE DISMISSAL DUE TO
SERVICE ON SAME DAY "CASE CLOSED" w/
Receipts, + Summons -

3). motions sent into Court Since
4/11/06 w/ proof of U.S. Marshall's
receipts 4/26/06 w/ mo - Not served
I have no control over service - 5/05.

#) Letter of Copy To "Lisa" urso w/Receipts of
(4/11/06)                                    service)

5). Overnights personally To Lisa urso

6). Certified mail To Lisa urso -

7). "Set aside Dismissal" never docketed
why not?

8). If TO VACATE Dismissal was Denied 2-3
PARAGRAPHS Down was "20 Day Ext, Abuse

9). Airport ticket - cost - maugetta Langlais +/-

Do Not Lose or STEAL

PLEASE RECORD

on Docket on Records

FILE

05 - CV - 10190 - RWZ Bet

Walked in By Mujeeta Taylor's

6/9/16

due To Papers not docketed

In Docket - By Certified Signed

Cards - Overnight Signed

Mujeeta Taylor's

6/16

RE: CASE Closed                    5/22/06
      05 cv. 10190 Rw20Bel

1) MOTIONS FOR "EXTENSION of
20 DAYS TO COURTS" BEFORE CASE
"Closed" From 4/12/06 - 5/19/06
NOT RECORDED By COURT — 5/25/06
                                    Now 6/9/06
                                          4/26/0
2). MOTION for SERVICE ▽ 5/2/0
All CASES IN & "IN WRITING
(EXCUSE of COURT COULD NOT
    READ) No EXCUSE NOT
RECORDED By COURT —

3). TOM REILLY SERVED 5/2/06
                                    WNoKy
SAME DAY CASE CLOSED Serve
                                    To me
      So CONVENANT —
A W/ RECEIPT By "GREEN
CARD By CERTIFIED MAIL & OVER

*"NOTE" — THIS WAS SUPPOSE TO
Be in FILE — BEFORE 6/6/06
AND NOT THERE*

*FOR APPEALS*

*05-CV-101 98 RWZ 20Bed*

Dear Clerk,

Please submit this proof of Indigency to waive fees for
filing Appeals with Proof of copy of Social Security Widow
Benefits of $1100.00 per month.

Margetta Langlois
May 31, 2006

*Margetta Langlois*

*CASE Closed
"ILLEGALLY"    5/31/06*

*PLEASE SUBMIT In file &*

*RECORD ON RECORD —*

*Evid (6 Xs motion for 30 Days for
Extension April 16 — May 6 — 06)
+ May 8, 06*

*(Tom Reilly served May 2, 06,)*

*CASE Closed "ILLEGALLY May 2 06"*

*I SENT "motion To REQUEST
"30 Day" EXTENSION" NEVER
Docketed Why NOT ? Copy of
ORIGINAL ENClosed w/ 6 DATES.
To Sent To LAST WEEK (JUDGE ZOBEL)
CLERK OVERNIGHT, & CERTIFIED MAIL —
ENCLOSED — Margette Langlois 6/8/06*

*PLEASE RE RECORD & FILE FOR APPEAL*

Case Name: □Langlois v. Commonwealth of Massachusetts

Case Number: □1:05-cv-10190

Margetta Langlois
P.O. Box 3091
Holiday, FL 34690
||ull|ul||lull|ul||ull|ul||

*NOTE HERE*

Dismissed & Closed W/Evis.
" Illegally ' Due To
Court Clerks
Not Recording on
Docket & W/ Hiiding
From Judge Zobel
By 2 copies To Clerk

Lisa Urso

Personally —
+ Calls never returned
To me asking why Not
Recorded for 30 Day ext —
Case Closed Illegally   4/2  4/2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10190-RWZ

MARGETTA LANGLOIS

v.

COMMONWEALTH OF MASSACHUSETTS

ORDER

May 26, 2006

ZOBEL, D. J.

Plaintiff filed this case in January 2005. After sending to the Clerk of Court a

series of largely incomprehensible letters over a period of time that spanned more than

one year, plaintiff on March 29, 2006 filed a Request for Notice of Default. The court

denied the motion as plaintiff had never served defendant. The court also ordered that

service be made within ten days and that failure to do so would result in dismissal of

the complaint for failure to prosecute. No return of service was filed within the

prescribed time, and on May 2, 2006, the complaint was dismissed.

On May 3, 2006 plaintiff filed a return of service and within the next two weeks

she submitted an amended complaint, followed five days later by a motion to vacate the

order of dismissal. The latter motion suggests that plaintiff, on numerous occasions,

moved for extensions of time. The record reflects no motions for extension of time. The motion to amend the

complaint was filed after dismissal and is therefore denied. The motion to vacate the

dismissal is denied as plaintiff gives no reason for vacation of the order and because

her filings do not accord with the rules and the court's orders.

5/26/06
DATE

/s/ Rya W.Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

2

MARGETTA LANGWIS
V.
COMMONWEALTH OF MASS.

TOM REilly INDIVIDUAL & AS D.A.
MARTHA COAKLEY INDIVIDUAL & AS D.A.

MOTION NOTICE TO RE-OPEN CASE
05-C.V. 10190 R.W. ~Bed-
TAMPERING W/ MOTION'S +
W/ EVIDENCE 4 XS TO COURTS
CLERK W/ ALL DATES ON
ORIGINAL COPY of COPY –
PLAINTIFF SENT IN –
COURT NEVER DOCKETED
MOTIONS FOR (30 DAY EXTENSION
IN FILE NOW (4) Times – TO COURT
PLEASE RESPOND THROUGH
MAIL TO RE-OPEN CASE W/
CERTIFIED MAIL W/ SIGNATURE
NEEDED TO PLAINTIFF –
margetta Langlois
4/18/06
C.C To All –
BEFORE DISMISSED

No Rep'ts why this sent to Lisa last By Overnight on 4/11/06 Before Case Closed 5/9/06

MARGETTA LANGLOIS pro-se
Vs
COMMONWEALTH of MASS.
ATT: D.A. MARTHA COAKEY for
SERVICE ON —

RE: 05-CV-10190 R.W. ZoBel

REQUEST: MOTION for
"EXTENSION of SERVICE"
"10 DAYS" for Second Time on D.A. of D.A.
Office- MiDDlesex County

NOW COMES THE PLAINTIFF MARGETTA
LANGLOis PRO SE, SERVED MiDDlesex
D.A's office on 1/6/05 MARTHA
Coakley Along w/ EVERY inst'ints
FULL Discovery w/ CERTIFIED MAIL
w/ RETURN Receipt SENT INTO Court
+ MiSDlesex D.A's office on
APRIL 10 — 2006 By CERTIFIED
MAIL TO BOTH
u.S.D.C. JUDGE ZoBel To
MiDDlesex D.A's office was well
AWARE OF CASE PENDiNG w/
SERVICE 1/6/05 w/ Receipt of
zip codes —
See     c.c. Judge Zobel (02108)
Receipts  c.c. M.S. Court (02141)
          c.c. D.A's office (02141)
+ others
I Have Not Received as
of last APRIL 6 06

2)

In MAIL P.O. Box 3091 Holliday, t
"Denied" Defaults + Final Judgement.
On Account of D.A's office
"Allegedly" Not Aware of
Civil Suit w/ Service - But
Certified mail proves other
Wise — Signed by D.A's office + Receipts By
Post Office Sales Slips— 1 Copy To D.A — Now 4/12/0
1) Service will Be Through
U.S. Marshall's Address
Same As Court, To
Martha Coakley's office.
c/o M.D. Lesay D.A's office—
40 Thorndike St Camb, Mass 02141
# Service will Be Secured Copy
To Court, (Also As I Did Before
I 4/6/05 w/ suit) (1/5/05 dated
I Called Court on 4/7/06 Told To Send Rec'y
Into Court— I Called Court on 4/10/06 + I
Was Told Jay Johnson was Not In—
I Left Messages for Lisa Urso +
1 Day — March 30, March 31, 2006 No
Reply — in 4/10/06 I called
Left Message for Lisa Urso No
Reply — on 4/11/06 — I Called + Spoke
To 2 Clerks No Lisa Urso + Jay
Johnson on Vacation. Clerk told
me The April 6-06 decision "Denied"
w/ No Hearing Why?
I Have not Received in
Writing The Decision — I will
Have Postmaster Sign when I
Get It. No Possible way To

3)

I am in FLA — I will "OVERNIGHT"
U.S MARSHALL SUMMONS OF CIVIL SUIT
FOR 20 DAYS RESPONSES — SERVICE
ON COMMONWEALTH — MARTHA COAKLEY —

