## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10190

Margatta Langlois

v.

Commonwealth of Massachusetts

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-19

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/2/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 21, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/22/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10190-RWZ

Langlois v. Commonwealth of Massachusetts
Assigned to: Judge Rya W. Zobel
Cause: 42:1983 Civil Rights Act

Date Filed: 01/24/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Margetta Langlois**  represented by  **Margetta Langlois**
P.O. Box 3091
Holiday, FL 34690
PRO SE

V.

**Defendant**

**Commonwealth of Massachusetts**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2005 |  | Case filed without payment of the filing fee or submission of an application to waive the filing fee. (Jenness, Susan) (Entered: 02/01/2005) |
| 01/24/2005 | 1 | COMPLAINT against Commonwealth of Massachusetts, filed by Margetta Langlois.(Jenness, Susan) (Entered: 02/01/2005) |
| 01/24/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 02/01/2005) |
| 02/04/2005 | 2 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM AND ORDER: if plaintiff wishes to proceed with this action, she shall, within ten (10) days of the date of this Memorandum and Order, (1) either pay the $150.00 filing fee or file an |

| | | |
|---|---|---|
| | | Application to Proceed Without Prepayment of Fees; and (2) if she submits an Application to Proceed Without Prepayment of Fees, she shall also demonstrate good cause, in writing, why this action should not be dismissed for the reasons stated above. If plaintiff fails to either pay the filing fee or file an Application to Proceed Without Prepayment of Fees accompanied by a document demonstrating good cause, this action will be dismissed without prejudice. The Clerk mailed to plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with the Memorandum and Order.(Morse, Barbara) (Entered: 02/04/2005) |
| 02/04/2005 | | Set Deadlines/Hearings: Filing Fee and Show Cause Responses due by 2/14/2005: (1) plaintiff to either pay the filing fee or file an application to proceed without prepayment of fees; and (2) if plaintiff files an application to proceed without prepayment of the filing fee, she shall also demonstrate good cause why this action should not be dismissed for the reasons stated in the Memorandum and Order. (Morse, Barbara) (Entered: 02/04/2005) |
| 02/15/2005 | | Filing fee: $ 150, receipt number 62148 regarding Civil Action (Johnson, Jay) (Entered: 03/11/2005) |
| 02/16/2005 | 3 | Letter/request (non-motion) from Margetta Langlois regarding "false and wrongful conviction" w/attachments. (Johnson, Jay) Modified on 2/17/2005 (Johnson, Jay). (Entered: 02/17/2005) |
| 02/16/2005 | 4 | Letter/request (non-motion) from Plaintiff requesting impounded evidence w/attachments. (Johnson, Jay) Modified on 2/17/2005 (Johnson, Jay). (Entered: 02/17/2005) |
| 03/09/2005 | | Papers received for filing with a audio tape. (Urso, Lisa) (Entered: 03/09/2005) |
| 12/20/2005 | 5 | Letter/request (non-motion) from Margetta Langlois Requesting Hearing. (Attachments: # 1 part 2)(Johnson, Jay) (Entered: 12/21/2005) |
| 02/27/2006 | 6 | Letter/request for docket (non-motion) from Margetta Langlois w/attachments. (Johnson, Jay) (Entered: 02/28/2006) |
| 02/28/2006 | | DOCKET SHEET sent to Margetta Langlois. (Johnson, Jay) (Entered: 02/28/2006) |
| 03/21/2006 | 7 | NOTICE of Filing by Margetta Langlois (Johnson, Jay) (Entered: 03/23/2006) |

| | | |
|---|---|---|
| 03/29/2006 | 8 | Request for notice of default. (Johnson, Jay) (Entered: 03/30/2006) |
| 04/06/2006 | 9 | Judge Rya W. Zobel : ORDER entered. re 8 Request for notice of default. The motion is denied. Plaintiff shall make service within 10 days of this Order, failure to do so, the complaint will be dismissed for failure to prosecute.(Urso, Lisa) (Entered: 04/06/2006) |
| 05/02/2006 | 10 | Judge Rya W. Zobel : ORDER entered. ORDER DISMISSING CASE(Urso, Lisa) (Entered: 05/02/2006) |
| 05/03/2006 | 11 | US Marshal Process Receipt and Return for Civil Process. Thomas Reilly served Delivered on 5/2/06 (Johnson, Jay) (Entered: 05/04/2006) |
| 05/09/2006 | | Mail Returned as Undeliverable "Unable to Forward". Mail sent to Margetta Langlois returned (Johnson, Jay) (Entered: 05/09/2006) |
| 05/10/2006 | 12 | Documents Received from Margetta Langlois (Johnson, Jay) (Entered: 05/10/2006) |
| 05/10/2006 | | Order of Dismissal re-sent to plaintiff at new address (Johnson, Jay) (Entered: 05/10/2006) |
| 05/17/2006 | 13 | AMENDED COMPLAINT against Commonwealth of Massachusetts, filed by Margetta Langlois.(Johnson, Jay) (Entered: 05/18/2006) |
| 05/22/2006 | 14 | MOTION to Vacate w/attachments 10 Order Dismissing Case by Margetta Langlois.(Johnson, Jay) (Entered: 05/23/2006) |
| 05/25/2006 | 15 | Documents Recieved from Margetta Langlois (Johnson, Jay) (Entered: 05/26/2006) |
| 05/26/2006 | 16 | Judge Rya W. Zobel : ORDER entered denying 14 Motion to Vacate (Urso, Lisa) (Entered: 05/30/2006) |
| 06/02/2006 | 17 | Letter/request (non-motion) from Margetta Langlois notice of appeal etc. (Johnson, Jay) (Entered: 06/02/2006) |
| 06/02/2006 | 18 | NOTICE OF APPEAL as to 10 Order Dismissing Case by Margetta Langlois. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal |

|  |  | Record due by 6/22/2006. (Johnson, Jay) (Entered: 06/02/2006) |
|---|---|---|
| 06/09/2006 | 19 | Documents Recieved (Attachments: # 1 part 2) (Johnson, Jay) (Entered: 06/12/2006) |

https://ecf.mad.circ1.dcn/cgi-bin/DktRpt.pl?488890052300703-L_28

|  |  | Record due by 6/22/2006. (Johnson, Jay) (Entered: 06/02/2006) |
|---|---|---|
| 06/09/2006 | 19 | Documents Recieved (Attachments: # 1 part 2) (Johnson, Jay) (Entered: 06/12/2006) |