### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10190

Margatta Langlois

v.

Commonwealth of Massachusetts

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-19

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/2/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 21, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/29/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1956

- 3/06