# United States Court of Appeals
## For the First Circuit

---

No. 06-1956

MARGETTA LANGLOIS,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS,

Defendant, Appellee.

---

**ORDER OF COURT**
**Entered: July 12, 2006**
Pursuant to 1st Cir. R. 27(d)

     Treating appellant's financial affidavit, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, she may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: _____ Date: 7/12/06

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
      Operations Manager

[certified copies: Honorable Rya W. Zobel, Sarah A. Thornton, Clerk]

[cc: Margetta Langlois]

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

COPY

2006 JUL 12 A

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. _05-10190_

Appeal No. _06-1956_

_MARGETTA LANGLOIS_
_LANGLOIS_

v.

_COMMONWEALTH of MASS, TOM REILLY AS INDIVIDUM + D.A. AND NOW A.G._

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _Margetta Langlois_     Date: _July 13, 2006_

My issues on appeal are:




1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| _SOCIAL Security_ _Widow Benefits S.S. w.3._ Employment _$1099 A. mo._ | $ 0 | $ 0 _Deceased_ | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse *Deceased* | You | Spouse |
| Gifts | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Alimony | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Child support | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Retirement (such as social security, pensions, annuities, insurance | $ 1099. *Amo.* | $ ⊘ | $ ⊘ | $ ⊘ |
| Disability (such as social security, insurance payments) (widow's) | $ 1099, *Amo.* | $ ⊘ | $ ⊘ (mL) $ 1099 *Amo.* | $ ⊘ |
| Unemployment payments | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Public-assistance (such as welfare) | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Other (specify):_____ | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Total Monthly income: | $ 1099. | $ _____ | $ 1099. | $ ⊘ |

*Amo w/ STATEMENT Enclosed.*    *Amo.*

2.  List your employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Not Since 1983 on Disability SSI Til 2004 | | | |

3.  List your spouses's employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Deceased Since 1992 | | | |

2

4. *How much cash do you and your spouse have?* $ ___0___

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| mcDills Credit Union N.P.R. FLA | Checking | $ 220⁰ This | $ 0 |
| | | $ CHECK | $ 0 |
| | | $ 5,000. FOR SINKHOLE REPAIRS Inside + out | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| $ 200 000 — Now $ 100 000, WORTH bN TAX RECORDS DUE TO BIG SINKHOLE in FLA | | | | Make & year: 2002 Model: ISUSU Rodeo Sport Registration#: FLA — VIN 452 CKS7 W8 543 12215 | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: TOTALED Model: Registration#: | | 95 MIATA 6/10/06 | | my DAUGHTERS CAR In my Name Now | |

REGISTRATION ENTERED 6/14/06

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

from 2 yrs. AGO

| Person owing you or your spouse money SS. $3800. | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 IN TAMPA | 0 | 0 |
| 0 APPEALS COURT | 0 | 0 |
| 0 | 0 | 0 |

(In 6 mo. - 1yr.) - DOW CORNING Still Owes me MONEY from 13 yrs. AGO ON Disease + 9 yrs DOWN THe RD. —

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| KATHERINE E. HATCH | DAUGHTER | 37  y.o. |
| LAURA L. LANGLOIS (LALIBERTE) | DAUGHTER | 33  y.o. |

I owe my DAUGHTERS FOR HELPING me UNTIL I GET my DOW CORNING Ck —

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home)<br>Are any real estate taxes included? ☐ Yes ☑ No<br>Is property insurance included? ☐ Yes ☑ No | $ 1291. */mo.* | $ 0  DECEASED |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 200 — | $ |
| Home maintenance (repairs and upkeep) *INS, PAYING FOR Sinkhole —* | $ | $ |
| Food | $ 100 */mo.* | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 10. | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
| Homeowner's or renter's *$300 A yr.* | $ | $ |
| Life | $ 80 | $ |
| Health | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other:_____ | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): *1600. A yr. House Taxes —* | $ | $ |
| Installment payments | | $<br>$ |
| Motor Vehicle *David Not pay* | $ 0 | $ |
| Credit card (name): *In Collection* | $ | $ |
| Department store (name): 0 | $ | $ |

4

Other:_____          $_____          $_____

**Alimony, maintenance, and support paid to others**          $_____          $_____

**Regular expenses for operations of business, profession,**          $_____          $_____
**or farm (attach detailed statement)**

Other (specify):_____          $_____          $_____

Total monthly expenses:          $ 1700          $_____

*my 2 DAUGHTERS help me 2L No — I GET ON my feet — major operation JUNE 21 6/6*

**9. Do you expect any major changes to your monthly income or expenses or your assets or liabilities during the next 12 months?**
☐ Yes  ☐ No          If yes, describe on an attached sheet.

*CAN NOT COUNT ON ANYTHING DON COUNTING ANY*

**10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?** ☐ Yes  ☑ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

**11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**
☐ Yes  ☑ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

*STATEMENT of S.S. W.B. For now*

*WAS ENCLOSED 5/3/16 w/ Brief TO R.W. Zoke Thank you & See Note*

5

13.State the address of your legal residence.

_8319 DANBURY LANE_

_HUDSON FLA. 34667_

Your daytime phone number: (727) 514-3957.

Your age: 58 y. o,    Your years of schooling: 12

6/17/48    Maryetta Langlois prose.

This case WAS A FALSE

Imprisonment work

100% proven By D.A. only

By a favor owed To

Tom Reilly By McBride I

was "sold out" To Jail

McBride NEVER FILED FOR

TRANSCRIPTS FOR APPEALS ON CASE

96-1416-001-002 Bud Stole $3578.

From Maryetta 7/13/06 Maryetta