## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

*2006 JUL 12 A 11: 06* 
COPY

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. 05-10190
Appeal No. 06-1956

MARGETTA LANGLOIS'S
LANGLOIS

v.

COMMONWEALTH of MASS, TOM REILLY AS INDIVIDUAL + D.A. AND NOW A.G.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) Signed: *Margetta Langlois* Date: *July 13, 2006* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

My issues on appeal are:

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Social Security Widow Benefits S.S.W.B. Employment $1099 A mo. | $ 0 | $ 0 *Deceased* | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

Motion for leave to appeal in forma Pauperis allowed
Ryan Zobel J  7/14/06

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ Deceased | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 1099 A mo. | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) (widow's) | $ 1099 /mo. | $ 0 | $ 0 (ML) $ 1099/mo. A | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Monthly income: | $ 1099. | $ | $ 1099. | $ 0 |

A mo w/STATEMENT A mo.
Enclosed.

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| ( Not since 1983 on disability SSI til 2004 ) | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| ( Deceased since 1992 ) | | | |

2

4. How much cash do you and your spouse have? $ _0_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| McDills Credit Union N.P.R. Fla | Checking | $2200. TSS | $0 |
| | | $ CHECK | $0 |
| | | $5,000. FOR SINKHOLE REPAIRS INSIDE + OUT | $0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value) $200,000 — Now $100,000, worth on TAX RECORDS DUE TO BIG SINKHOLE IN Fla

Other real estate (Value)

Motor Vehicle #1 (Value)
Make & year: 2002
Model: ISUZU RODEO SPORT
Registration#: FLA
VIN 452CK57W8543 1JJJ3

Motor Vehicle #2 (Value)
Make & year: TOTALED 95 MIATA 6/12/06 my daughter's car in my name now
Model:
Registration#:

Other assets (Value)

REGISTRATION ENTERED 6/14/06

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money: from 2 yrs. Ago S.S. $3800 in Tampa Appeals Court

Amount owed to you: 0

Amount owed to your spouse: 0

(IN 6 mo - 1 yr) - Dow Corning still owes me money from 13 yrs. Ago on disease + 9 yrs Down TM rd.

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Katherine E. Hayen | Daughter | 37 y.o. |
| Laura L. Langlois (Liberte) | Daughter | 33 y.o. |

I owe my daughters for helping me until I get my Dow Corning $$

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $1291. /mo. | $ 0 DECEASED |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $200 – | $ |
| Home maintenance (repairs and upkeep) *Ins. paymts for sinkhole* | $ | $ |
| Food | $100 /mo. | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 10. | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
|    Homeowner's or renter's $3000 A yr. | $ | $ |
|    Life | $ 80 | $ |
|    Health | $ 0 | $ |
|    Motor Vehicle | $ 0 | $ |
|    Other: | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): $1600. A yr. House Taxes | $ | $ |
| Installment payments | | $ |
|    Motor Vehicle | $ | $ |
|    Credit card (name): *could not pay – in collection* | $ 0 | $ |
|    Department store (name): 0 | $ | $ |

4

| | | |
|---|---|---|
| Other: _____ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ 0 | $ _____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ _____ |
| Other (specify): _____ | $ 0 | $ _____ |
| Total monthly expenses: | $ 1700 | $ _____ |

*my 2 daughters help me til mo — major operation June 2 I get on my feet*

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☐ No  ?    If yes, describe on an attached sheet.

*Can not count on anything Dow Corning Case only*

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:

_____0_____
_____
_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☒ No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:

_____0_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

*Statement of S.S. W.B. for now was enclosed 5/3/06 w/ Brief to Judge R.W. Zobe[l]  Thank you sir*

5

13. State the address of your legal residence.
8219 DANBURY LANE
HUDSON FLA. 34667

Your daytime phone number: (727) 519-3957.
Your age: 58 y.d.   Your years of schooling: 12

6/17/48  Marjetta Langlois prose.

This case was A FALSE
Imprisonment 4 out

100% proven By D.A. only
By a favor owed to
Tom Reilly By McBride I
was "sold out" to Jail

McBride NEVER filed for
Transcripts for appeals on case
96-1416-001-002 Bud Stole $35,00
From my SW file Marjetta