W/ EVIDENCE OF RETURN CERTIFICATE
OF GREEN CARD SERVICE
BY D A's offices —

WHY WOULD D.A. ALLEGEDLY SAY THEY
DID NOT RECEIVE SERVICE W/ ALL
SENT TO COURT TO JUDGE ZOBEL
CASE
05- CIV. 10190. R. W ZOBEL

1) D. A. GOT everything TOO
2) MIDDLESEX Sup COURT — Also
AND ALL C.C.
FOX T.V. 25

PLEASE NOTE ON 4/11/06 I
TRIED TO GET TICKETS ON
AIRLINE TO Fly From
Tampa, Fla — TO BOSTON, MASS To
DO SERVICE my SELF IN PERSON —

But AIRLINE TICKETS OUTRAGEOUS
ON LAST MINUTE NOTICES —

I moved 3xs. in 1 YR — Iwas
Lucky To Find papers, I AIL88
1/5/05 —

PLEASE LET me KNOW WHAT ELSE I

4)

NEED TO DO BEFORE 50 DAYS WAITING
FOR RESPONSES BY COMMONWEALTH

(ORM — HEARING) EVIDENTIARY HEARING
(COMMONWEALTH)
W/ ALL DISCOVERY EVIDENCE BY
ALL W/HELD EXCULPATORY EVID
AUDIO TAPE MARKED MONEY
ORIGINALLY USED
NAMES OF ALL OFFICERS AT 2/28/96 BUST

SEARCH WARRANT REALLY ISSUED
* REQUEST FOR ORM ARGUMENTS —
* AN HEARINGS ARE W/ BOTH

PARTIES PRESENT — I CANNOT AFFORD
$ 600 — $ 700. TO Phys 3/13/06 —
3/17/06 * Plaintiff MARGETTA LANGLOIS
& COMMONWEALTH MARTHA COAKLEY
AND (YVONNE BELLEFONTAINE NOW
IN TAMPA - FLORIDA — "AS WITNESS" FOR
EVIDENCE USED TO
FALSELY CONVICT — + W/ EVID
W/ HELD "NOT TO CONVICT"
REQUEST
* TRIAL BY JURY — UNLESS D.A. DEFAULTS
ON 50 DAY RESPONSES + of Respectfully, AND
ALL DISCOVERY BY SUBMITTED
Comm, margetta langlois
C.C. Bar Counsel Roger Geller, margetta langlois jr.
C.C. FOX T.V. 25 ① 4/12/06 ② 4/17/06
C.C. DA. MARTHA Coakley ③ 5/5/06
C.C. Judge Zobel, Judge Lisa Graham
sus SENT TO USDC

Massachusetts Version 2.5 - Docket Report

CLOSED

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10190-RWZ

Langlois v. Commonwealth of Massachusetts
Assigned to: Judge Rya W. Zobel
Cause: 42:1983 Civil Rights Act

Date Filed: 01/24/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Margetta Langlois**

represented by **Margetta Langlois**
P.O. Box 3091
Holiday, FL 34690
PRO SE

V.

**Defendant**

**Commonwealth of Massachusetts**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2005 | ● | Case filed without payment of the filing fee or submission of an application to waive the filing fee. (Jenness, Susan) (Entered: 02/01/2005) |
| 01/24/2005 | ●1 | COMPLAINT against Commonwealth of Massachusetts, filed by Margetta Langlois.(Jenness, Susan) (Entered: 02/01/2005) |
| 01/24/2005 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 02/01/2005) |
| 02/04/2005 | ●2 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM AND ORDER: if plaintiff wishes to proceed with this action, she shall, within ten (10) days of the date of this Memorandum and Order, (1) either pay the $150.00 filing fee or file an Application to Proceed Without Prepayment of Fees; and (2) if she submits an Application to Proceed Without Prepayment of Fees, she shall also demonstrate good cause, in writing, why this action should not be dismissed for the reasons stated above. If plaintiff fails to either pay the filing fee or file an Application to Proceed Without Prepayment of Fees accompanied by a document demonstrating good cause, this action will be dismissed without prejudice. The Clerk mailed to plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with the Memorandum and Order.(Morse, Barbara) (Entered: 02/04/2005) |

| 02/04/2005 | ❓ | Set Deadlines/Hearings: Filing Fee and Show Cause Responses due by 2/14/2005: (1) plaintiff to either pay the filing fee or file an application to proceed without prepayment of fees; and (2) if plaintiff files an application to proceed without prepayment of the filing fee, she shall also demonstrate good cause why this action should not be dismissed for the reasons stated in the Memorandum and Order. (Morse, Barbara) (Entered: 02/04/2005) |
|---|---|---|
| 02/15/2005 | ❓ | Filing fee: $ 150, receipt number 62148 regarding Civil Action (Johnson, Jay) (Entered: 03/11/2005) |
| 02/16/2005 | ❓3 | Letter/request (non-motion) from Margetta Langlois regarding "false and wrongful conviction" w/attachments. (Johnson, Jay) Modified on 2/17/2005 (Johnson, Jay). (Entered: 02/17/2005) |
| 02/16/2005 | ❓4 | Letter/request (non-motion) from Plaintiff requesting impounded evidence w/attachments. (Johnson, Jay) Modified on 2/17/2005 (Johnson, Jay). (Entered: 02/17/2005) |
| 03/09/2005 | ❓ | Papers received for filing with a audio tape. (Urso, Lisa) (Entered: 03/09/2005) |
| 12/20/2005 | ❓5 | Letter/request (non-motion) from Margetta Langlois Requesting Hearing. (Attachments: # 1 part 2)(Johnson, Jay) (Entered: 12/21/2005) |
| 02/27/2006 | ❓6 | Letter/request for docket (non-motion) from Margetta Langlois w/attachments. (Johnson, Jay) (Entered: 02/28/2006) |
| 02/28/2006 | ❓ | DOCKET SHEET sent to Margetta Langlois. (Johnson, Jay) (Entered: 02/28/2006) |
| 03/21/2006 | ❓7 | NOTICE of Filing by Margetta Langlois (Johnson, Jay) (Entered: 03/23/2006) |
| 03/29/2006 | ❓8 | Request for notice of default. (Johnson, Jay) (Entered: 03/30/2006) |
| 04/06/2006 | ❓9 | Judge Rya W. Zobel : ORDER entered. re 8 Request for notice of default. The motion is denied. Plaintiff shall make service within 10 days of this Order, failure to do so, the complaint will be dismissed for failure to prosecute.(Urso, Lisa) (Entered: 04/06/2006) |
| 05/02/2006 | ❓10 | Judge Rya W. Zobel : ORDER entered. ORDER DISMISSING CASE (Urso, Lisa) (Entered: 05/02/2006) |
| 05/03/2006 | ❓11 | US Marshal Process Receipt and Return for Civil Process. Thomas Reilly served Delivered on 5/2/06 (Johnson, Jay) (Entered: 05/04/2006) |
| 05/09/2006 | ❓ | Mail Returned as Undeliverable "Unable to Forward". Mail sent to Margetta Langlois returned (Johnson, Jay) (Entered: 05/09/2006) |
| 05/10/2006 | ❓12 | Documents Received from Margetta Langlois (Johnson, Jay) (Entered: 05/10/2006) |
| 05/10/2006 | ❓ | Order of Dismissal re-sent to plaintiff at new address (Johnson, Jay) (Entered: 05/10/2006) |

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

**Mailing Label**
Label 11-B, March 2004

EQ 397249922 US

**Post Office To Addressee**

4TH Time!
DO NOT LOSE, misplace
OR STEAL!

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PO ZIP Code | Day of Delivery | Postage |
| | ☐ Next ☐ 2nd ☐ 2nd Del Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month Day | |
| Mo. Day Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted ☐ AM | Military | |
| ☐ PM | ☐ Noon ☐ 3PM | $ |
| | | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

| DELIVERY (POSTAL USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM:** (PLEASE PRINT) PHONE (   )

MARGETTA LANGWIS
P.O. BOX 3091
HOLIDAY, FL. 34690

Motion TO VACATE DISMISSAL!

**TO:** (PLEASE PRINT) PHONE (   )
CLERK OF COURT ATT'JAY
U.S.D.C. CIVIL          JOHNSON
U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASS —
(02210)

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

→ KEEP ENEV. FOR EVI'S — ON REC.!

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CLERK OF COURTS
(CIVIL)
U.S.D.C.
U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON MASS (02210)
ATT'. HS. YEBO.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X TOVOZO          ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
7004 0550 0000 3061 0892

PS Form 3811, February 2004    Domestic Return Receipt    3RD COPY OF EXT.

U.S. Marshalls -

Enclosed is a
$ 90.00 money order for
Service on 2 Summons -

1). Ms. Martha Coakley D.A. - Commonwealth
Middlesex D.A - of Mass -
40 Thorndike St. 2nd Floor
Camb Mass. 02141 -
D.A - (Jan 1999 - Now)

2) Tom Reilly - attorney General
1 AshBurton Place
Boston Mass. (02210)?

A.G's Office

Thank you -
Marjetta Langlois
Prose;
4/18/06

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF *MARGETTA LANGLOIS* | COURT CASE NUMBER *05-10190-R.W.Z* |
|---|---|
| DEFENDANT *Commonwealth of Mass - Martha Coakley D.A.* | TYPE OF PROCESS *Service of Summons & Complaint* |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Commonwealth of Mass - Martha Coakley as D.A.*
**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) *Middlesex Sup. Court,*
*Middlesex D.A.'s office 40 Thorndike St. Camb, Mass 02*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

*Margetta Langlois*
*P.O. Box 3091 Holiday, Fla.*
*34698 -*
*Cell # (727) 514-3957*

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | $45.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service): *Middlesex Superior Court Martha*
*Coakley D.A.'s office 2nd Floor*
*Commonwealth of Mass — at*
*40 Thorndike St. Camb, Mass (02141)*

| Signature of Attorney or other Originator requesting service on behalf of: *Margetta Langlois* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (727) 514-3957 | DATE 4/7/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service | Time | am / pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

```
        TARPON SPRINGS POST OFFICE
         TARPON SPRINGS, Florida
                346899998
             1189290341-0094
/25/2006      (800)275-8777      02:34:35 PM

                Sales Receipt
oduct          Sale    Unit         Final
scription      Qty     Price        Price

STON MA 02210 EM                    $14.40
-Add Flat Rate
.60 oz.
 Label #:        EQ374132191US
Next Day Noon / Normal
Delivery
                              ========
             Issue PVI:        $14.40

OSTON MA 02109                       $2.31
rst-Class
.10 oz.
Return Rcpt (Green Card)             $1.85
Certified                           $2.40
 Label #:     70051820000764725765
                              ========
             Issue PVI:         $6.56

ALLAS TX 75266                       $1.35
rst-Class
.90 oz.
Return Rcpt (Green Card)             $1.85
Certified                           $2.40
 Label #:     70051820000764725758
                              ========
             Issue PVI:         $5.60

AMBRIDGE MA 02141                    $4.05
iority Mail
.80 oz.
                              ========
             Issue PVI:         $4.05

ARPON SPRINGS FL 34689               $2.79
rst-Class
.30 oz.
                              ========
             Issue PVI:         $2.79

UINCY MA 02169                       $2.79
rst-Class
.20 oz.
                              ========
             Issue PVI:         $2.79

otal:                               $36.19

aid by:
sa                                  $36.19
 Account #        XXXXXXXXXXXX8743
 Approval #:      043158
 Transaction #:   530
 23 903570463

ll#:  1000600725146
erk:  04

- All sales final on stamps and postage. —
  Refunds for guaranteed services only
```

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instruct

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COMPLETE THIS SECTION ON DE...

A. Signature
X
B. Received by (Printed Name)
D. Is delivery address different from it...
If YES, enter delivery address bel...

3. Service Type
☐ Certified Mail   ☐ Express
☐ Registered       ☐ Return R
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1-COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

REFR
SUMMONS



047JB2009302
$00.390
Mailed From 02210
04/13/2006
US POSTAGE

Nagetta langlois
P.O. Box 3091
Holiday Flonde
34690

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middlesex_ _____ District of _MASS._

_MARGETTA LANGLOIS_

V.

SUMMONS IN A CIVIL CASE

_MARTHA COAKLEY_
_COMMONWEALTH OF_
_MASS._

CASE NUMBER: _05 CA 10190 RWZ_

TO: (Name and address of Defendant)

D.A.  _MARTHA COAKLEY - COMMONWEALTH of MASS._
_C/o MIDDLESEX D.A's. Office_
_MIDDLESEX SUPERIOR COURT (2nd floor(?)_
_40 THORNDIKE ST. CAMB, MASS. 02141 -_

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

_MARGETTA LANGLOIS PRO. Se!_
_P.O. Box 3091_
_HOLIDAY, FL. 34690 -_
_(Cell)(727) 514-3957._

_AND EXTENSION_

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 1 3 2006

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MiDDLesex _____ District of _MASS._

MARGETTA LANGLOIS

V.

**SUMMONS IN A CIVIL CASE**

TOM. REilly A.G.
COMMONWEAlTH of
MASS —
D.A. oN CASE — v    CASE NUMBER:
INvolved!

**05 CA 10190 RWZ**

TO: (Name and address of Defendant)

TOM REilly (A.G.s) (D.A. (1993 — 1999 aN CASE.
1 ASHBURTON PLACE
BosTON, MASS. (02210.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARGETTA LANGlois pRo Se;
P.0.-Box 3091
HoliDay, fla.34690 —

(Cell)(727) 574 3957

an answer to the complaint which is herewith served upon you, within _30_ _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON    APR 1 3 2006

CLERK

DATE

(By) DEPUTY CLERK

```
                USPS, HOLIDAY
                HOLIDAY, Florida
                  346909998
                1189290340-0095
                (800)275-8777        09:54:13 AM
04/12/2006
             ---- Sales Receipt ----
Product        Sale    Unit        Final
Description    Qty     Price       Price

BOSTON MA 02210 EM                 $14.40
PO-Add Flat Rate
7.80 oz.
  Label #:       EQ531188273US
  Next Day Noon  / Normal
  Delivery

             Issue PVI:            $14.40

BOSTON MA 02210 EM                 $14.40
PO-Add Flat Rate
8.10 oz.
  Label #:       EQ531188287US
  Next Day Noon  / Normal
  Delivery

             Issue PVI:            $14.40
                                   --------
                                   $28.80

Total:

Paid by:                           $28.80
  Visa
    Account #      XXXXXXXXXXXX8743
    Approval #:    095126
    Transaction #:
    23 903570455

Bill#: 1000502256968
Clerk: 12

 - All sales final on stamps and postage. -
   Refunds for guaranteed services only.
        Thank you for your business.
              Customer Copy
```



**CERTIFIED MAIL RECEIPT**
Domestic Mail Only; No Insurance Coverage Provided
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60 |

0341
04

04/25/2006
Postmark
Here

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
EXTENSION
ATTN: LISA URSO
CLERK OF COURTS (CIVIL)
U.S. DC.
U.S. COURTHOUSE
COURTHOUSE WAY
BOSTON, MASS. (02210)
75-CV 10190. R.W. DeBel

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
U.S. Marshall

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

USMS SCREENED

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0007 6472 5765

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Customer Copy**
Label 11-B, March 2004

Post Office To Addressee

EQ 374132191 US

**DELIVERY (POSTAL USE ONLY)**

| | Time | Employee Signature |
|---|---|---|
| Delivery Attempt | ☐ AM ☐ PM | |
| Mo. Day | | |
| Delivery Attempt | ☐ AM ☐ PM | |
| Mo. Day | | |
| Delivery Date | ☐ AM ☐ PM | |
| Mo. Day | | |

**CUSTOMER USE ONLY**
WAIVER OF SIGNATURE (Domestic Mail Only)

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

NO DELIVERY
☐ Weekend  ☐ Holiday

**(POSTAL SERVICE USE ONLY)**

Day of Delivery    Postage
$ 14.40

Scheduled Date of Delivery    Return Receipt Fee

Scheduled Time of Delivery    COD Fee    Insurance Fee
☐ Noon  ☐ 3 PM  $

Military    Total Postage & Fees
☐ 2nd Day  ☐ 3rd Day  $ 14.40

Int'l Alpha Country Code    Acceptance Emp. Initials

FROM: (PLEASE PRINT) PHONE (727) 514-3757
ARGETTA LANGLOIS
P. BOX 3091
HOLIDAY FL 34690

TO: (PLEASE PRINT) PHONE 617 748-2500
U.S. MARSHALS SERVICE
U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 1-500
BOSTON, MASS (02210)

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
0 2 2 1 0 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**PICKUP OR TRACKING**
www.usps.com
1-800-222-1811

NIGHTS — $15.00) NOT RECORDED
ON RECORD — FOR
MOTIONS (NOT CORRESPONDENCE
See Docket w/ ALL RECEIPTS
ENCLOSED TO ALL  NOT
RECORDED "Put Back on
a TAMPERING TRIAL LIST — MISSING
MOTIONS TO KEEP CASE
CLOSED" I plaintiff MARGRETTA
LANGLOIS Have Body's TO
"(VACATE)" "CASE CLOSED" DUE
TO 30) Ays "RE-OPEN Case, Set
CASE CLOSED Aside & Set Aside
DISMISSAL DUE TO I Have
NO CONTROL OVER U.S. MARSHAL
SERVICE 4/26/06 — 5/2/06 on
TOM REILLY                Margretta Langle
                          5/2/06



Margetta Langlois

vs.

Commonwealth of Massachusetts, Tom Reilly, individually and as District Attorney February 28, 1996 to September 12, 1999.

and

Martha Coakley, individually and as District Attorney January 20, 1999 to Present (May 2006).

CASE NO. 2005-CV-10190-RWZOBEL

**Amended Complaint**: To the summonses to the above Defendants, Tom Reilly and Martha Coakley.

NOW COMES, the Plaintiff, Margetta Langlois Pro Se, and placing this Amendment before the Court and to both the Defendants above to be answered back to the Court within 20 days of receipt of certified mail after being served the original summons by the U.S. MARSHALL OF BOSTON, MASSACHUSETTS.

Mr. Tom Reilly was served on May 2nd, 2006 at 5:02 p.m.
Ms. Martha Coakley has not been served as of May 8th, of 2006 due to her unavailability by the U.S. MARSHALL. Her summons is still in their custody as this present time.

1.) This suit concerns WRONGFUL IMPRISONMENT in MCI Framingham, Framingham, Massachusetts for 2 years and 1 day sentence.

2.) Commonwealth of Massachusetts, D.A. Tom Reilly was personally involved in the case of Massages. He was a client.

3.) On February 28th, 1996, I was falsely arrested along with Jodi Gagnon.

4.) It was proven in Court that Jodi Gagnon did not do anything wrong except a Massage without a license. The client/cop, Timothy Goulden perjured himself under oath at indictments in August of 1996 and again on July 7th and 8th of 1997. Under oath on the stand before Attorney William Keefe (McBride's ex-partner), Timothy Goulden testified under oath that he in fact solicited Jodi Gagnon and that he was completely naked.

5.) Commonwealth and the Lowell Police did not have a valid Search Warrant in hand on February 28th, 1996 when they entered the apartment at 1260 Westford Street, Apt. 9A, Lowell, Massachusetts before searching the apartment and ransacking it upside down (EXHIBIT AUDIO TAPE-COPS DOING ILLEGAL SEARCH AND SEIZE WITHOUT

A WARRANT)

6.) Marked money for Massage paid by the Officer, Timothy Goulden and was stolen out of the evidence room while in Lowell Police's custody.

7.) Lowell Police used Defendant, Margetta Langlois' money out of her Jeep during an illegal Search and Seize the $778.00 she had marked on an envelope for her monthly bills (Water, Electric, Rent, Ad and Telephone). That was illegally taken by the Lowell Police, the envelope disappeared, Clerk of Court, Charles Patsourakis at Lowell District Court demanded the money be given back due to there was no Search Warrant for the Jeep to be Searched.

8.) $600.00 was only given back to Margetta Langlois and $178.00 was kept in evidence and showed up at the Trial due to the fact the marked money was stolen? Massage was $150.00 not $178.00.

9.) Added evidence-6 condoms were not in evidence room when Attorney, Richard Davidson, Defendant, Margetta Langlois and Katherine Hatch (Defendant's daughter) before Officers, Kelly Richardson and Timothy Goulden and were all present, no condoms were in the boxes but were listed on the Search Warrant on March 6, 1996. Then received by the Lowell Police Department 8 days later.

10.) Margetta had 13-15 Judges on this case and nobody wanted it. She was thrown from Judge to Judge to resolve this matter. Due to no Judge ever sitting on this case twice.

11.) Margetta had 9 Attorneys total which Mr. Davidson (Second Attorney) withdrew to become a Witness to this case due to the Corruption and Loss/Tampered, Withheld (the Audio Tape never marked in as Evidence at Lowell Police Department but taken from the Defendant's Apartment this would show that Lowell Police conducted an illegal Search in Defendant's Apartment), Exculpatory Evidence, Added Evidence, Missing Evidence, Switched Evidence while in the Commonwealth's Possession. This would clear Margetta Langlois of all charges.

12.) The only charge that Margetta would face is having Massages without a license which would constitute a misdemeanor and a fine, not 2 years and 1 day prison.

13.) On July 7th and 8th of 1997 it was proven by Attorney, Billy Keefe
    a. False and Distorted Indictments by the Lowell Police, Commonwealth's
       Witnesses to indict Margetta on False Charges were proven that the
       Officer Timothy Goulden commited perjury and was surpressed.
    b. False and Destroyed Evidence:
           1.) List for Massages by Telephone for appointments that day with
            Clerk of Court's, Warren DeSaulner of Lowell District Court for
            4 p.m. along with others disappeared and destroyed.
           2.) Pages were ripped out of haircut book and personal phone book for

30 years of Friends, Family Members, etc. NOT CUSTOMERS! The pages were switched from one book to another. Mr. Tom Reilly's name was in the book and not pulled out until we appeared at Middlesex Superior Court, Cambridge, Massachusetts. Where I said to the Officer, Kelly Richardson "Why did they leave Tom Reilly's name in there? Do they not like him?" At the next hearing at Court, the page was torn out. Also, the False and Destroyed Evidence was suppressed.

c. False and Forged Statements were proven not to be Defendant's signature. Even though a Handwriting Expert was allowed and paid by the Commonwealth, there was no Handwriting Expert that was present to testify. It was suppressed.

14.) John C. McBride threw me into a Trial on September 11, 1997 where I had asked him "What had happened to my 20+ witnesses?" In the Judge, Malcolm Graham's Chambers was only me, the Defendant, the ADA Yvonne Bellafontaine, Judge's Clerk, Attorney McBride, the Judge and the Newspaper Reporter. This was not a Legal and Fair Trial due to McBride and the Commonwealth collaborating to manufacture and make the case stick with Prostitution and maintaining.

15.) McBride did not allow the Audio Tape for the Lowell Police conducting the Illegal Search and Seize without the Warrant but they were caught on tape.

16.) McBride even admitted that there was no crime committed on September 12, 1997. Due to McBride needed a favor from the Lowell Police Department to keep Lowell Police Officer, Archie Beaulier off his back due to John C. McBride having Sexual Relationship with Caroline Willard (Archie Beaulier's Girlfriend)

17.) McBride needed to sell me out due to a personal favor needed by Lowell Police, McBride unsuppressed all evidence that was illegal and false to find Defendant guilty. Archie Beaulier was forced to retire.

18.) Billy Keefe, ex-partner of John C. McBride told me that in the 7 times that he contacted me within 45 minutes at my friend's apartment 'McBride needed my case and that my case was all about drugs, not prostitution".

19.) Judge Malcolm Graham stated:

  a. Conflicting testimonies of the Commonwealth's Witnesses (3-4 Police Officers that testified).
  b. Big Discrepancies in the money paid for the Massage.



20.) Attorney Richard Davidson testified on my behalf due to my innocence, he withdrew to become my Witness because I needed him more as a Witness to show proof of Tampered Evidence while in the Commonwealth's possession rather than to be a Defense Attorney. Attorney Richard Davidson put his License, Reputation and Name on the line for me knowing that I was innocent of all charges and how the Commonwealth

manipulated the Courts into filing false charges and with no reasons to arrest at the time of arrest. No Arrest Warrants ever issued.

21.) John C. McBride had promised me when I retained him that my case was about drugs, not prostitution because I showed him proof of affidavits from airport security that I had been stopped and searched and nothing found in my baggage on the dates of January 13th of 1997 and also on June 10th of 1997 from Tampa stating "I was put into the computer and nothing found in baggage".

Obviously, no costumers were found in the suitcase and NO DRUGS.

22.) When Police Officers came into my apartment on February 28th, 1996, the Police Officers questioned the girls that were there if they knew of any drug dealers, anyone selling drugs, etc. No drugs were found on the premises and nobody did drugs.

23.) Whereas Defendant did not have a Legal and Fair Trial with Witnesses (20+) Audio Tape of Officers doing Illegal Search and Seize with no Legal Warrant. Marked Money missing and all EXCULPATORY EVIDENCE withheld by the Commonwealth, Lowell Police and John C. McBride. Defendant never would have been found guilty. That is why Defendant has been violated her Civil Rights to receive a new trial with all evidence that has been withheld.

24.) Therefore, Defendant, Margetta Langlois demands Damages, All Filing Fees, Attorney's Fees (if necessary), Depositions Fees (if necessary) in the Amount of $500,000.00 (Five Hundred Thousand Dollars) plus all expenses above and interest of the $500,000.00 back to February 28th, 1996 when Falsely Arrested and Wrongfully Imprisoned for 2 years and 1 day.

25.) Defendant's demands a Trial by Jury, whereas, John C. McBride talked Defendant into a Trial by Judge and not to take the stand on September 11th and 12th of 1997.

26.) I, Margetta Langlois sign under the Pains and Penalties of Perjury.

Respectfully Submitted,

Margetta Langlois   May 9, 2006

cc: Tom Reilly, AG  -Certified Mail with Signature
cc: Martha Coakley, DA  - Certified Mail with Signature
cc: USDC Judge Zobel
cc: Civil Attorney                    cc: Sondra, Client's Security Board
cc: Fox 25 Television                 cc: Roger Geller, Bar Council

7004 0550 0000 3061 0892

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7004 0550 0000 3061 0892
7004 0550 0000 3061 0892

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ATT'S [SANE]
M'ddlesex D.A's
(Criminal)
40 Thorndike St.
Camb Mass.
02141
Rev 05-cv 10190-RWZ

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Rivers   4/13/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 1 3 2006

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7005 3110 0002 1807 9929

PS Form 3811, February 2004   Domestic Return Receipt   FOR 4/10/06 R

---



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Clerk of Court
[SCREENED] Civil
U.S. Courthouse
1 Courthouse Way
Boston, Mass.
02109

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Russo ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Russo   4/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7003 3110 0005 2010 0627

PS Form 3811, February 2004   Domestic Return Receipt   FOR 4/10/06 R

   

book flights    Getaways    travel info    work here    learn more    speak up    shopBlue

[TrueBlue members, log in here]

book a flight

**DEPARTING FLIGHTS**
(These fares do not include government fees and taxes.)

*FWR April 12-18 W/ No Court*
*Fri 4/13/06*

◀ PREV DAY     NEXT DAY ▶

| | | | | | | |
|---|---|---|---|---|---|---|
| | Adult Fare | $209.00 USD | Wed, 12 Apr 06<br>Flight 1240 | 7:15 am<br>10:10 am | Depart<br>Arrive | Tampa, FL (TPA)<br>Boston, MA (BOS) |
| | Adult Fare | $209.00 USD | Wed, 12 Apr 06<br>Flight 444 | 11:30 am<br>2:25 pm | Depart<br>Arrive | Tampa, FL (TPA)<br>Boston, MA (BOS) |
| | Adult Fare | $259.00 USD | Wed, 12 Apr 06<br>Flight 448 | 5:05 pm<br>8:00 pm | Depart<br>Arrive | Tampa, FL (TPA)<br>Boston, MA (BOS) |
| ● | Adult Fare | $299.00 USD | Wed, 12 Apr 06<br>Flight 20<br>Flight 1004 | 6:15 am<br>8:45 am<br>10:05 am<br>11:15 am | Depart<br>Connect<br>Arrive | Tampa, FL (TPA)<br>New York NY (JFK)<br>Boston, MA (BOS) |
| | Adult Fare | $299.00 USD | Wed, 12 Apr 06<br>Flight 854<br>Flight 1006 | 8:15 am<br>10:45 am<br>11:30 am<br>12:40 pm | Depart<br>Connect<br>Arrive | Tampa, FL (TPA)<br>New York NY (JFK)<br>Boston, MA (BOS) |
| | Adult Fare | $299.00 USD | Wed, 12 Apr 06<br>Flight 64<br>Flight 1008 | 9:35 am<br>12:05 pm<br>1:45 pm<br>2:55 pm | Depart<br>Connect<br>Arrive | Tampa, FL (TPA)<br>New York NY (JFK)<br>Boston, MA (BOS) |
| | Adult Fare | $209.00 USD | Wed, 12 Apr 06<br>Flight 32<br>Flight 1010 | 11:50 am<br>2:20 pm<br>3:00 pm<br>4:10 pm | Depart<br>Connect<br>Arrive | Tampa, FL (TPA)<br>New York NY (JFK)<br>Boston, MA (BOS) |
| | Adult Fare | $299.00 USD | Wed, 12 Apr 06<br>Flight 60<br>Flight 1014 | 2:20 pm<br>4:55 pm<br>5:50 pm<br>7:20 pm | Depart<br>Connect<br>Arrive | Tampa, FL (TPA)<br>New York NY (JFK)<br>Boston, MA (BOS) |
| | Adult Fare | $299.00 USD | Wed, 12 Apr 06<br>Flight 60<br>Flight 1016 | 2:20 pm<br>4:55 pm<br>6:40 pm<br>8:10 pm | Depart<br>Connect<br>Arrive | Tampa, FL (TPA)<br>New York NY (JFK)<br>Boston, MA (BOS) |

**RETURNING FLIGHTS**
(These fares do not include government fees and taxes.)

◀ PREV DAY      NEXT DAY ▶

| | Adult Fare | $299.00 USD | Tue, 18 Apr 06<br>Flight 441 | 7:20 am<br>10:40 am | Depart<br>Arrive | Boston, MA (BOS)<br>Tampa, FL (TPA) |
|---|---|---|---|---|---|---|
| | Adult Fare | $259.00 USD | Tue, 18 Apr 06<br>Flight 447 | 3:40 pm<br>7:00 pm | Depart<br>Arrive | Boston, MA (BOS)<br>Tampa, FL (TPA) |
| | Adult Fare | $259.00 USD | Tue, 18 Apr 06<br>Flight 1249 | 7:10 pm<br>10:35 pm | Depart<br>Arrive | Boston, MA (BOS)<br>Tampa, FL (TPA) |
| | Adult Fare | $299.00 USD | Tue, 18 Apr 06<br>Flight 1001<br>Flight 23 | 6:05 am<br>7:20 am<br>8:15 am<br>11:10 am | Depart<br>Connect<br>Arrive | Boston, MA (BOS)<br>New York NY (JFK)<br>Tampa, FL (TPA) |
| | Adult Fare | $299.00 USD | Tue, 18 Apr 06<br>Flight 1003<br>Flight 65 | 8:20 am<br>9:35 am<br>10:50 am<br>1:40 pm | Depart<br>Connect<br>Arrive | Boston, MA (BOS)<br>New York NY (JFK)<br>Tampa, FL (TPA) |
| | Adult Fare | $299.00 USD | Tue, 18 Apr 06<br>Flight 1011<br>Flight 29 | 3:55 pm<br>5:10 pm<br>7:05 pm<br>10:20 pm | Depart<br>Connect<br>Arrive | Boston, MA (BOS)<br>New York NY (JFK)<br>Tampa, FL (TPA) |
| | Adult Fare | $299.00 USD | Tue, 18 Apr 06<br>Flight 1015<br>Flight 29 | 4:45 pm<br>6:00 pm<br>7:05 pm<br>10:20 pm | Depart<br>Connect<br>Arrive | Boston, MA (BOS)<br>New York NY (JFK)<br>Tampa, FL (TPA) |
| | Adult Fare | $299.00 USD | Tue, 18 Apr 06<br>Flight 1017<br>Flight 857 | 6:20 pm<br>7:30 pm<br>9:00 pm<br>11:55 pm | Depart<br>Connect<br>Arrive | Boston, MA (BOS)<br>New York NY (JFK)<br>Tampa, FL (TPA) |

## Some Things You Should Know About Flying On JetBlue...

- Click here for Domestic Travel information >> (information listed below)
- Click here for International Travel information >> (information listed below)

### Not What You Wanted?
If you didn't find what you wanted on the first try, you can click here to start over. If you are having trouble finding flights, try less traveled days like Tuesday, Wednesday, Thursday and Saturday.

**For Domestic Travel:**
One way JetBlue keeps fares low is by serving snacks instead of meals on all our flights. We invite you to bring your own meal along, if you'd like. Reservations for children under the age of 11 traveling alone must be made by calling 1-800-JETBLUE. Information about JetBlue's policy on unaccompanied minors can be found here. Information about our baggage policy can be found here .

All JetBlue travel is via electronic ticketing. Fares are subject to change until purchased and must be purchased at time of reservation. All fares are per person, one-way and do not include Passenger Facility Charges (PFC's) of up to $9 each way, September 11th Security Fees of up to $5 each way, and a Federal Segment Tax of $3.30 per segment. A segment is defined as a takeoff and landing. Fares for Puerto Rico travel also do not include U.S. Departure Tax of $14.50 each way.

Changes can be made prior to scheduled departure for a fee of $30 per person plus any applicable difference in airfare. Changes can be made online at jetblue.com or by calling 1-800-JETBLUE.

D.A.
Martha
Coakley

MARGETTA LANGLOIS PRO-SE
V.
COMMONWEALTH OF MASS.—
ON — MARTHA COAKLEY D.A.
" (FOR SERVICE) "

* 1ST SERVICE
1/6/05

* 2ND SERVICE
4/10/06

RE: CASE 05-C.V. 10190 R.W. ZOBEL

* SUMMONS — FOR SERVICE
ON MIDDLESEX DISTRICT ATTORNEY
MARTHA COAKLEY. 40 THORNDIKE ST. CAMB, MAS
D.A's office — w/ 20 DAY RESPONSES TO
COURT AND PLAINTIFF

If you FAIL TO RESPOND AND
TO COMPLAINT AN ANSWER — w/IN 20 DA
PLAINTIFF WILL ASK THE COURT TO
GRANT DEFAULT AND FINAL JUDGEMEN
IN THE PLAINTIFF'S FAVOR.
w/ PROOF of SERVICE — RETURN RECEI

TO:
MARGETTA LANGLOIS
P.O. Box 3091
Holiday, Fla. 34690.
(727) 514-3957

Respectfully
Submitted
Margetta Langlois
pro se'

4/13/06
c.c. (Judge Zobel) + (1 copy FED. A TO court)
c.c. Judge Gariart + / Graham file 96-1416.
e.g. Fox T.V. 25
c.c. D.A. MARTHA Coakley — John C.
c.c. Roger Keller Re. the State
c.c. U.S. marshalls   Billy Keefe O'Donnell

in 7/7/97 - 7/8/97 HEARINGS
DISCOVERY of ALL
COPIES of ALL MIRANDA RIGHTS
CARDS 7-8½ HOURS
LATER

[handwritten, partly illegible] NONE W/ NO MIRANDA RIGHTS READ OUT
EVER READ TIL 7-8½ HRS ON
AFTER ARRESTED AT POLICE
STATION — AL DATE STAMPED
SIGNED by DEF'N.
TO DEFEND AND COMMON
DR SO PROVIDE COURT TO DISMISS & OVERTURN CA
W/ HEARING — COMMONWEALTH KNOWS I
WAS "WRONGFULLY CONVICTED
+ FALSELY IMPRISONED TO
"SHUT me" UP DUE TO
TOM REILLY D.A — INVOLVED
PERSONALLY IN MESSAGES.

+ ALL STATE WEBSITES CARP
+ OBSTRUCTED JUSTICE.
DUE TO ELECTIONS OF

TOM REILLY —

I SIGN UNDER THE PAINS + PENALTIES
of PERJURY
I HAVE SUFFERED TREMENDOUSLY
2 YR 1 DAYS IN JAIL + TO DAY
TO DATE 7/25/05
AFTER

I LOST EVERYTHING DUE TO PROSECUTION
MISCONDUCT OBSTRUCTING JUSTICE + FALSE
+ WRONGFULL IMPRISONMENT —

CASE "PERSONALLY"

Also 1) Tampered Evid —
(Alleged Bookie Pds Ripped
out Attorney Davidson testified to on
9/12 (A.M.)  2) Stolen marked money
out of Evidence Room — NEVER
marked In To Evid — in Cain's
Possession — They switched money +
3) Used my $278. To Use
As money used In Case + Judge
Admitted "Big Descrepancies in
Came Different Donominations
in Trial — Please "Unimpound All Letters
of Evid To Judge McClethan
once I was falsely In prisoned that
Judge took upon himself To Hide
All Evid To "Unconvict Me."

4) Withheld Evid By Police,
CMU + Judge Glattan that
Attorney Brady Can Testify To
"Audio Tapes of Police Doing Illegal
Search w/ 14 Sealed warrant
on 7/28/96 — Received 3/6/96 —
8 Days After Search + Arrest —
7/28/96 ) w/No Reason To Arrest

③

TApe- #4 ATTORNEY BILLY KEEFE Gave n
ARGUED in COURT on 7/7 + 7/8/9.

7/7/97  BiLLY KEEFE Gave ME AuDio on
TApe + MADE 10 Copies But
I WAS IGNORED + By THE COURT

1). MiDDLesex SuperiAL JUDGE
   MALCOME GRAHAM
2) APPEAL JUDGES iN 2000 - 2001
3). U.S.D.C. - JUDGE R GINE ARNS
   for ALL CiviL SUiT

YES/THEN - 99-10226 RGs 4/ 18 NABES
         99-10233 RGs

AllDenieD" Illegally w/ No
HEARiNGS, + No 30DAY REPONSES
From ANy DEFENDANT

CONSPIRACY Collusry, CORRUPTION +
           COVER-ups  By COURT ANNEYS
POLICE, JUDGES, D.A A.D.A. YuNNie
BELLE fONTAINE

EviD WAS ADDed SwiTCHED
TAMPERED STOLEN" WiTH AuDio
TApe NEVER HEARD AT C...

④

RAPE TRIAL" I WAS THROWN
INTO "NO EYE WITNESSES
AUDIO TAPE + EVID. We
HAD — From 4 Prime ATTORNEYS.
IT WAS A DEW 61.2055
FAILED" I WAS STOPPED AT
AIRPORT "3 AFFIDAVITS" I WAS
PUT INTO COMPUTER NOTHING FOUND
IN BAGGAGE - NO CUSTOMERS"
AN ABOUT DRUGS — NEVER SHARED WI-
AT TRIAL. IT WASN'T ABOUT
PROSTITUTION BECAUSE "NO
Crime Committed - Mr. BRIDE
WROTE TO B, B, O, + COURT.) BUT
ILLEGALLY CONVICTED FOR A PERSON
TRIAL of + TO LOWER POLICE TO SELL
me out + SHUT ME up — FAL. 2 yrs
1 DAY ON A FALSE MEDATORY Prison
SENTENCE —
      THE ONLY THING I WAS
GUILTY of WAS NO LICENSE
      for DOING "LEGAL MASSAGE."

I WAS "RATTING Too many Life's D.A.

TOMPEAN ASL MAGESTRATE of Lowell
DISTRICT COURT WHOME I MATSAGE.
1). WARREN DESHULER Cops
HAD HIS Name ever - (anly 1 messige) on File
2). D.A. THEN JOM REILLY

3). EX-City of Lowell BUSBY
HEAD of City Hall
+ OTHERS —
BECAUSE of PROMINENT people
WHO Come THERE I WANTED
To TESTify AT TRIAL, + we were
NEVER READY for TRIAL  Mr BEND
Took "CASH" for LAWYERS FEE No
RECEIPT, NEVER TALKED ABOUT my
CASE NEVER MET W/ME, ONLY AT
COURT To Sell me out, + Mc Bride
WANTED me To SAY WARREN DESHULER
GOT + Show TUB, + I REFUSED He
NEVER DID ——— only MESSAGE —
D.A. COMMONHEALTH + Police
HAS No PICTURES of "SCHOOLY"
CAND wagen — THERE WAS NONE
EVERYONE + him DID TT.

(6)

EX-PARTNER Billy KEEFE
OF JOHN C. M cBRIDE can
TESTIFY W/ all EVID HE
Had OrEEFE I would Have
NEVER Been found "GUILTY"
OR x No JAIL!
M c BRIDE only REPRESENTED
ME ON 9/11/97 — & 9/12/97
To ' ILLEGALLY CONVICT ME
W/ AUDIO TAPE I Had
A COPY & So DID D.A, police,
+ EVERYONE I URGED
Mc BRIDE To USE, I Had 1 copy
ON THE TABLE I SAT ON
9/11/97 — & 9/12/97 & HE Refused
To USE, HE SAID ME US TO
A.D.A YVONNE BELLEFONTAINE S
SHE COULD MAKE HERSELF 1 More

①

To Lowell Police To GET
Ex-Cop off McBride's
BACK BECAUSE McBride
WAS "SCREWING ALCOTTE
BEAULIEU'S DRUG ADDICT-CRACK
HEAD PROSTITUTE - CAROLINE
WILLARD (HE REPRESENTED
in Lowell District Court BEFORE
my CASE, ALCOTTE also in MA—
only To COME BACK + Find McBride
PARTYING DRUGS SETTING CAROLINE
WILLARD up As A GIRLFRIEND
ALCOTTE WENT BIZERK—
+ WAS ON McBride — so To
GET ALCOTTE's off HIS BACK, HE
NEEDED my CASE 7 Days HE
HAD BILLY KEEFE CALL me To

(8)

REPRESENT ME — Today while
McBride's office was to
See if He would 'Sue' all
For my "False" Arrest, + He
was suppose to Be Excellent
in Dismissing "False Senteces
w/No Search Warrant —

Instead He Sold me out to
Get McCabe off His Back —
Billy Keefe Consistantly —
No Jail No Case Euers witheld
+ I was 'Sold out to Jail'
Billy Keefe Left office was I
opened my Case Back up He left
in A Hurry Too many Complaints
Against McBride — Selling Clients
out I met Quite A few In Jail +
After Soliciting Clients for Sex —

WHEN —

(9)

McBRIDE REPRESENTED
DRUG DEALERS HE ASKED
FOR "SOMETHING FOR THIS
HEAD" I HAVE WITNESSES

IF I WAS ANOTHER CASE
W/ GIRLS OR WOMEN HE'D
SOLICIT THEM FOR SEX

COMPLAINT TO B.B.O.
ROGER GELLER BY VALARIE
WILLIAMS WITH CONTRACT
NOTARIZED + SENT TO B.B.O. GELLER
NEVER INVESTIGATED, +
THROWN IN STORAGE

McBRIDE SAID HUNDREDS of
CLIENTS BUT THEY'LL TELL THE SAME
STORY RAN OUT of MONEY, SOLD
OUT TO JAIL, (NO SEX TO JAIL YOU

10)

HE TOLD ME IN Oct. 97 I'll
Buy A Bottle of Champagne
WHEN I GET you out, I SAID
f: THAT CHAMPAGNE GET ME
OUT — HE/reD 14 TIMES To my bd
KENNETH, WHO WROTE To JUDGES News
PAPER LISt, REDMAN — Lowell)
MSCHHEADCLERK ED Sullivan, Don
FOL in BRONSTEIN (To WIMAN JUDGE Louee wood
Dry in cours   I NEVER HAD ANY 14 COURT
I ASKED HE beD ToAll + my Family
To GET ANOTHER $500, t for
An APPEALS HE NEVER PUT
IN — ONLY To Shove my la
$ 3500, UP HIS NOSe TECOURE
MC BRIDE IS ON ILLEGAL DRUGS
of COCAINE, GIRLS IN THIS free m
WITH Him — Gestion Hide
All EVID — I SENT Him w/
WITNESSES — TWO HEARINGS ONLy

MORE CONSPIRACY COLLUSION
Collusion, + COVERUP By COURTS —

BAR COUNSELS ROGER GETEREMICH
FREDERICKSON, + ALL.

THEY NEED A CLEAN
Sweep " of THE JUSTICE

System — Especially
Tom Reilly

And THE D. A's office ones
THE " The Guy CONVICT you
No ONE WANTS TO HEAR IF THE
TRUTH —

I WILL CONTINUE TO FIGHT
THIS CASE AND ALL CIVIL SUITS
EVEN IF I HAVE TO MOVE
IT TO WASHINGTON.

PLEASE Give me + HELP link TO
Prove my CASE — with
EVID. THAT WAS W/HELD By ALL

12)

I can prove my Case
Beyond Reasonable Doubt

Respectfully Submitted
Margetta Langlois pro
4/3/05
Margetta Langlois 4/17/06
Resubmit

Motion. To Appoint Public Counsel

Due To finally as "Widow's
Survivor's Benefits of
$1657 now a year
w/ Proof — (After 5 yrs)

I am Looking for The

2 yrs. 1 Day of false

Imprisonment, The Commonwealth
Illegally Convicted me By
witholding crucial evidence, Telling P.
other witnesses "Not To Convict"
$150. A Day for 731 Days w/ Interest

from 1997 Sept. 12 — To DATE —
THIS CASE — AND IN THESE 8 YRS. I've Have FOUG
TO RECEIVE ANOTHER

2 YRS. BENEFITS from Social

Security ONCE: (widow's Benefits

With "Conviction Set Aside"

OR NEW TRIAL IF Needed.

I Am Entitled — To w/3
VIOLATIONS of my CIVIL RIGHTS —
AT TRIAL — By

(GRAHAM) — MC BRIDE + COMMONWEALTH, + JUDGE
(THAT LESLIE O'Brien
C.P.C.S. LAWYER PROVED
I DID NOT RAPE OR KILL
ANYONE THAT I HAVE
Been "DENIED" OVER +
OVER "A NEW TRIAL" JUST A
COVEL UP TO KEEP my CASE
from EVER SURFACING Again

I Am ENCLOSING A LIST of
DOCKET SHEET AS DIS-

#4)

w/ FALSE & DISTORTED INDICTMENTS
To FALSELY CONVICT I.F P.I
PAID BY THE STATE for it
KEVIN FLYNN was able To
TESTIfy Cop's COMMITTED Perjury
JUDGE Grahan HAS ESTABLISHED!
MC BRIDE WOUID NOT Allow
P.I. FLYNN To TESTIfy ___

LoweR CLERK SAID I WAS "INDICTED BEFORE" 9/11/97 - 9/12/97
INDICTED THEREFORE COMMONWEALTH'S
Lack of EVID. To
LEGALLY CONVICT

SHOUID Be GRANTED iN
fAVOR of DEF. Now PLAINTiff
MARGETTA LANGLOIS —
SUES COMMONWEALTH for
97-05 — THE full SUM of $500,000.
w/ INTEREST To DATE
WITH WITNESSES + EVID.
ON REC. + I will PROViDE
FOR NEW TRIAL — AT HEARING — If Needed
Margetta Langlois 4/1;
Margetta Langlois Submitted a
4/5/05

WITNESS LIST WILL BE ENTERED FOR
TESTIFYING / BY PLAINTIFF
By All  IN PERSON /

Margotta Langlois
pro se
3/3/05

c.c. Middlesex D.A. Martha Coakley
c.c. Judge Zobel for Civil Case
$ 500,000 — For False Conviction

V.C. Judge Sariat

c.c. Governor Romney

In Legislative Law
passed  1/1/05

**U.S. Department of Justice**

*United States Marshals Service*
*District of Massachusetts*
*U.S. Courthouse*
*1 Courthouse Way, Suite 500*
*Boston, MA 02210*

Official Business
Penalty for Private Use $300

2005 JAN 11 A 10: 12

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ATTi ZonE
m.SSlese D.A's
(KRinnie)
40 ThoRNDIKE ST.
CAmz mAss.
02141
Re: 85-CV 10190-RWZ

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name)  Havens   C. Date of Delivery 4/13/06

APR 1 3 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 3110 0002 1807 9929

PS Form 3811, February 2004   Domestic Return Receipt   FOR 4/10/06 ...

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ... of Civil
SCREENED ...
U.S. CourtHouse
1 CourtHouse WAY
Boston, mAss. 02109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Russo   ☐ Agent ☐ Addressee

B. Received by (Printed Name)  Russo   C. Date of Delivery 5

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 3110 0005 2010 0627

PS Form 3811, February 2004   Domestic Return Receipt   FOR 4/10/06 ...





TRAVEL EXPRESS                    CLIENT: LANGLOIS/MARGIE
76 ALBION STREET
WAKEFIELD              MA        617 246-2212                    PAGE:0:
---------------------------------------------------------------
14 JAN   ✈   USAIR         FLIGHT: 2138    CLASS: V
  TU         BOSTON        DEPART:  325P
             TAMPA         ARRIVE:  649P

*THESE 2 FROM TRAVEL EXPRES*

*(FROM TRAVEL AGENT)*

*STOPPED ...*

STopped 3xS AT AiRPort
w/ AFFAViDATS In file 05-CA.10190
~~DRUGS~~                        RWZ
NoT LookinG foR CustomerS Gdn
To fla.
Jan 13 (97)
JUNE 10 (97)
↗ JUNE 14 (97)

17006 7/96

**USAir**

13·70·81

Name:
LANGLOIS

POSITIVE BAG MATCH

17006 7/96

**USAir**

13·70·82

Name:
LANGLOIS

POSITIVE BAG MATCH

17006 7/96

**USAir**

13·70·83

Name:
LANGLOIS

POSITIVE BAG MATCH

**USAir** *Boarding Pass*

NAME OF PASSENGER
LANGLOI/
FREDLE/
CARRIER/CLASS
US2138 COACH
TO
BOS-01
FROM
MIA,
TMOA,

ET/US171
037 21
143



```
USPS, HOLIDAY
HOLIDAY, Florida
346909998
1189290340-0095
04/12/2006   (800)275-8777   09:54:13 AM

            Sales Receipt
Product      Sale   Unit      Final
Description   Qty    Price     Price

BOSTON MA 02210 EM           $14.40
PO-Add Flat Rate
 7.80 oz.
 Label #:     EQ531188273US
 Next Day Noon / Normal
 Delivery

        Issue PVI:           $14.40

BOSTON MA 02210 EM           $14.40
PO-Add Flat Rate
 8.10 oz.
 Label #:     EQ531188287US
 Next Day Noon / Normal
 Delivery

        Issue PVI:           $14.40

                             $28.80
Total:

Paid by:                     $28.80
Visa
  Account #      XXXXXXXXXXXX8743
  Approval #:    095126
  Transaction #: 421
  23 903570455

Bill#: 1000502256968
Clerk: 12

— All sales final on stamps and postage. —
  Refunds for guaranteed services only.
     Thank you for your business.
           Customer Copy
```

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

CAMBRIDGE MA 0214

| | |
|---|---|
| Postage | $ $0.87 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.12 |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

BOSTON MA 02109

| | |
|---|---|
| Postage | $ $4.05 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $8.30 |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF *MARGETTA LANGlois* | COURT CASE NUMBER *05-10190-R.W.Z* |
|---|---|
| DEFENDANT *COMMONWEALTH OF MASS-MARTHA Oakley Sup-tons Complai* | TYPE OF PROCESS *SERVICE w/* |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | *COMMONWEAlTH of MASS-MARTHA Oakley D.A's off-* |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) *MiDDLeSex Sup Cou-1* |
| | *MiDDLeSex D.A's offi 40 THoRNDiKE ST. CAmB, MASS;* |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

*MARGETTA LANGlois*
*P.O. Box 3091 HoliDAy, FLA.*
*34698 —*
*Cell # (727) 514-3957*

| | |
|---|---|
| Number of process to be served with this Form - 285 | *1* |
| Number of parties to be served in this case | *1* |
| Check for service on U.S.A. | *$45.00* |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):* *MiDDLeSex SUPErioR CouRT → MARTHA*
*CoAKLey D.A's office 2nd floor*
*COMMONWEAlTH of MASS — AT*
*40 THoRNDiKE ST. CAmB, MASS (02141.)*

| Signature of Attorney or other Originator requesting service on behalf of: *Margette Langlois* | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER *(727) 514-3957* | DATE *4/17/* |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service / Time |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/

(Received 4/26/06 ( 4/27/06
To U.S. serviced
marshalls) U.S. marshall
w/ Originals

Kira -

I forgot To send The
"Originals Summons" To
U.S. marshalls so I will Be
sending another "Overnight" out
w/ All receipts To The Court -

1) $ .90 —— (# 0820 7006-951)
for service on Tom
Reilly, + Martha Coakley
of Commonwealth Of Mass.
receipt (money order)

2) overnight receipt, of yesterday
EQ 372966768 U.S.

3) Receipt for Costs $ 105. 35 Per
mailing Receipt for m.o. +
Overnight package Thanks
marjette
(4/25/06) Langlois
prose

MARGETTA LANGLOIS PRO. SE.

V.

COMMONWEALTH OF MASS.

TOM REILLY A.G.

MARTHA CORKLEY D.A.

CASE 05-C.V. 10190 R.W. ZOB

DEAR CLERK OF COURTS

KINDLY SET THESE PAPERS
BEFORE THE COURT JUSTICE R. W. ZOBE
A S.A.P. FOR REQUEST.

※ MOTION: TO VACATE DISMISSAL
ON 5/2/06 - DUE TO NO SERVICE
ON COMMONWEALTH - TOM REILLY
A.G. SERVED 5/2/06 + MARTHA
CORKLEY UNAVAILABLE SO FAR — COPY
I ENTERED 20 DAY EXT (3 X)
ON 4/11/06 TO LISA URSO + TALK
W/ HER NUMEROUS TIMES I
SENT IT — 4/11/06 — + ALL RECEIPT
ENCLOSED — Margetta Langlois
D.A. C.C. TOM REILLY 5/5/06

MARGETTA LANGLOIS PRO. se

V.

COMMONWEALTH OF MASS.
Def. TOM REilly served 5/2/06
Def. MARTHA COAKLEY UNVAILABLE

CASE: 05-C.V. 10190 R.W.Z.

Def REQUEST for MOTION TO

VACATE DISMISSAL ON 5/2/

AND RESTORE CASE for TRIAL

LIST

U.S MARSHALL'S HAD PROCESS
PAPERS SINCE 4/26/06
SERVICE WAS 5/2/06
UNDER "30 DAY EXTENSION" — ON

By Arson 5/2/06 (D.A. (TOM REilly A.G.)
ON ASS'T)
w/ EVID + Receipts — 96-1416-001-002
30 DAY EXTENSION" SENT TO
ATT: LISA V.R80

ALONG W/ Jet Blue Prices #638.
For 4/12 — 4/18/06
3rd Time EXTENSION Days Respectfully
5/05/06 - Submitted - Margetta An-01.)

MARGETTA LANGLOIS ProSe'
v.
COMMONWEALTH of MASS.
TOM REILLY — SERVED MAY 2 2006
MARTHA COAKLEY — UNAVAILABLE FOR
SERVICE
U.S. MARSHALS HAD PAPERS TO
SERVE — BY APRIL 26, 2006
APRIL 27, 2006
ON BOTH DEFENDANTS —

* REQUEST. MOTION, TO RECONSIDER AND
SET DISMISSAL ASIDE DUE TO
SERVICE WAS WITHIN 20 DAYS —
ON TOM REILLY — BEFORE
MAY 6 — 2006.

MARTHA COAKLEY HAS NOT
BEEN AVAILABLE FOR SERVICE —

PROCESS SERVER U.S. MARSHALL
HAVE HAD PAPERS ON BOTH
SINCE APRIL 26 — 27

(3 x's) SINCE APRIL 17 20
FOR SERVICE —

* 1ST OVERNIGHT W/ PERSONAL CHECK
HANDWRITTEN SUMMONS SENT B
TO ME —

* 2ND OVERNIGHT — W/ COPY OF SUMM
+ MOTION ORDER + NOT SIGN

**EQ 531188273 US**

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

APR 11 2006
USPS

ORIGIN (POSTAL SERVICE USE ONLY)

ZIP Code
34690

Scheduled Date of Delivery
Month 4 Day 13

Total Postage & Fees
$ 14.40

FROM: (PLEASE PRINT)
MARGRETTA LANGLOIS
P.O. BOX 3091
Holiday, FLa 34690
c.c. MARTHA Coakley Coakley

TO:
U.S.D.C. Civil
U.S. Court House
1 Court House Way
Boston, MASS 02210

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
0 2 2 1 0 +

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

---

**EQ 531188287 US**

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

APR 11 2006
USPS

FROM: (PLEASE PRINT)

TO: (PLEASE PRINT)

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

Governor Romney —

If The Bill was passed for People like me who were put In Jail "Illegally" why Is It The Courts will not Allow my Case Back Into Court Violating my Civil Rights. why?

Too Political?

A lot of people Can Be uncovered Judges Police D.A's Office + Tom Reilly !

This Case 96-1416-001-002 TRIAL was Beyond Pathetic W/ Defense attorney John C McBride !

"Special" attention needed Here. —

Margareta Taylor
6/1/06

ais
U.S.D.C. CIVIL

ORIGINAL
FILED 3/16/05 in
COURT + DOCKET +
D.A. & C.A.
ALL

U.S.D.C. CIVIL
U.S. COURT HOUSE (CIVIL) CLERK
1 COURT HOUSE WAY Rm. 2300 ?
BOSTON MASS. 02109 —

New CASE

MARGETT LANGLOIS — PRO Se.

V.

COMMONWEALTH. OF MASS —

"FALSE CONVICTION"

✱ NOW COMES THE PLAINTIFF MARGETT
LANGLOIS P.O. BOX 1016 METHUEN,
MASS — 01844 —
(727) 514-3952.
TO SUE THE STATE OF MASS.
COMMONWEALTH FOR WRONGFUL
CONVICTION AND FOR WITH HOLDING
"CRUCIAL" FOR EVID (NOT TO
CONVICT) WITH HELD by
COMMONWEALTH, D.A. POLICE JUDGE
MALCONE GRAHAM, + DEF-EX—
ATTORNEY JOHN C. McBRIDE
GIVEN BY OTHER ATTORNEYS #1 #2 #.
#= 4 McBRIDES EXPARTNER BILL.

KEEFE ) + (mc BRIDE ) - DID NOT +
REFUSE TO USE "SUPPRESSED" ILLEGALLY +
BY COMMONWEALTH w/ PLSID ) + BY 001.
( UNTIL WHEN FOUND BY PETE KEVIN
FLYNN ) "ALL" FAILED TO "PRESENT"
AT ALLEGED TRIAL."
EVID - " ON 9/11/97 - 9/12/97 -
"NOT TO CONVICT"
PLAINTIFF DEMANDS JUDGEMENT
( FINAL ) + REQUESTS
* ( TRIAL BY JURY )
$500,000.

WITNESSES
I Demanded JVR
FROM 1ST TIME
CASE ENTERS
1). P.I. KEVIN FLYNN

2). BILLY KEEFE # 4 ATTORNEY

3). RICHARD DAVIDSON # 2 ATTORNEY

4) ALL 8 POLICE — AT ILLEGM SEARCH
5) Mc EL Cap - ARCHIE BEAULIEU
SEE DOCKET SHEET
916 - 1416 - 001 - 00,2
AND AUDIO TAPE TO DATE — Margeret Tanflow